1  KEKER & VAN NEST LLP
   Jan N. Little (SBN100029)
2  Paula L. Blizzard (SBN207920)
   633 Battery Street
3  San Francisco, CA 94111
   Telephone: (415) 391-5400
4  jlittle@kvn.com
   pblizzard@kvn.com
5
   SHIPMAN & GOODWIN, LLP
6  Ross H. Garber (*Pro Hac Vice pending*)
   One Constitution Plaza
7  Hartford, CT 06103
   Telephone (860) 251-5901
8  RGarber@goodwin.com
9  Attorneys for Defendant Agri-Mark, Inc.
10
   HAGENS BERMAN SOBOL SHAPIRO LLP
11 Elaine T. Byszewski (SBN222304)
   700 South Flower Street, Suite 2940
12 Los Angeles, CA  90017
   Telephone (213) 330-7150
13 Facsimile (213) 330-7152
   elaine@hbsslaw.com
14
   Attorneys for Plaintiffs
15
   [Additional Counsel listed on signature page]
16

17                    UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
18

19 MATTHEW EDWARDS, et al.,            CASE NO. 4:11-CV-4766 DMR

20              Plaintiffs,            **STIPULATION AND [~~PROPOSED~~]
                                       ORDER EXTENDING TIME TO
21      v.                             RESPOND TO COMPLAINT**

   NATIONAL MILK PRODUCERS
22 FEDERATION, et al.

23              Defendants.

24

25

26    **Whereas,** on September 26, 2011, Matthew Edwards filed his Class Action Complaint for

27 Violations of state antitrust statutes and the common law of unjust enrichment against the National

28

Milk Producers Federation, aka Cooperative Working Together, the Dairy Farmers of America, Inc., Land O' Lakes, Inc., Dairylea Cooperative Inc., and Agri-Mark, Inc.;

**Whereas** Agri-Mark, Inc. was served with the Class Action Complaint on September 29, 2011;

**Whereas** the parties have conferred and jointly move the Court for an extension of Defendant Agri-Mark Inc.'s ("AMI") time to answer or otherwise respond to Plaintiffs' complaints in the following related actions: *Edwards, et al. v. National Federation of Milk Producers, et al.*, Case No 4:10-cv-4766 (DMR) and *Robb, et al v. National Milk Producers Federation*, et al., Case No 3:11-cv-4791(JCS).

**Whereas** Counsel for plaintiffs have advised counsel for Defendant AMI that another related action will be filed with this Court within the next two weeks; and the parties accordingly believe that the interests of judicial economy and efficiency will be served if Defendant is permitted to answer or otherwise respond collectively to all of the related complaints filed in this Court.

**Whereas** the parties believe that meeting and conferring regarding a discovery plan and other case management issues would be more productive after Defendant has responded to the Complaint and/or after any motion practice has been resolved; and the parties accordingly believe the case management conference should be continued to a date on or after March 30, 2012, with the deadline to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) (and ADR process selection) set for 21 days prior to the case management conference, and with the deadline for the parties' Rule 26(f) report, initial disclosures, and joint case management statement set for 10 days prior to the conference.

Defendant and Plaintiffs, through their respective Counsel, **HEREBY STIPULATE AND AGREE AS FOLLOWS**:

1.  Defendant AMI's deadline to respond to Plaintiffs' complaints in the *Edwards, et al. v. National Federation of Milk Producers, et al.*, Case No 4:10-cv-4766 (DMR) and *Robb, et al v. National Milk Producers Federation*, et al., Case No 3:11-cv-4791(JCS) and forthcoming related action:  21 days following service of last filed complaint, plus an additional 30 days.

2. Plaintiffs' opposition or response to Defendant AMI's filing: 60 days after Defendants' filing.

3. Defendant AMI's reply to any opposition or response of Plaintiffs: 30 days after Plaintiffs' filing.

4.  The initial case management conference: on or after March 30, 2012, with the deadline to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) (and ADR process selection) set for 21 days prior to the case management conference, and that deadline for the parties' Rule 26(f) report, initial disclosures, and joint case management statement set for 10 days prior to the conference.

DATED:  October 17, 2011          Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By:/s/ Elaine T. Byszewski
Elaine T. Byszewski
HAGENS BERMAN SOBOL SHAPIRO LLP
700 South Flower Street, Suite 2940
Los Angeles, CA  90017
Telephone (213) 330-7150
Facsimile (213) 330-7152
elaine@hbsslaw.com

Steve W. Berman (*pro hac vice*)
George W. Sampson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8TH Avenue, Suite 3300
Seattle, WA  98101
Telephone (206) 623-7292
Facsimile (206) 623-0594
steve@hbsslaw.com
george@hbsslaw.com

Attorneys for the Plaintiffs

1

2                                          KEKER & VAN NEST, LLP

3                                          By:  __/s/ Paula L. Blizzard_____
                                           Paula L. Blizzard
                                           Jan N. Little
4                                          KEKER & VAN NEST, LLP
                                           633 Battery Street
5                                          San Francisco, CA 94111
                                           Telephone: (415) 391-5400
6                                          jlittle@kvn.com
                                           pblizzard@kvn.com
7
                                           Ross H. Garber (*Pro Hac Vice pending*)
8                                          SHIPMAN & GOODWIN, LLP
                                           One Constitution Plaza
9                                          Hartford, CT 06103
                                           Telephone (860) 251-5901
10                                         RGarber@goodwin.com

11                                         Attorney for Defendant Agri-Mark, Inc.

12

13   I, Paula L. Blizzard, attest that concurrence in the filing of this document has been obtained from
     each of the other signatories.
14

15   PURSUANT TO STIPULATION, IT IS SO ORDERED:

16
     Dated the _____28_____ day of ___November_____, 2011
17

18                                                                   _____
                                                                     *Jeffrey S White*
19                                                         Magistrate Judge Donna M. Ryu

20

21

22

23

24

25

26

27

28

1

# DECLARATION OF SERVICE

2

I, Maria S. Canales, declare as follows:

3

I am employed in the City and County of San Francisco, State of California in the office of a
member of the bar of this court at whose direction the following service was made.  I am over the age
of eighteen years and not a party to this action.  My business address is Keker & Van Nest LLP, 633
Battery Street, San Francisco, California  94111-1809.

4

5

6

On October 17, 2011, I served the following document(s):

7

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO
COMPLAINT**

8

9

to all named counsel of record as follows:

10

11

 **BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed documents utilizing the
United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service
on October 17, 2011.  Counsel of record are required by the Court to be registered e-filers, and as such are
automatically e-served with a copy of the documents upon confirmation of e-filing.

12

13

14

Executed on October 17, 2011, at San Francisco, California.

15

I declare under penalty of perjury under the laws of the State of California that the above is
true and correct.

16

17

18

 /s/  Maria S. Canales

19

20

21

22

23

24

25

26

27

28