HOLME ROBERTS & OWEN LLP
Jesse Markham (SBN 87788)
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 268-1958
Facsimile: (415) 268-1999
Email: jesse.markham@hro.com

WILLIAMS & CONNOLLY LLP
Steven R. Kuney (*pro hac vice to be filed*)
725 Twelfth Street, NW
Washington, DC  20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: skuney@wc.com

BAKER & MILLER PLLC
W. Todd Miller (*pro hac vice to be filed*)
2401 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC  20037
Telephone: (202) 663-7820
Facsimile: (202) 663-7849
Email: tmiller@bakerandmiller.com

*Attorneys for Defendant Dairy Farmers of America, Inc.*

(Additional counsel listed below)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW EDWARDS, GEORGIA BROWNE, TORAH MONTESSORI SCHOOL, and DANELL TOMASELLA individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>NATIONAL MILK PRODUCERS FEDERATION, aka COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE INC.; and AGRI-MARK, INC.,<br><br>            Defendants. | CASE NO. 3:11-CV-04766-JSW<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES AND COMBINE BRIEFS AND AGGREGATE PAGE LIMITATIONS** |

1

Stipulation and [Proposed] Order to Consolidate Cases and Combine Briefs and Aggregate Page Limitations
*Edwards et al. v. National Milk Producers Federation et al.,* Case No. 3:11-cv-04766

#76616 v1 saf

Plaintiffs Matthew Edwards, Georgia Browne, Torah Montessori School, Danell Tomasella, Jeffrey Robb, Nels Thogersen, Boys and Girls Club of the East Valley, Mary Anderson, Cody Barrett, Chloe Britzius, Corlea Burnett, Joseph Burwell, Jennifer Clites, Scott Cook, Robert Deloss, Julie Ewald, Robert George, Ian Groves, Tiffany Marie Havener, Amy Her, John Murray, Justin Paczesny, Kory Pentland, Jonathan Rizzo, Harmonie Skipper, Teresa Tobin, Scott Weber, and Alex Weinstein (collectively "Plaintiffs") and Defendants National Milk Producers Federation, aka Cooperatives Working Together, Dairy Farmers of America, Inc., Land O'Lakes, Inc., Dairylea Cooperative Inc., and Agri-Mark, Inc. (collectively "Defendants") (together the "Parties"), subject to the Court's review and approval, hereby stipulate as follows:

## STIPULATION

WHEREAS, the actions *Boys and Girls Club of the East Valley et al. v. National Milk Producers Federation et al.*, 3:11-cv-05253-JSW (previously determined to be "related" to this action), and *Robb et al. v. National Milk Producers Federation et al.*, 3:11-cv-04791-JSW (along with this action, the "Actions"), are based on the same subject matter as this action and are all pending before the Honorable Jeffrey S. White;

WHEREAS, the parties in the Actions have concluded that it is in the best interests of the parties and the putative class members that the Actions be consolidated and proceed as contemplated herein;

WHEREAS, the existence of common questions of law and fact in the Actions now pending before this Court, the interests of fair and efficient administration of the Actions, the avoidance of unnecessary duplicative efforts, and the avoidance of inconsistency in outcomes warrant the consolidation of the Actions;

WHEREAS, Plaintiffs in *Boys and Girls Club of the East Valley et al. v. National Milk Producers Federation et al.* and *Robb et al. v. National Milk Producers Federation et al.* have not yet amended their complaints once as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1); and

WHEREAS, Defendants intend to file two joint motions to dismiss the Actions under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) on December 19, 2011, and wish to consolidate the briefing for Defendants' two joint motions into a single brief totaling no more than 30 pages in length, exclusive

2
Stipulation and [Proposed] Order to Consolidate Cases and Combine Briefs and Aggregate Page Limitations
*Edwards et al. v. National Milk Producers Federation et al.,* Case No. 3:11-cv-04766
#76616 v1 saf

of title pages, indices of cases, table of contents, exhibits, signature block, and summary of argument;

WHEREAS, this Court's Standing Order limits briefs to 15 pages in length;

WHEREAS, good cause exists to allow Defendants to file one consolidated brief since the motions would be repetitive due to the common factual and legal issues of the motions;

WHEREAS, the Parties agree to the desirability of Defendants' filing one consolidated opening brief in support of their motions to dismiss under Fed. R. Civ. P. 12(b)(1) and 12(b)(6), as well as Plaintiffs' opposition and Defendants' reply briefs ;

WHEREAS, Defendant Dairylea Cooperative, Inc. also intends to file a separate motion to dismiss under Fed. R. Civ. P. 12(b)(2) on December 19, 2011; and

