| | |
|---|---|
| 1 | Steve W. Berman (admitted *pro hac vice*) |
| | George W. Sampson (admitted *pro hac vice*) |
| 2 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 1918 8th Avenue, Suite 3300 |
| 3 | Seattle, WA 98101 |
| | Telephone (206) 623-7292 |
| 4 | Facsimile (206) 623-0594 |
| | steve@hbsslaw.com |
| 5 | george@hbsslaw.com |
| 6 | Elaine T. Byszewski (SBN 222304) |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 7 | 301 North Lake Avenue, Suite 203 |
| | Pasadena, CA 91101 |
| 8 | Telephone: (213) 330-7150 |
| | Facsimile: (213) 330-7152 |
| 9 | elaine@hbsslaw.com |
| 10 | *Counsel for Plaintiffs and the Proposed Classes* |
| 11 | [Additional Counsel listed on signature page] |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW EDWARDS, et al., individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>NATIONAL MILK PRODUCERS FEDERATION, aka COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE INC.; and AGRI-MARK, INC.,<br><br>   Defendants. | CASE NO. 3:11-CV-4766 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE SHORTENED TIME SCHEDULE FOR DECIDING PLAINTIFFS' MOTION TO STAY** |

WHEREAS on January 25, 2012, Plaintiffs filed an Administrative Motion to Shorten Time for the Court to address their Motion to Stay filed on the same date;

WHEREAS the parties agree that Plaintiffs' Motion to Stay should be decided on shortened time;

WHEREAS the parties agree that Defendants should have up to 7 pages and until January 30, 2012, to oppose Plaintiffs' Motion to Stay;

WHEREAS the parties agree that Plaintiffs should have up to 5 pages and until February 2, 2012, to reply;

WHEREAS the parties agree that the motion to stay can be decided without hearing; and

WHEREAS this stipulation obviates the need for Plaintiffs' Administrative Motion to Shorten Time.

Defendants and Plaintiffs, **HEREBY STIPULATE AND AGREE AS FOLLOWS**:

1. That defendants should have up to 7 pages and until January 30, 2012, to oppose plaintiffs' Motion to Stay;

2. Plaintiffs should have up to 5 pages and until February 2, 2012, to reply;

3. Plaintiffs' Motion to Stay should be decided by the Court at its earliest convenience without a hearing; and

4. Plaintiffs' Administrative Motion to Shorten Time should be deemed withdrawn.

Respectfully submitted,

DATED: January 26, 2012          HAGENS BERMAN SOBOL SHAPIRO LLP

By:/s/ Elaine T. Byszewski
Elaine T. Byszewski
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 203
Pasadena, CA 91101
Telephone (213) 330-7150
Facsimile (213) 330-7152
elaine@hbsslaw.com

1

STIPULATION AND [PROPOSED] ORDER RE SHORTENED TIME SCHEDULE FOR DECIDING PLAINTIFFS' MOTION TO STAY
CASE NO. 3:11-CV-4766 JSW

|   |   |
|---|---|
| 1 | |
| 2 | Steve W. Berman |
|   | George W. Sampson |
| 3 | HAGENS BERMAN SOBOL SHAPIRO LLP |
|   | 1918 8TH Avenue, Suite 3300 |
| 4 | Seattle, WA 98101 |
|   | Telephone (206) 623-7292 |

Steve W. Berman
George W. Sampson
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8^(TH) Avenue, Suite 3300
Seattle, WA 98101
Telephone (206) 623-7292
Facsimile (206) 623-0594
steve@hbsslaw.com
george@hbsslaw.com

*Attorneys for the Plaintiffs*

WILLIAMS & CONNOLLY LLP

By: /s/ Steven R. Kuney
Steven R. Kuney
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5843
Facsimile: (202) 434-5029
skuney@wc.com

BAKER & MILLER PLLC

By: /s/ W. Todd Miller
2401 Pennsylvania Avenue, N.W., Ste 300
Washington, D.C. 20037

*Attorneys for Defendant Dairy Farmers of America, Inc.*

EIMER STAHL KLEVORN & SOLBERG LLP

By: /s/ Nathan P. Eimer
Nathan P. Eimer
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Phone: (312) 660-7601
Fax: (312) 692-1718
neimer@eimerstahl.com

*Attorneys for Defendant Land O' Lakes, Inc.*

BOND SCHOENECK & KING, PLLC

By: ___/s/ Edward R. Conan
Edward R. Conan
BOND SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, NY 13202-1355
Telephone (315) 218-8000
Facsimile (315) 218-8100

2

**STIPULATION AND [PROPOSED] ORDER RE SHORTENED TIME SCHEDULE FOR DECIDING PLAINTIFFS' MOTION TO STAY**
CASE NO. 3:11-CV-4766 JSW

econan@bsk.com

*Attorney for Defendant Dairylea Cooperative, Inc.*

KEKER &VAN NEST, LLP

By: \_\_/s/ Paula L. Blizzard_____
Paula L. Blizzard
KEKER &VAN NEST, LLP
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 773-6608
pblizzard@kvn.com

Ross H. Garber
SHIPMAN & GOODWIN, LLP
One Constitution Plaza
Hartford, CT 06103
Telephone (860) 251-5901
RGarber@goodwin.com

*Attorney for Defendant Agri-Mark, Inc.*

STEPTOE & JOHNSON LLP

By:/s/ Chong S. Park
Chong S. Park
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, DC 20036
Telephone (202) 429-3000
Facsimile (202) 429-3902
CPark@steptoe.com

*Attorney for Defendant*
*National Milk Producers Federation*

I, Elaine T. Byszewski, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated the \_\_31_____ day of \_\_\_\_January_____, 2012

_____
District Judge Jeffrey S. White

3

**STIPULATION AND [PROPOSED] ORDER RE SHORTENED TIME SCHEDULE FOR DECIDING PLAINTIFFS' MOTION TO STAY**
CASE NO. 3:11-CV-4766 JSW