WILLIAM S. FARMER (SBN 46694)
JACOB P. ALPREN (SBN 235713)
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco CA 94104
Telephone: (415) 788-4646
Fax: (415) 788-6929
Email: wfarmer@collette.com

EDWARD R. CONAN *(Pro Hac Vice)*
SUZANNE O. GALBATO *(Pro Hac Vice)*
BOND, SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, NY 13202
Telephone: (315) 218-8000
Fax: (315) 218-8100
Email: econan@bsk.com
Email: sgalbato@bsk.com

Attorneys for Defendant
DAIRYLEA COOPERATIVE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW EDWARDS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MILK PRODUCERS FEDERATION, aka COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC. DAIRYLEA COOPERATIVE INC.; and AGRI-MARK, INC.<br><br>Defendants.<br><br>*[AND CONSOLIDATED CASES]* | Case No. 3:11-cv-04766-JSW<br><br>[consolidated with 11-CV-04791-JSW AND 11-CV-05253-JSW]<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING DEFENDANT DAIRYLEA COOPERATIVE INC. TO WITHDRAW ITS MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(B)(2)** |

STIPULATION AND [PROPOSED] ORDER           CASE NO. 3:11-CV-04766-JSW

Counsel for Defendant Dairylea Cooperative Inc. ("Dairylea") and for Plaintiffs and the Proposed Classes in these consolidated actions ("Plaintiffs"), do hereby stipulate as follows:

WHEREAS Dairylea filed and served a Notice of Motion and Motion to Dismiss Plaintiffs' First Amended Complaint Pursuant to Fed. R. Civ. P. 12(B)(2) on December 22, 2011, in this action, Case No. 11-cv-04766 (Document 63);

WHEREAS Dairylea now wishes to withdraw the aforementioned Motion;

THEREFORE, Dairylea and Plaintiffs, by their respective undersigned counsel, stipulate and agree as follows:

Dairylea will concurrently file an Administrative Motion seeking an Order from the Court allowing it to withdraw its Motion to Dismiss Plaintiffs' First Amended Complaint. Plaintiffs do not and will not oppose Dairylea's Administrative Motion and support Dairylea's efforts to have the Motion withdrawn.

Dated: May 23, 2012

COLLETTE ERICKSON FARMER & O'NEILL LLP

By: /s/ *William S. Farmer*

WILLIAM S. FARMER (SBN 46694)
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco CA 94104
Telephone: (415) 788-4646
Fax: (415) 788-6929
Email: wfarmer@collette.com

BOND SCHOENECK & KING, PLLC

By: /s/ Edward R. Conan

EDWARD R. CONAN
BOND, SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, NY 13202
Telephone: (315) 218-8000
Telephone: (315) 218-8100
Email: econan@bsk.com

Attorneys for Defendant
*DAIRYLEA COOPERATIVE INC.*

STIPULATION AND [PROPOSED] ORDER　　　　　　　　　　　　　　　　CASE NO. 3:11-CV-04766 JSW

2

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Elaine T. Byszewski*

ELAINE T. BYSZEWSKI (SBN 222304)
301 North Lake Avenue, Suite 203
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile (213) 330-7152
Email: Elaine@hbsslaw.com

Attorney for *Plaintiffs*
*And the Proposed Classes*

**PURSUANT TO STIPULATION**

**IT IS SO ORDERED.**

Dated: ___May 24_____ 2012

_____
Hon. Jeffrey S. White, United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, William S. Farmer, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: May 23, 2012                                         By: /s/ *William S. Farmer*

---

STIPULATION AND [PROPOSED] ORDER                                       CASE NO. 3:11-CV-04766 JSW