GIBSON, DUNN & CRUTCHER LLP
GEORGE A. NICOUD, SBN 106111
tnicoud@gibsondunn.com
MATTHEW S. KAHN, SBN 261679
mkahn@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
Telephone: 415.393.8200
Fax: 415.393.8306

Attorneys for Defendant Land O'Lakes, Inc.

HAGENS BERMAN SOBOL SHAPIRO LLP
ELAINE T. BYSZEWSKI, SBN 222304
Email: elaine@hbsslaw.com
301 North Lake Avenue, Suite 203
Pasadena, CA 91101
Telephone: 213.330.7150
Fax: 213.330.7152

Attorneys for Plaintiffs and the Proposed Classes

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW EDWARDS, GEORGIA BROWNE, and TORAH MONTESSORI SCHOOL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MILK PRODUCERS FEDERATION aka COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE INC.; and AGRI-MARK, INC.,<br><br>Defendants. | CASE NO.: 3:11-CV-04766-JSW<br><br>[consolidated with 11-cv-04791-JSW and 11-cv-05253-JSW]<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER AMENDED COMPLAINT AND TO IMPLEAD THIRD PARTIES, AND SETTING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**ACTION FILED: September 26, 2011** |

Plaintiffs Matthew Edwards, Georgia Browne, Torah Montessori School, Danell Tomasella, Jeffrey Robb, Nels Thogersen, Boys and Girls Club of the East Valley, Mary Anderson, Cody Barrett, Chloe Britzius, Joseph Burwell, Jennifer Clites, Scott Cook, Robert Deloss, Julie Ewald, Robert George, Ian Groves, Tiffany Marie Havener, Amy Her, John Murray, Justin Paczesny, Kory Pentland, Jonathan Rizzo, Harmonie Skipper, Teresa Tobin, Scott Weber, and Alex Weinstein (collectively, "Plaintiffs") and Defendants National Milk Producers Federation, aka Cooperatives Working Together, Dairy Farmers of America, Inc., Land O'Lakes, Inc., Dairylea Cooperative Inc., and Agri-Mark, Inc. (collectively, "Defendants") (together, the "Parties"), subject to the Court's review and approval, hereby stipulate as follows:

## STIPULATION

WHEREAS, on August 20, 2012, Plaintiffs filed a Consolidated Amended Class Action Complaint ("Complaint") in this action;

WHEREAS, on October 30, 2012, this Court denied Defendants' Motions to Dismiss the Complaint (Dkt. No. 123);

WHEREAS, Plaintiffs do not intend to file an amended complaint by November 15, 2012, as permitted by that order;

WHEREAS, under Federal Rule of Civil Procedure 12(a)(4), Defendants have 14 days following denial of their Motion to Dismiss to file an answer to the Complaint;

WHEREAS, the Parties have conferred and agree that the time for Defendants to answer the Complaint should be extended to November 27, 2012;

WHEREAS, there is no date set for the initial case management conference and the earliest available date on the Court's calendar on which all parties are available appears to be February 8, 2013, at 1:30 p.m.;

WHEREAS, the Parties have conferred and agree that the initial case management conference shall be set for this date and time;

WHEREAS, in the meanwhile, the parties will meet and confer as soon as practicable as required by Federal Rule of Civil Procedure 26(f);

WHEREAS, the Parties have conferred and agree that the time for Defendants to serve a summons and complaint on any nonparty pursuant to Federal Rule of Civil Procedure 14(a) should be extended without prejudice until January 4, 2013, by which time Defendants must also notify any such party of the date set for the initial case management conference;

WHEREAS, the Parties, through their respective counsel, have stipulated to the terms provided herein;

NOW THEREFORE, the Parties, through their undersigned respective counsel, stipulate, agree, and request as follows:

1. Defendants' time to answer Plaintiffs' Consolidated Amended Class Action Complaint under Federal Rule of Civil Procedure 12(a)(4) shall be extended to November 27, 2012.

2. An initial case management conference shall be set for February 8, 2013, at 1:30 p.m.

3. Defendants' time to serve a summons and complaint on any nonparty pursuant to Federal Rule of Civil Procedure 14(a) shall be extended without prejudice until January 4, 2013, by which time Defendants must also notify any such party of the date set for the initial case management conference.

