Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW EDWARDS, et al.

Plaintiff(s),

v.

NATIONAL MILK PRODUCERS

Defendant(s).

Case No: 3:11-CV-04766

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Sarah Elizabeth Malkerson, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Land O'Lakes, Inc. in the above-entitled action. My local co-counsel in this case is Matthew S. Kahn, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Eimer Stahl LLP<br>224 S. Michigan Avenue, Chicago, IL 60604 | Gibson, Dunn & Crutcher LLP<br>555 Mission Street, San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD:<br>(312) 660-7648 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 393-8212 |
| MY EMAIL ADDRESS OF RECORD:<br>smalkerson@eimerstahl.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mkahn@gibsondunn.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4804431.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/14/13

Sarah Elizabeth Malkerson
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Sarah Elizabeth Malkerson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 24, 2013

*Jeffrey S. White*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE