ELAINE T. BYSZEWSKI (SBN 222304)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 203
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
Email: elaine@hbsslaw.com
       -and-
DANIEL E. GUSTAFSON (admitted *pro hac vice*)
JASON S. KILENE (admitted *pro hac vice*)
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email: dgustafson@gustafsongluek.com
Email: jkilene@gustafsongluek.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW EDWARDS, *et al.*, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br>　v.<br><br>NATIONAL MILK PRODUCERS FEDERATION, aka COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE INC.; and AGRI-MARK, INC.,<br><br>　　　　　　　　　　Defendants. | Case No. 3:11-CV-04766-JSW (NJV)<br><br>[consolidated with 11-CV-04791-JSW and 11-CV-05253-JSW]<br><br><u>CLASS ACTION</u><br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF ALEX WEINSTEIN**<br><br>Before: Hon. Jeffrey S. White |

Plaintiff Alex Weinstein ("Weinstein"), and National Milk Producers Federation, aka Cooperatives Working Together; Dairy Farmers of America, Inc.; Land O'Lakes, Inc.; Dairylea Cooperative Inc.; and Agri-Mark, Inc. ("Defendants"), hereby file this Joint Stipulation of Voluntary Dismissal Without Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Weinstein consents to voluntarily dismiss his claims against Defendants in the above-captioned case, with each party to bear its own costs. This dismissal is without prejudice to refiling, and, should a class be certified in this matter, without prejudice to Weinstein's rights as an absent class member.

Respectfully submitted:

DATED: March 6, 2013

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Elaine T. Byszewski
Elaine T. Byszewski
301 North Lake Avenue, Suite 203
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
Email: elaine@hbsslaw.com

Steve W. Berman
George W. Sampson
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8TH Avenue, Suite 3300
Seattle, WA 98101
Telephone (206) 623-7292
Facsimile (206) 623-0594
Email: steve@hbsslaw.com
Email: george@hbsslaw.com

Daniel E. Gustafson
Jason S. Kilene
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email: dgustafson@gustafsongluek.com
Email: jkilene@gustafsongluek.com

*Counsel for Plaintiffs*

2

JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

26292

WILLIAMS & CONNOLLY LLP

By: /s/ Steven R. Kuney
Steven R. Kuney
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5843
Facsimile: (202) 434-5029
Email: skuney@wc.com

BAKER & MILLER PLLC

By: /s/ W. Todd Miller
W. Todd Miller
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20037

*Attorneys for Defendant Dairy Farmers of America, Inc.*

EIMER STAHL LLP

By: /s/ Nathan P. Eimer
Nathan P. Eimer
Daniel D. Birk
EIMER STAHL LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7620
Facsimile: (312) 692-1718
Email: neimer@eimerstahl.com
Email: dbirk@EimerStahl.com

*Attorneys for Defendant Land O' Lakes, Inc.*

BOND SCHOENECK & KING, PLLC

By: /s/ Edward R. Conan
Edward R. Conan
BOND SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, NY 13202-1355
Telephone (315) 218-8000
Facsimile (315) 218-8100
Email: econan@bsk.com

*Attorney for Defendant Dairylea Cooperative, Inc.*

KEKER &VAN NEST, LLP

By: /s/ Paula L. Blizzard
Paula L. Blizzard
KEKER &VAN NEST, LLP
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 773-6608
Email: pblizzard@kvn.com

Ross H. Garber
SHIPMAN & GOODWIN, LLP
One Constitution Plaza
Hartford, CT 06103
Telephone (860) 251-5901
Email: RGarber@goodwin.com

*Attorney for Defendant Agri-Mark, Inc.*

STEPTOE & JOHNSON LLP

By: /s/  Chong S. Park
Chong S. Park
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Telephone (202) 429-3000
Facsimile (202) 429-3902
Email: CPark@steptoe.com

*Attorney for Defendant*
*National Milk Producers Federation*

I, Elaine T. Byszewski, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated the __7__ day of __March__, 2013

_____
District Judge Jeffrey S. White

4

JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

26292