STEVE W. BERMAN (admitted *pro hac vice*)
GEORGE W. SAMPSON (admitted *pro hac vice*)
CRAIG R. SPIEGEL (SBN 122000)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8TH Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: george@hbsslaw.com
Email: craigs@hbsslaw.com
            -and-
ELAINE T. BYSZEWSKI (SBN 222304)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 203
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
Email: elaine@hbsslaw.com

*Counsel for Plaintiffs*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW EDWARDS, *et al.*, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br>  v.<br><br>NATIONAL MILK PRODUCERS FEDERATION, aka COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE INC.; and AGRI-MARK, INC.,<br><br>         Defendants. | Case No. 3:11-CV-04766-JSW (NJV)<br><br>[consolidated with 11-CV-04791-JSW and 11-CV-05253-JSW]<br><br>CLASS ACTION<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF JOE BURWELL**<br><br>Before: Hon. Jeffrey S. White |

Plaintiff Joe Burwell ("Burwell"), and Defendants National Milk Producers Federation, aka Cooperatives Working Together; Dairy Farmers of America, Inc.; Land O'Lakes, Inc.; Dairylea Cooperative Inc.; and Agri-Mark, Inc. (collectively, "Defendants"), hereby file this Joint Stipulation of Voluntary Dismissal Without Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure to voluntarily dismiss Burwell's claims against Defendants in the above-captioned case, with each party to bear its own costs. This dismissal is without prejudice to refiling, and, should a class be certified in this matter, without prejudice to Plaintiff Burwell's rights as an absent class member.

Respectfully submitted:

DATED: August 12, 2013

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Elaine T. Byszewski
Elaine T. Byszewski
301 North Lake Avenue, Suite 203
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
Email: elaine@hbsslaw.com

Steve W. Berman
Geroge W. Sampson
Craig R. Spiegel
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8TH Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: george@hbsslaw.com
Email: craigs@hbsslaw.com

*Counsel for Plaintiffs*

WILLIAMS & CONNOLLY LLP

By: /s/ Steven R. Kuney
Steven R. Kuney (*admitted pro hac vice*)
Carl R. Metz (*admitted pro hac vice*)
Kevin Hardy (*admitted pro hac vice*)

2

JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

26292

| | |
|---|---|
| 1 | WILLIAMS & CONNOLLY LLP |
| | 725 Twelfth Street, N.W. |
| 2 | Washington, D.C. 20005 |
| | Telephone: (202) 434-5000 |
| 3 | Facsimile: (202) 434-5029 |
| | Email: skuney@wc.com |
| 4 | Email: cmetz@wc.com |
| | Email: khardy@wc.com |
| 5 | |
| | W. Todd Miller (*admitted pro hac vice*) |
| 6 | BAKER & MILLER PLLC |
| | 2401 Pennsylvania Avenue, N.W., Suite 300 |
| 7 | Washington, D.C. 20037 |
| | Telephone: (202) 663-7820 |
| 8 | Facsimile: (202) 663-7849Email: |
| | tmiller@bakerandmiller.com |
| 9 | |
| | Jesse W. Markham |
| 10 | UNIVERSITY OF SAN FRANCISCO |
| | 2130 Fulton Street |
| 11 | San Francisco, CA 94117 |
| | Telephone: (415) 422-4473 |
| 12 | Facsimile: (415) 422-6433 |
| | Email: markham@usfca.edu |
| 13 | |
| | *Attorneys for Defendant Dairy Farmers of* |
| 14 | *America, Inc.* |
| 15 | EIMER STAHL LLP |
| 16 | By: /s/ Nathan P. Eimer |
| | Nathan P. Eimer (*admitted pro hac vice*) |
| 17 | Vanessa G. Jacobsen (*admitted pro hac vice*) |
| | Daniel D. Birk (*admitted pro hac vice*) |
| 18 | Sarah E. Malkerson (*admitted pro hac vice*) |
| 19 | EIMER STAHL LLP |
| | 224 S. Michigan Avenue, Suite 1100 |
| 20 | Chicago, IL 60604 |
| | Telephone: (312) 660-7600 |
| 21 | Facsimile: (312) 692-1718 |
| | Email:eneimer@eimerstahl.com |
| 22 | Email: vjacobsen@eimerstahl.com |
| | Email: dbirk@eimerstahl.com |
| 23 | Email: smalkerson@eimerstahl.com |
| 24 | George A. Nicoud, III |
| | Matthew S. Kahn |
| 25 | GIBSON, DUNN & CRUTCHER LLP |
| | 555 Mission Street, Suite 3000 |
| 26 | San Francisco, CA 94105 |
| | Telephone: (415) 393-8308 |
| 27 | |

