| | |
|---|---|
| 1 | STEVE W. BERMAN (admitted *pro hac vice*) |
| | GEORGE W. SAMPSON (admitted *pro hac vice*) |
| 2 | CRAIG R. SPIEGEL (SBN 122000) |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | 1918 8TH Avenue, Suite 3300 |
| | Seattle, Washington 98101 |
| 4 | Telephone: (206) 623-7292 |
| | Facsimile: (206) 623-0594 |
| 5 | Email: steve@hbsslaw.com |
| | Email: george@hbsslaw.com |
| 6 | Email: craigs@hbsslaw.com |
| | -and- |
| 7 | ELAINE T. BYSZEWSKI (SBN 222304) |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 8 | 301 North Lake Avenue, Suite 203 |
| | Pasadena, California 91101 |
| 9 | Telephone: (213) 330-7150 |
| | Facsimile: (213) 330-7152 |
| 10 | Email: elaine@hbsslaw.com |

*Counsel for Plaintiffs*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW EDWARDS, *et al.*, individually and on behalf of all others similarly situated, | Case No. 3:11-CV-04766-JSW (NJV) |
| Plaintiffs, | [consolidated with 11-CV-04791-JSW and 11-CV-05253-JSW] |
| v. | <u>CLASS ACTION</u> |
| NATIONAL MILK PRODUCERS FEDERATION, aka COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE INC.; and AGRI-MARK, INC., | **JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION AND DISCOVERY DATES;** ~~PROPOSED~~ **ORDER** |
| | Before: Hon. Jeffrey S. White |
| Defendants. | |

Plaintiffs and Defendants National Milk Producers Federation, aka Cooperatives Working Together; Dairy Farmers of America, Inc.; Land O'Lakes, Inc.; Dairylea Cooperative Inc.; and Agri-Mark, Inc. ("Defendants"; collectively "the Parties"), hereby file this joint stipulation to continue the dates set forth in the Court's case management order dated February 13, 2013 ("Order"). This is the Parties' first request to continue the dates set forth in the Order.

WHEREAS, the last day to produce documents necessary for class certification was August 1, 2013;

WHEREAS, although Defendants provided much of the transaction data and other relevant documents and information before the deadline, additional documents and data were discovered and have been produced after the deadline. Further, the Parties have conferred regarding the scope of documents Plaintiffs request as necessary for class certification and have agreed that Defendants will produce additional documents and data by September 13, 2013;

WHEREAS, Plaintiffs' motion for class certification was to be filed on September 15, 2013, 45 days after the August 1, 2013 deadline for producing documents necessary for class certification;

WHEREAS, the Parties agree that Plaintiffs' motion for class certification shall be filed 45 days after the new September 13, 2013 production deadline; and

WHEREAS, the new production deadline is 43 days after the old one, the Parties agree that all dates related to discovery and class certification shall be continued 43 days accordingly;

THE PARTIES HERBY STIPULATE AND AGREE TO, and respectfully request the Court to enter, the following amendments to the Order:

| | | |
|---|---|---|
| Last day to produce documents necessary for class certification | ~~August 1, 2013~~ | September 13, 2013 |
| Last day for motion for class certification | ~~September 15, 2013~~ | October 28, 2013 |

2

JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION AND DISCOVERY DATES

26292

| | | |
|---|---|---|
| Last day to file Opposition to motion for class certification | ~~October 11, 2013~~ | November 25, 2013[1] |
| Last day to file reply in support of motion for class certification | ~~October 25, 2013~~ | December 11, 2013[2] |
| Hearing on motion for class certification | ~~November 15, 2013~~ | January 17, 2014  [3] |
| Last day to file updated case status report | ~~December 6, 2013~~ | February 7, 2014 |
| Second Case Management Conference | December 13, 2013 | February 14, 2014 |
| Fact discovery closes | ~~February 28, 2014~~ | April 11, 2014 |

Respectfully submitted:

DATED: September 6, 2013

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Elaine T. Byszewski
Elaine T. Byszewski
301 North Lake Avenue, Suite 203
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
Email: elaine@hbsslaw.com

Steve W. Berman
George W. Sampson
Craig R. Spiegel
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8TH Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: george@hbsslaw.com
Email: craigs@hbsslaw.com

*Counsel for Plaintiffs*

---

[1] November 23 would be 43 days later but it falls on a Saturday. As before, Defendants have twenty business days to oppose.

[2] December 7 would be 43 days later but it falls on a Saturday and the two additional days are to account for the Thanksgiving holiday. As before, Plaintiffs have 10 business days to reply.

