

# CWT NEWS
### JUNE 2010

## CWT's 2010 Herd Retirement
### Expected to have positive impact on price recovery

CWT announced on May 27th that it would carry out its tenth herd retirement since the CWT program was initiated in 2003. The action was taken because a review of a number of economic factors indicated that a herd retirement at this time should result in adding positive momentum to the milk price recovery that is underway.

The fact that beef prices are very strong, and that replacement cow and springer prices are relatively low, went into CWT's decision to consider bids up to, but not exceeding $3.75 per hundredweight. As was the case with the two most recent herd retirements, potential bidders were cautioned that there is no guarantee that bids at the maximum level would be selected. During the selection process CWT reviews and accepts bids beginning from the lowest bids received and moving up toward the maximum level.

Bids had to be postmarked no later than June 25th to be considered during the bid selection on July 7th. CWT farm auditors will begin visiting selected dairies on July 12th and all bidders will be notified no later than July 30th if their bid was selected.

CWT farm auditors visit every dairy selected. They count cows and compare current milk production against the milk production records submitted with the producer's bid. If everything is found to be in order, all milking and dry cows are tagged with special CWT tamper-evident ear tags. The cows must go to processing within 15 days of the farm audit. The packing plants then return the ear tags to CWT which checks them against those in the auditor's report. Bidders are paid 90% of what they bid when they provide proof that the cows tagged went to beef. The remaining 10% plus interest is paid on the anniversary date of the farm audit if neither the producer or the facility produced and marketed milk commercially prior to that date. .

## CWT Export Assistance Program
### Impacting inventories, building markets

As the charts below show, the herd retirement program can have a positive impact on milk prices by removing cows and reducing milk production. However, cows are replaced, often with more productive ones, and milk production once again grows. The length of time by which herd retirements can impact milk production and milk prices is finite.

The CWT Export Assistance Program is different. It helps CWT members build markets for U.S. dairy products overseas and, thus, can have a much longer term, positive impact on producer profitability.

After a year-long hiatus, the CWT Export Assistance program was activated this past March for the sole purpose of slowing the growth of cheese inventories by increasing exports of Cheddar cheese as well as Colby, Monterey Jack and Gouda cheeses. As a result of this action, CWT

*(Continued on back)*

DFA2013-00025855

members have been able to sell 40 million pounds of cheese in 22 different countries on four continents. That is the equivalent of 400 million pounds of milk, equal to the annual production of 20,000 cows. Instead of removing cows, CWT is increasing sales.

## CWT's Impact on Milk Prices
### Herd Retirements make prices turn around faster

According to the independent analysis of Dr. Scott Brown, University of Missouri and the Food & Agriculture Policy Research Institute (FAPRI) economist, All-Milk prices in 2009 would have averaged $1.66 less had the CWT program not been in business -- actively removing cows and, thus, reducing milk production in a timely manner.

The graphs from Dr. Brown's analysis (all of which are available on the CWT website — www.cwt.coop) show the difference in the number of cows, milk production and the All-Milk price with and without the CWT program removing cows. The graphs below show the impact CWT's herd retirements have had on the milk price each year since its inception and the cumulative impact on producer revenue the nine herd retirements and the Export Assistance program have had.




## CWT beyond 2010
### New program being considered, others to be explored

When the CWT Committee met in Washington, D.C. on June 8th it began the process of considering what the program should do to maintain producer margins in 2011 and beyond. One step taken was to have CWT member cooperatives ask their boards of directors if their organization would support a sales assistance program that would continue funding the Export Assistance program as well as help members to compete against imported dairy products such as milk proteins.

A CWT task force was also directed to look at what other programs should be considered for CWT to use to help producer margins in the future.

## Updated Financial Reports on Website

An audited financial statement of CWT's 2009 activities along with a 2010 financial statement through April 30th are now available on the CWT website — www.cwt.coop.



2101 Wilson Blvd, Suite 400, Arlington, VA 22201
Phone: 888-Info-CWT (888-463-6298), Fax: 703-562-7444
www.cwt.coop



DFA2013-00025856