# THE ECONOMIC EFFECTS OF THE CWT PROGRAM

January 2011

Scott Brown
brownsc@missouri.edu




CONFIDENTIAL

NMPF0017745

# CWT ASSUMPTIONS

- **Herd Retirement**
  - Incorporates ten herd retirements
  - Explicit accounting of CWT cows removed and the loss of their future heifer calves
  - Supply response from higher prices included
  - Bred heifers included
- **Export Assistance**
  - Very few dairy products moved under this program until 2006
  - Actual deliveries are used
  - Analysis does not include any effect from long-term market development



CONFIDENTIAL                                                                 NMPF0017746



CONFIDENTIAL

NMPF0017747