

CONFIDENTIAL

NMPF0017748



CONFIDENTIAL

NMPF0017749



CONFIDENTIAL



# THE ECONOMIC EFFECTS OF THE CWT PROGRAM

January 18, 2011

Scott Brown
brownsc@missouri.edu



College of Agriculture,
Food and Natural Resources
University of Missouri



HIGHLY CONFIDENTIAL

BROWN-MU_0000426

# CWT ASSUMPTIONS

- **Herd Retirement**
  - Incorporates ten herd retirements
  - Explicit accounting of CWT cows removed and the loss of their future heifer calves
  - Supply response from higher prices included
  - Bred heifers included
- **Export Assistance**
  - Very few dairy products moved under this program until 2006
  - Actual deliveries are used
  - Analysis does not include any effect from long-term market development

**çwt** *Cooperatives ®*
*Working*
*Together*

HIGHLY CONFIDENTIAL

BROWN-MU_0000427



EFFECT ON ALL MILK PRICE,
BY HERD RETIREMENT

HIGHLY CONFIDENTIAL

BROWN-MU_0000428



# CWT Export Assistance Effect on the All Milk Price

| TOTAL EFFECT | $0.02 | $0.02 | $0.09 | $0.20 | $0.10 | $0.04 | $0.18 |
|---|---|---|---|---|---|---|---|

HIGHLY CONFIDENTIAL

BROWN-MU_0000429



HIGHLY CONFIDENTIAL

BROWN-MU_0000430



# CUMULATIVE CHANGE IN MILK MARKET REVENUE UNDER THE CWT PROGRAM

HIGHLY CONFIDENTIAL

BROWN-MU_0000431