Paula L. Blizzard (# 207920)
Jan Nielsen Little (# 100029)
Shilpi Agarwal (# 270749)
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 773-6608
Facsimile: (415) 397-7188
pblizzard@kvn.com
jlittle@kvn.com
sagarwal@kvn.com

*Counsel for Defendant Agri-Mark, Inc.*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW EDWARDS, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MILK PRODUCERS FEDERATION, aka COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE INC.; and AGRI-MARK, INC.,<br><br>Defendants. | Case No. 3:11-CV-04766-JSW (NJV)<br><br>[consolidated with 11-CV-04791-JSW and 11-CV-05253-JSW]<br><br>CLASS ACTION<br>  ORDER<br>**JOINT STIPULATION TO EXTEND TWO DEADLINES IN THE CASE MANAGEMENT ORDER**<br><br>Before: Hon. Jeffrey S. White |

Because of circumstances associated with the Declaration and workpapers of the expert on whom Plaintiffs are relying to support their motion for class certification, the parties submit this joint stipulation asking the Court to modify the existing deadline for service of Defendants' expert report and opposition brief and the deadline for Plaintiffs' reply brief. This is the first request for an extension to the class certification schedule sought at Defendants' behest, and the modification of these two dates will not affect the January 17, 2014 date set in the Court's September 9, 2013 Order for the hearing on class certification. The circumstances include the following:

1) Pursuant to the Court's schedule, Plaintiffs filed a Motion for Class Certification on October 28, 2013, together with a supporting declaration of their expert, Dr. John M. Connor. In his Declaration, Dr. Connor set forth opinions that, *inter alia*, purport to demonstrate that the economic impact and damages caused by the alleged conduct can be established with common proof. Plaintiffs cite and rely upon Dr. Connor's Declaration in their Motion.

2) Shortly after receiving Dr. Connor's report, Defendants requested that Plaintiffs produce his complete back-up materials and workpapers necessary to replicate his analyses. Plaintiffs agreed to produce these materials, but, in part because of the sickness and recent death of Dr. Connor's brother, Plaintiffs required more time than was initially expected. Plaintiffs produced Dr. Connor's work papers in rolling productions on October 28th, 31st, and November 4th, 6th and 13th. Defendants' expert(s) required complete back-up materials and work papers in order to replicate and test Dr. Connor's calculations, and they could not complete that work until all of the workpapers were produced.

3) In the process of providing these back-up materials, Plaintiffs also provided Defendants with two revised versions of Dr. Connor's Declaration, the second of which was served on November 13, 2013.

4) Defendants deposed Dr. Connor on November 14, 2013. During that deposition, Dr. Connor identified additional matters that needed correction. Plaintiffs have agreed to serve a third revised Declaration on or before 5:00 p.m., PST on November 19, 2013.

5) Although the parties differ about the significance of the delayed productions and changes in the revised Declarations, they agree that Defendants should have additional time in which to prepare Defendants' expert report(s) and their Response to Plaintiffs' Motion for Class Certification.

6) To avoid motion practice, the parties jointly stipulate and request that the class certification deadlines be modified to permit the filing of Defendants' Response to Class Certification and service of any expert report(s) on December 6, 2013, and the filing of Plaintiffs' Reply to Defendants' Response on December 20, 2013.

7) The parties further stipulate that Plaintiffs be permitted to file any motion to strike Defendants' expert report(s) 28 days prior to the January 17, 2014, hearing date, or by December 20, 2013, instead of the 35 days prior required by local rule.

8) These proposed deadlines are intended to not require any change to the class certification hearing currently scheduled for January 17, 2013.

9) The parties so stipulate, and respectfully request that the Court enter the order below, approving this stipulation.

Respectfully submitted:

DATED: November 19, 2013

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Elaine T. Byszewski
Elaine T. Byszewski
301 North Lake Avenue, Suite 203

3

Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
Email: elaine@hbsslaw.com

Steve W. Berman
George W. Sampson
Craig R. Spiegel
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8TH Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: george@hbsslaw.com
Email: craigs@hbsslaw.com

*Counsel for Plaintiffs*

WILLIAMS & CONNOLLY LLP

By: /s/ Steven R. Kuney
Steven R. Kuney (*admitted pro hac vice*)
Kevin Hardy (*admitted pro hac vice*)
Carl R. Metz (*admitted pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: skuney@wc.com
Email: cmetz@wc.com
Email: khardy@wc.com

