| | |
|---|---|
| 1 | Steve W. Berman (admitted *pro hac vice*) |
| | Craig R. Spiegel (122000) |
| 2 | George W. Sampson (admitted *pro hac vice*) |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | 1918 8th Avenue, Suite 3300 |
| | Seattle, WA 98101 |
| 4 | Telephone: (206) 623-7292 |
| | Email: steve@hbsslaw.com |
| 5 | Email: craigs@hbsslaw.com |
| | Email: george@hbsslaw.com |
| 6 | -and- |
| | Elaine T. Byszewski (SBN 222304) |
| 7 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 301 North Lake Avenue, Suite 203 |
| 8 | Pasadena, California 91101 |
| | Telephone: (213) 330-7150 |
| 9 | Email: elaine@hbsslaw.com |
| 10 | *Counsel for the Proposed Classes* |
| 11 | [Additional Counsel Listed on Signature Page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW EDWARDS, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MILK PRODUCERS FEDERATION, aka COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE INC.; and AGRI-MARK, INC.,<br><br>Defendants. | Case No. 3:11-CV-04766-JSW (NJV)<br><br>[consolidated with 11-CV-04791-JSW and 11-CV-05253-JSW]<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CLOSE OF FACT DISCOVERY**<br><br>Before: Hon. Jeffrey S. White |

Plaintiffs and Defendants National Milk Producers Federation, aka Cooperatives Working Together, Dairy Farmers of America, Inc., Land O'Lakes, Inc., Dairylea Cooperative Inc., and Agri-Mark, Inc. (collectively "the Parties") agree and stipulate as follows:

WHEREAS, the close of fact discovery is currently set for April 11, 2014;

WHEREAS, the close of fact discovery was originally set for three months following the hearing on class certification;

WHEREAS, the hearing on class certification was continued from January 17, 2014 to March 7, 2014; and

WHEREAS, the parties agree that the close of fact discovery should be continued to June 7, 2014.

THEREFORE, the parties so stipulate and respectfully request that the Court enter the order below, approving this stipulation.

Respectfully submitted:

DATED: February 13, 2014  HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Elaine T. Byszewski
Elaine T. Byszewski
301 North Lake Avenue, Suite 203
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
Email: elaine@hbsslaw.com

Steve W. Berman
George W. Sampson
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8TH Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: george@hbsslaw.com

*Counsel for Plaintiffs*

WILLIAMS & CONNOLLY LLP

By: /s/ Steven R. Kuney
Steven R. Kuney (admitted *pro hac vice*)
Kevin Hardy (admitted *pro hac vice*)
Carl R. Metz (admitted *pro hac vice*)

2

| | |
|---|---|
| 1 | WILLIAMS & CONNOLLY LLP |
| 2 | 725 Twelfth Street, N.W. Washington, D.C. 20005 |
| | Telephone: (202) 434-5843 |
| 3 | Facsimile: (202) 434-5029 |
| 4 | Email: skuney@wc.com Email: khardy@wc.com |
| | Email: cmetz@wc.com |
| 5 | |
| | BAKER & MILLER PLLC |
| 6 | |
| 7 | By: /s/ W. Todd Miller |
| | W. Todd Miller (admitted *pro hac vice*) |
| 8 | Ishai Mooreville (admitted *pro hac vice*) |
| | BAKER & MILLER PLLC |
| 9 | 2401 Pennsylvania Avenue, N.W. |
| 10 | Suite 300 Washington, DC 20037 |
| | Telephone: (202) 663-7820 |
| 11 | Facsimile: (202) 663-7849 |
| 12 | Email: tmiller@bakerandmiller.com Email: imooreville@bakerandmiller.com |
| 13 | |
| | Jesse W. Markham |
| 14 | 2130 Fulton Street San Francisco, CA 94117 |
| 15 | Telephone: (415) 422-4473 |
| | Facsimile: (415) 422-6433 |
| 16 | Email: jmarkhamlaw@sbcglobal.net |
| 17 | *Attorneys for Defendant Dairy Farmers of America, Inc.* |
| 18 | |
| | EIMER STAHL LLP |
| 19 | |
| 20 | By: /s/ Nathan P. Eimer Nathan P. Eimer (admitted pro hac vice) |
| | Scott C. Solberg (admitted pro hac vice) |
| 21 | Vanessa G. Jacobsen (admitted pro hac vice) |
| | Daniel D. Birk (admitted pro hac vice) |
| 22 | Sarah E. Malkerson (admitted pro hac vice) |
| 23 | Eimer Stahl LLP 224 S. Michigan Avenue, Suite 1100 |
| | Chicago, IL  60604 |
| 24 | Telephone: (312) 660-7600 |
| 25 | Facsimile: (312) 692-1718 Email: neimer@eimerstahl.com |
| | Email: ssolberg@eimerstahl.com |
| 26 | Email: vjacobsen@eimerstahl.com |
| 27 | Email: dbirk@eimerstahl.com Email: smalkerson@eimerstahl.com |
| 28 | |