WHEREAS, the Parties that have appeared, through their respective counsel, have stipulated to the terms provided herein;

NOW THEREFORE, the Parties, through their undersigned respective counsel, stipulate, agree, and request as follows:

1. The Court finds that *Edwards et al. v. National Milk Producers Federation et al.*, 3:11-cv-04766-JSW, *Boys and Girls Club of the East Valley et al. v. National Milk Producers Federation et al.*, 3:11-cv-05253-JSW, and *Robb et al. v. National Milk Producers Federation et al.*, 3:11-cv-04791-JSW, present substantially similar issues of law and fact and the Actions are hereby consolidated into 3:11-cv-04766-JSW. All future pleadings and other papers shall be filed under 3:11-cv-04766-JSW.

2. Consolidation of the Actions shall be without prejudice to Plaintiffs' right under Federal Rule of Civil Procedure 15(a)(1) to amend the pleadings in *Boys and Girls Club of the East Valley et al. v. National Milk Producers Federation et al.* and *Robb et al. v. National Milk Producers Federation et al.* once as a matter of course.

3. Defendants shall be allowed to file one single brief in support of their joint motions to dismiss under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) in the consolidated action, totaling no more than 30 pages in length, exclusive of title page, index of cases, table of contents, exhibits, signature block, and summary of argument.

3

Stipulation and [~~Proposed~~] Order to Consolidate Cases and Combine Briefs and Aggregate Page Limitations
*Edwards et al. v. National Milk Producers Federation et al.,* Case No. 3:11-cv-04766

#76616 v1 saf

4. Plaintiffs shall be allowed to file one single brief in opposition to Defendants' joint motions to dismiss under Fed. R. Civ. P. 12(b)(1) and 12(b)(6), totaling 30 pages in length, exclusive of title page, index of cases, table of contents, exhibits, signature block, and summary of argument.

5. Defendants shall be allowed to file one joint reply brief in response to Plaintiffs' opposition to Defendants' joint motions to dismiss, totaling 30 pages in length, exclusive of title page, index of cases, table of contents, exhibits, signature block, and summary of argument.

6. Defendant Dairylea Cooperative, Inc. shall additionally be allowed to file a separate motion to dismiss under Fed.R.Civ.P. 12(b)(2), with briefing to be governed by the Court's Standing Order.

Dated: December 16, 2011

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Elaine T. Byszewski*
Elaine T. Byszewski
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Ave, Suite 203
Pasadena, CA 91101
(213) 330-7150
(213) 330-7152 (fax)
*elaine@hbsslaw.com*
*Attorneys for Plaintiffs* .

Dated: December 16, 2011

HOLME ROBERTS & OWEN LLP

By: */s/ Jesse Markham*
Jesse Markham
HOLME ROBERTS & OWEN LLP
560 Mission Street, Suite 2500
San Francisco, CA 94105-2994
(415) 268-2000
(415) 268-1999 (fax)
*jesse.markham@hro.com*

Stipulation and [Proposed] Order to Consolidate Cases and Combine Briefs and Aggregate Page Limitations
*Edwards et al. v. National Milk Producers Federation et al.,* Case No. 3:11-cv-04766

#76616 v1 saf

|   |   |
|---|---|
|   | WILLIAMS & CONNOLLY LLP |
|   | Steven R. Kuney (*pro hac vice to be filed*) |
|   | 725 Twelfth Street, NW |
|   | Washington, DC  20005 |
|   | (202) 434-5000 |
|   | (202) 434-5029 (fax) |
|   | *skuney@wc.com* |
|   |   |
|   | BAKER & MILLER PLLC |
|   | W. Todd Miller (*pro hac vice to be filed*) |
|   | 2401 Pennsylvania Avenue, N.W. |
|   | Suite 300 |
|   | Washington, DC  20037 |
|   | (202) 663-7820 |
|   | (202) 663-7849 (fax) |
|   | *tmiller@bakerandmiller.com* |
|   | *Attorneys for Defendant Dairy Farmers of America, Inc.* |

Dated:  December 16, 2011        KEKER & VAN NEST LLP


By:   */s/ Paula L. Blizzard*
       Paula L. Blizzard
       Jan Nielsen Little (SBN 100029)
       Paula L. Blizzard (SBN 207920)
       KEKER & VAN NEST LLP
       633 Battery Street
       San Francisco, CA 94111
       (415) 391-5400
       (415) 397-7188 (fax)
      *pblizzard@kvn.com*