Dated: November 16, 2012                    Respectfully submitted,

By: /s/ Elaine T. Byszewski                 By: /s/ Matthew S. Kahn
Elaine T. Byszewski (SBN 222304)            GIBSON, DUNN & CRUTCHER LLP
Email: elaine@hbsslaw.com                   George A. Nicoud (SBN 106111)
HAGENS BERMAN SOBOL SHAPIRO LLP             Email: tnicoud@gibsondunn.com
301 North Lake Avenue, Suite 203            Matthew S. Kahn (SBN 261679)
Pasadena, California 91101                  Email: mkahn@gibsondunn.com
Telephone: (213) 330-7150                   555 Mission Street, Suite 3000
Fax: (213) 330-7152                         San Francisco, CA 94105-2933
                                            Telephone: (415) 393-8200
                                            Fax: (415) 393-8200

| | |
|---|---|
| Steve W. Berman (*pro hac vice*)<br>Email: steve@hbsslaw.com<br>George W. Sampson (*pro hac vice*)<br>Email: george@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Fax: (206) 623-0594<br><br>Jason S. Kilene (*pro hac vice*)<br>Email: jkilene@gustafsongluek.com<br>GUSTAFSON GLUEK PLLC<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br><br>*Attorneys for Plaintiffs and the Proposed Classes* | By: /s/ Nathan P. Eimer<br>Nathan P. Eimer (*pro hac vice*)<br>Email: neimer@eimerstahl.com<br>Vanessa G. Jacobsen (*pro hac vice*)<br>Daniel D. Birk (*pro hac vice*)<br>EIMER STAHL LLP<br>224 South Michigan Avenue, Suite 1100<br>Chicago, IL 60604<br>Telephone: (312) 660-7600<br>Fax: (312) 692-1718<br><br>*Attorneys for Defendant Land O'Lakes, Inc.*<br><br>By: /s/ Chong S. Park<br>Chong S. Park (SBN 163451)<br>Email: cpark@steptoe.com<br>Kenneth P. Ewing (*pro hac vice*)<br>Email: kewing@steptoe.com<br>John J. Kavanagh (*pro hac vice*)<br>Email: jkavanagh@steptoe.com<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>Telephone: (202) 429-3000<br>Fax: (202) 429-3902<br><br>*Attorneys for Defendant National Milk Producers Federation*<br><br>By: /s/ Jesse Markham<br>Jesse W. Markham Jr. (SBN 87788)<br>Email:  markham@usfca.edu<br>UNIVERSITY OF SAN FRANCISCO SCHOOL OF LAW<br>2130 Fulton St.<br>San Francisco, CA 94117-1080<br><br>Steven R. Kuney (*pro hac vice*)<br>Email:  skuney@wc.com<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, NW<br>Washington, DC 20005<br>Telephone:  (202) 434-5000<br>Fax:  (202) 434-5029<br><br>W. Todd Miller (*pro hac vice*)<br>Email:  tmiller@bakerandmiller.com<br>BAKER & MILLER PLLC<br>2401 Pennsylvania Avenue, NW, Suite 300<br>Washington, DC 20037<br>Telephone:  (202) 663-7820<br>Fax:  (202) 663-7849<br><br>*Attorneys for Defendant Dairy Farmers of America, Inc.* |

|   |   |
|---|---|
| 1 | By: /s/ Paula L. Blizzard |
|   | Jan Nielsen Little (SBN 100029) |
| 2 | Paula L. Blizzard (SBN 207920) |
|   | Email: pblizzard@kvn.com |
| 3 | KEKER & VAN NEST LLP |
|   | 633 Battery Street |
| 4 | San Francisco, CA 94111 |
|   | Telephone: (415) 773-6608 |

By: /s/ Paula L. Blizzard
Jan Nielsen Little (SBN 100029)
Paula L. Blizzard (SBN 207920)
Email: pblizzard@kvn.com
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 773-6608

Jill M. O'Toole (*pro hac vice*)
Email: Jotoole@goodwin.com
Susan Murphy (*pro hac vice*)
Email: SMurphy2@goodwin.com
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103
Telephone: (860) 251-5000

*Attorneys for Defendant Agri-Mark, Inc.*

By: /s/ William S. Farmer
William S. Farmer (SBN 46694)
Email: wfarmer@FarmerBrownstein.com
Jacob P. Alpren (SBN 235713)
Email: jalpern@FarmerBrownstein.com
FARMER BROWNSTEIN LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone (direct and fax): (415) 962-2877
Main: (415) 795-2050

Edward R. Conan (*pro hac vice*)
Email: econan@bsk.com
Suzanne O. Galbato *(pro hac vice)*
Email: sgalbato@bsk.com
BOND, SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, NY 13202
Telephone: (315) 218-8000
Fax: (315) 218-8100

*Attorneys for Defendant Dairylea Cooperative, Inc.*

**FILER'S ATTESTATION**

I, Matthew S. Kahn, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

# [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: November 19, 2012

_____
HONORABLE JEFFREY S. WHITE
DISTRICT JUDGE