3

JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

26292

Facsimile: (415) 374-8483
Email: tnicoud@gibsondunn.com
Email: mkahn@gibsondunn.com

*Attorneys for Defendant Land O' Lakes, Inc.*

BOND SCHOENECK & KING, PLLC

By: /s/ Edward R. Conan
Edward R. Conan (*admitted pro hac vice*)
Suzanne O. Galbato (*admitted pro hac vice*)
Clifford G. Tsan (*admitted pro hac vice*)
Lucy S. Clippinger (*admitted pro hac vice*)
BOND SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Facsimile: (315) 218-8100
Email: econan@bsk.com
Email: sgalbato@bsk.com
Email: ctsan@bsk.com
Email: lclippinger@bsk.com

William S. Farmer
Jacob P. Alpren
FARMER BROWNSTEIN JAEGER LLP
235 Pine Street, Suite 1300
San Francisco, CA 94014
Telephone: (415) 962-2875
Facsimile: (415) 520-5678
Email: wfarmer@fbj-law.com
Email: jalpren@fbj-law.com

*Attorney for Defendant Dairylea Cooperative, Inc.*

SHIPMAN & GOODWIN, LLP

By: /s/ Jill M. O'Toole
Jill M. O'Toole (*admitted pro hac vice*)
Susan S. Murphy (*admitted pro hac vice*)
SHIPMAN & GOODWIN, LLP
One Constitution Plaza
Hartford, CT 06103
Telephone: (860) 251-5000
Facsimile:  (860) 251-5218
Email: jotoole@goodwin.com
Email: smurphy2@goodwin.com

Jan N. Little
Paula L. Blizzard
KEKER &VAN NEST, LLP
633 Battery Street

4

JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

26292

|   |   |
|---|---|
| 1 | San Francisco, CA 94111 |
| 2 | Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188 |
|   | Email: jnl@kvn.com |
| 3 | Email: pblizzard@kvn.com |
| 4 | *Attorney for Defendant Agri-Mark, Inc.* |
| 5 | STEPTOE & JOHNSON LLP |
| 6 | By: /s/ Chong S. Park |
|   | Chong S. Park (*admitted pro hac vice*) |
| 7 | Kenneth P. Ewing (*admitted pro hac vice*) |
|   | John J. Kavanagh (*admitted pro hac vice*) |
| 8 | Saad Gul (*admitted pro hac vice*) |
|   | STEPTOE & JOHNSON LLP |
| 9 | 1330 Connecticut Avenue, NW |
|   | Washington, DC 20036 |
| 10 | Telephone (202) 429-3000 |
|   | Facsimile (202) 429-3902 |
| 11 | Email: cpark@steptoe.com |
|   | Email: kewing@steptoe.com |
| 12 | Email: jkavanagh@steptoe.com |
|   | Email: sgul@steptoe.com |
| 13 |   |
|   | Dylan Ruga |
| 14 | STEPTOE & JOHNSON LLP |
|   | 2121 Avenue of the Stars |
| 15 | Los Angeles, CA 90067 |
|   | Telephone: (310) 734-3200 |
| 16 | Facsimile: (310) 734-3300 |
|   | Email: druga@steptoe.com |
| 17 |   |
| 18 | *Attorney for Defendant* |
|   | *National Milk Producers Federation* |
| 19 |   |

I, Elaine T. Byszewski, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated the __12th__ day of __August__, 2013

_____
District Judge Jeffrey S. White

5

JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

26292