[3] The parties propose that the hearing on class certification and the Second Case Management Conference take place on December 20, 2013, or a subsequent date at the Court's convenience in January.

3

JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION AND DISCOVERY DATES

26292

WILLIAMS & CONNOLLY LLP

By: /s/ Steven R. Kuney
Steven R. Kuney (*admitted pro hac vice*)
Carl R. Metz (*admitted pro hac vice*)
Kevin Hardy (*admitted pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: skuney@wc.com
Email: cmetz@wc.com
Email: khardy@wc.com

W. Todd Miller (*admitted pro hac vice*)
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20037
Telephone: (202) 663-7820
Facsimile: (202) 663-7849Email:
tmiller@bakerandmiller.com

Jesse W. Markham
UNIVERSITY OF SAN FRANCISCO
2130 Fulton Street
San Francisco, CA 94117
Telephone: (415) 422-4473
Facsimile: (415) 422-6433
Email: markham@usfca.edu

*Attorneys for Defendant Dairy Farmers of America, Inc.*

EIMER STAHL LLP

By: /s/ Nathan P. Eimer
Nathan P. Eimer (*admitted pro hac vice*)
Scott C. Solberg (*admitted pro hac vice*)
Daniel D. Birk (*admitted pro hac vice*)
Sarah E. Malkerson (*admitted pro hac vice*)
EIMER STAHL LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718
Email:neimer@eimerstahl.com
Email: ssolberg@eimerstahl.com
Email: dbirk@eimerstahl.com
Email: smalkerson@eimerstahl.com

4

JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION AND DISCOVERY DATES

26292

George A. Nicoud, III
Matthew S. Kahn
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8308
Facsimile: (415) 374-8483
Email: tnicoud@gibsondunn.com
Email: mkahn@gibsondunn.com

*Attorneys for Defendant Land O' Lakes, Inc.*

BOND SCHOENECK & KING, PLLC

By: /s/ Edward R. Conan
Edward R. Conan (*admitted pro hac vice*)
Suzanne O. Galbato (*admitted pro hac vice*)
Clifford G. Tsan (*admitted pro hac vice*)
Lucy S. Clippinger (*admitted pro hac vice*)
BOND SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Facsimile: (315) 218-8100
Email: econan@bsk.com
Email: sgalbato@bsk.com
Email: ctsan@bsk.com
Email: lsclippinger@bsk.com

William S. Farmer
Jacob P. Alpren
FARMER BROWNSTEIN JAEGER LLP
235 Pine Street, Suite 1300
San Francisco, CA 94014
Telephone: (415) 962-2875
Facsimile: (415) 520-5678
Email: wfarmer@fbj-law.com
Email: jalpren@fbj-law.com

*Attorneys for Defendant Dairylea Cooperative Inc.*

SHIPMAN & GOODWIN, LLP

By: /s/ Jill M. O'Toole
Jill M. O'Toole (*admitted pro hac vice*)
Susan S. Murphy (*admitted pro hac vice*)
SHIPMAN & GOODWIN, LLP
One Constitution Plaza
Hartford, CT 06103
Telephone: (860) 251-5000
Facsimile: (860) 251-5218
Email: jotoole@goodwin.com

5

JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION AND DISCOVERY DATES

26292

|   |   |
|---|---|
| 1 | Email: smurphy2@goodwin.com |
| 2 | Jan N. Little |
|   | Paula L. Blizzard |
| 3 | KEKER &VAN NEST, LLP |
|   | 633 Battery Street |
| 4 | San Francisco, CA 94111 |
|   | Telephone: (415) 391-5400 |
| 5 | Facsimile: (415) 397-7188 |
|   | Email: jnl@kvn.com |
| 6 | Email: pblizzard@kvn.com |

*Attorneys for Defendant Agri-Mark, Inc.*

STEPTOE & JOHNSON LLP

By: /s/  Chong S. Park
Chong S. Park (*admitted pro hac vice*)
Kenneth P. Ewing (*admitted pro hac vice*)
John J. Kavanagh (*admitted pro hac vice*)
Saad Gul (*admitted pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Telephone (202) 429-3000
Facsimile (202) 429-3902
Email: cpark@steptoe.com
Email: kewing@steptoe.com
Email: jkavanagh@steptoe.com
Email: sgul@steptoe.com

Dylan Ruga
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 734-3200
Facsimile: (310) 734-3300
Email: druga@steptoe.com

*Attorneys for Defendant*
*National Milk Producers Federation*

I, Elaine T. Byszewski, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated the  9    day of September      , 2013

_____
The Honorable Jeffrey S. White
by Judge Susan Illston

6

JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION AND DISCOVERY DATES

26292