W. Todd Miller (*admitted pro hac vice*)
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C.  20037
Telephone: (202) 663-7820
Facsimile: (202) 663-7849
Email: tmiller@bakerandmiller.com

Jesse W. Markham
ATTORNEY AT LAW
2130 Fulton Street
San Francisco, CA 94117
Telephone: (415) 422-4473
Facsimile: (415) 422-6433
Email: markham@usfca.edu

*Attorneys for Defendant Dairy Farmers of*

4

*America, Inc.*

EIMER STAHL LLP

By: /s/ Nathan P. Eimer
Nathan P. Eimer (*admitted pro hac vice*)
Scott C. Solberg (*admitted pro hac vice*)
Daniel D. Birk (*admitted pro hac vice*)
Sarah E. Malkerson (*admitted pro hac vice*)
EIMER STAHL LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL  60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718
Email:neimer@eimerstahl.com
Email: ssolberg@eimerstahl.com
Email: dbirk@eimerstahl.com
Email: smalkerson@eimerstahl.com

George A. Nicoud, III
Matthew S. Kahn
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8308
Facsimile: (415) 374-8483
Email: tnicoud@gibsondunn.com
Email: mkahn@gibsondunn.com

*Attorneys for Defendant Land O' Lakes, Inc.*

BOND SCHOENECK & KING, PLLC

By: /s/ Edward R. Conan
Edward R. Conan (*admitted pro hac vice*)
Suzanne O. Galbato (*admitted pro hac vice*)
Clifford G. Tsan (*admitted pro hac vice*)
Lucy S. Clippinger (*admitted pro hac vice*)
BOND SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Facsimile: (315) 218-8100
Email: econan@bsk.com
Email: sgalbato@bsk.com
Email: ctsan@bsk.com
Email: lsclippinger@bsk.com

William S. Farmer
Jacob P. Alpren
FARMER BROWNSTEIN JAEGER LLP

5

JOINT STIPULATION TO EXTEND TWO DEADLINES
IN THE CASE MANAGEMENT ORDER                                       CASE NO. 3:11-CV-04766-JSW

235 Pine Street, Suite 1300
San Francisco, CA 94014
Telephone: (415) 962-2875
Facsimile: (415) 520-5678
Email: wfarmer@fbj-law.com
Email: jalpren@fbj-law.com

*Attorneys for Defendant Dairylea Cooperative Inc.*

SHIPMAN & GOODWIN LLP

By: /s/ Jill M. O'Toole
Jill M. O'Toole (*admitted pro hac vice*)
Susan S. Murphy (*admitted pro hac vice*)
Eric S. Goldstein (*admitted pro hac vice*)
One Constitution Plaza
Hartford, CT 06103
Telephone: (860) 251-5000
Facsimile: (860) 251-5099
jotoole@goodwin.com
smurphy2@goodwin.com
egoldstein@goodwin.com

Diane C. Polletta (*admitted pro hac vice*)
Sarah J. McGinley (*admitted pro hac vice*)
300 Atlantic Street, Third Floor
Stamford, CT 06901
Telephone: (203) 324-8100
Facsimile:  (203) 324-8199
dpolletta@goodwin.com
smcginley@goodwin.com

KEKER & VAN NEST LLP

By: /s/ Paula L. Blizzard
Paula L. Blizzard (# 207920)
Jan Nielsen Little (# 100029)
Shilpi Agarwal (# 270749)
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 773-6608
Facsimile: (415) 397-7188
pblizzard@kvn.com
jlittle@kvn.com
sagarwal@kvn.com

6

|   |   |
|---|---|
| 1 | *Attorneys for Defendant Agri-Mark, Inc.* |
| 2 | STEPTOE & JOHNSON LLP |

*Attorneys for Defendant Agri-Mark, Inc.*

STEPTOE & JOHNSON LLP

By: /s/  Chong S. Park
Chong S. Park (*admitted pro hac vice*)
Kenneth P. Ewing (*admitted pro hac vice*)
John J. Kavanagh (*admitted pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Telephone (202) 429-3000
Facsimile (202) 429-3902
Email: cpark@steptoe.com
Email: kewing@steptoe.com
Email: jkavanagh@steptoe.com

Dylan Ruga
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 734-3200
Facsimile: (310) 734-3300
Email: druga@steptoe.com

*Attorneys for Defendant*
*National Milk Producers Federation*

I, Paula L. Blizzard, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated the __22nd__ day of __November__, 2013

_____
The Honorable ~~Jeffrey S. White~~ Richard Seeborg
United States District Judge