STIPULATION AND [PROPOSED] ORDER CONTINUING CLOSE OF FACT DISCOVERY

```
 1                              George A. Nicoud, III
                                Matthew S. Kahn
 2                              GIBSON, DUNN & CRUTCHER LLP
                                555 Mission Street, Suite 3000
 3                              San Francisco, CA 94105
                                Telephone: (415) 393-8308
 4                              Facsimile: (415) 374-8483
                                Email: tnicoud@gibsondunn.com
 5                              Email: mkahn@gibsondunn.com

 6                              Attorneys for Defendant Land O' Lakes, Inc.

 7                              BOND SCHOENECK & KING, PLLC

 8                              By: /s/ Edward R. Conan
                                Edward R. Conan (admitted pro hac vice)
 9                              Suzanne O. Galbato (admitted pro hac vice)
                                Clifford G. Tsan (admitted pro hac vice)
10                              Lucy S. Clippinger (admitted pro hac vice)
                                BOND SCHOENECK & KING, PLLC
11                              One Lincoln Center
                                Syracuse, NY 13202-1355
12                              Telephone: (315) 218-8000
                                Facsimile: (315) 218-8100
13                              Email: econan@bsk.com
                                Email: sgalbato@bsk.com
14                              Email: ctsan@bsk.com
                                Email: lsclippinger@bsk.com
15
                                William S. Farmer
16                              Jacob P. Alpren
                                FARMER BROWNSTEIN JAEGER LLP
17                              235 Pine Street, Suite 1300
                                San Francisco, CA 94014
18                              Telephone: (415) 962-2875
                                Facsimile: (415) 520-5678
19                              Email: wfarmer@fbj-law.com
                                Email: jalpren@fbj-law.com
20
                                Attorneys for Defendant Dairylea Cooperative Inc.
21
                                SHIPMAN & GOODWIN, LLP
22
                                By: /s/ Jill M. O'Toole
23                              Jill M. O'Toole (admitted pro hac vice)
                                Susan S. Murphy (admitted pro hac vice)
24                              Eric S. Goldstein (admitted pro hac
                                vice)SHIPMAN & GOODWIN, LLP
25                              One Constitution Plaza
                                Hartford, CT 06103
26                              Telephone: (860) 251-5000
                                Facsimile: (860) 251-5099
27                              Email: jotoole@goodwin.com
                                Email: smurphy2@goodwin.com
28                              Email: egoldstein@goodwin.com
                                             4
```

```
                                    Diane C. Polletta (admitted pro hac vice)
                                    Sarah J. McGinley (admitted pro hac vice)
                                    300 Atlantic Street, Third Floor
                                    Stamford, CT 06901
                                    Telephone: (203) 324-8100
                                    Facsimile: (203) 324-8199
                                    Email: dpolletta@goodwin.com
                                    Email: smcginley@goodwin.com

                                    KEKER &VAN NEST, LLP

                                    Paula L. Blizzard (# 207920)
                                    Jan Nielsen Little (# 100029)
                                    Shilpi Agarwal (# 270749)
                                    KEKER &VAN NEST, LLP
                                    633 Battery Street
                                    San Francisco, CA 94111
                                    Telephone: (415) 773-6608
                                    Facsimile: (415) 397-7188
                                    Email: pblizzard@kvn.com
                                    Email: jlittle@kvn.com
                                    Email: sagarwal@kvn.com

                                    *Attorneys for Defendant Agri-Mark, Inc.*

                                    STEPTOE & JOHNSON LLP

                                    By: /s/   Chong S. Park
                                    Chong S. Park (admitted pro hac vice)
                                    Kenneth P. Ewing (admitted pro hac vice)
                                    John J. Kavanagh (admitted pro hac vice)
                                    Saad Gul (admitted pro hac vice)
                                    STEPTOE & JOHNSON LLP
                                    1330 Connecticut Avenue, NW
                                    Washington, DC  20036
                                    Telephone (202) 429-3000
                                    Facsimile (202) 429-3902
                                    Email: cpark@steptoe.com
                                    Email: kewing@steptoe.com
                                    Email: jkavanagh@steptoe.com
                                    Email: sgul@steptoe.com

                                    Dylan Ruga
                                    STEPTOE & JOHNSON LLP
                                    2121 Avenue of the Stars
                                    Los Angeles, CA 90067
                                    Telephone: (310) 734-3200
                                    Facsimile: (310) 734-3300
                                    Email: druga@steptoe.com

                                    *Attorneys for Defendant
                                    National Milk Producers Federation*
```

STIPULATION AND [PROPOSED] ORDER CONTINUING CLOSE OF FACT DISCOVERY

I, Elaine T. Byszewski, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated the  25   day of Febrary 2014

_____
The Honorable Jeffrey S. White