       Ross H. Garber (*pro hac vice*)
       Jill M. O'Toole *(pro hac vice to be filed)*
       Sara J. Goldfarb *(pro hac vice to be filed)*
       SHIPMAN & GOODWIN LLP
       One Constitution Plaza
       Hartford, CT 06103
       Telephone: (860) 251-5000
       *jotoole@goodwin.com*

       *Attorneys for Defendant Agri-Mark, Inc.*

5

Stipulation and [~~Proposed~~] Order to Consolidate Cases and Combine Briefs and Aggregate Page Limitations
*Edwards et al. v. National Milk Producers Federation et al.,* Case No. 3:11-cv-04766

#76616 v1 saf

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  December 16, 2011 | EIMER STAHL KLEVORN & SOLBERG LLP |
| 3 | | By:   */s/ Nathan P. Eimer* |
| 4 | | Nathan P. Eimer *(pro hac vice)* |
| | | Vanessa G. Jacobsen *(pro hac vice)* |
| 5 | | Daniel D. Birk *(pro hac vice)* |
| 6 | | EIMER STAHL KLEVORN & SOLBERG LLP |
| | | 224 S. Michigan Avenue |
| 7 | | Suite 1100 |
| | | Chicago, IL 60604 |
| 8 | | 312-660-7600 |
| 9 | | 312-692-1718 (fax) |
| | | *neimer@eimerstahl.com* |
| 10 | | *Attorneys for Defendant Land O'Lakes, Inc* |
| 11 | | |
| 12 | Dated:  December 16, 2011 | COLLETTE ERICKSON FARMER & O'NEILL LLP |
| 13 | | By:   */s/ Edward R. Conan* |
| 14 | | Edward R. Conan *(Pro Hac Vice)* |
| | | Suzanne O. Galbato *(Pro Hac Vice)* |
| 15 | | BOND, SCHOENECK & KING, PLLC |
| | | One Lincoln Center |
| 16 | | Syracuse, NY 13202 |
| 17 | | *econan@bsk.com* |
| | | *sgalbato@bsk.com* |
| 18 | | |
| 19 | | William S. Farmer |
| | | Jacob P. Alpren (SBN 235713) |
| 20 | | COLLETTE ERICKSON FARMER & O'NEILL LLP |
| 21 | | 235 Pine Street |
| | | Suite 1300 |
| 22 | | San Francisco, CA 94104-2733 |
| 23 | | (415) 788-4646 |
| | | (415) 788-6929 (fax) |
| 24 | | *wfarmer@collette.com* |
| 25 | | *Attorneys for Defendant Dairylea Cooperative, Inc.* |
| 26 | | |
| 27 | | |
| 28 | | |

6

Stipulation and [Proposed] Order to Consolidate Cases and Combine Briefs and Aggregate Page Limitations
*Edwards et al. v. National Milk Producers Federation et al.,* Case No. 3:11-cv-04766

#76616 v1 saf

1  Dated: December 16, 2011              STEPTOE & JOHNSON LLP

2                                         By:  /s/ Chong S. Park
3                                              Chong S. Park (SBN 163451)
                                               Kenneth P. Ewing (*pro hac vice*)
4                                              John J. Kavanagh (*pro hac vice*)
                                               STEPTOE AND JOHNSON LLP
5                                              1330 Connecticut Ave., NW
                                               Washington, DC 20036
6                                              202-429-6275
7                                              *cpark@steptoe.com*
                                               *kewing@steptoe.com*
8                                              *jkavanagh@steptoe.com*
9                                              *Attorneys for Defendant*
                                               *National Milk Producers Federation*
10

11 **ATTESTATION:** Pursuant to N.D. Cal. General Order 45, Part X-B, the filer attests that
12 concurrence in the filing of this document has been obtained from each signatory thereto.
13

14                                                  /s/
                                                 Jesse Markham
15

16 The Court HEREBY GRANTS the parties' stipulation to consolidate these cases and ORDERS that these cases are consolidated for all purposes. However, Defendants' motion to dismiss for failure to
17 state a claim and for lack of personal jurisdiction, and Plaintiffs' opposition thereto, shall be no longer than 25 pages. Defendants shall have until December 22, 2011 to file their motion to dismiss.
18                                         ~~**ORDER**~~

19 **IT IS SO ORDERED.**

20
21 Date Entered: December 19, 2011          /s/ Jeffrey S. White
                                           The Honorable Jeffrey S. White
22                                         District Court Judge

7

Stipulation and [~~Proposed~~] Order to Consolidate Cases and Combine Briefs and Aggregate Page Limitations
*Edwards et al. v. National Milk Producers Federation et al.*, Case No. 3:11-cv-04766

#76616 v1 saf