1  Steve W. Berman (admitted *pro hac vice*)
   Craig R. Spiegel (122000)
2  George W. Sampson (admitted *pro hac vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
3  1918 8th Avenue, Suite 3300
   Seattle, WA  98101
4  Telephone: (206) 623-7292
   Email: steve@hbsslaw.com
5  Email: craigs@hbsslaw.com
   Email: george@hbsslaw.com
6          -and-
   Elaine T. Byszewski (SBN 222304)
7  HAGENS BERMAN SOBOL SHAPIRO LLP
   301 North Lake Avenue, Suite 203
8  Pasadena, California  91101
   Telephone: (213) 330-7150
9  Email: elaine@hbsslaw.com

10 *Counsel for the Proposed Classes*

11 [Additional Counsel Listed on Signature Page]

12
                    UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
                          OAKLAND DIVISION
15

16

17 MATTHEW EDWARDS, *et al.*, individually and     Case No. 3:11-CV-04766-JSW (NJV)
   on behalf of all others similarly situated,
18                                                  [consolidated with 11-CV-04791-JSW
                                    Plaintiffs,      and 11-CV-05253-JSW]
19
          v.                                        CLASS ACTION
20
   NATIONAL MILK PRODUCERS                          **STIPULATION AND [PROPOSED]**
21 FEDERATION, aka COOPERATIVES                     **ORDER CONTINUING CASE**
   WORKING TOGETHER; DAIRY FARMERS                  **MANAGEMENT CONFERENCE**
22 OF AMERICA, INC.; LAND O'LAKES, INC.;            **AND CLOSE OF FACT DISCOVERY**
   DAIRYLEA COOPERATIVE INC.; and AGRI-
23 MARK, INC.,                                      Before: Hon. Jeffrey S. White

24                                  Defendants.

25

26

27

28

1    Plaintiffs and Defendants National Milk Producers Federation, aka Cooperatives Working

2    Together, Dairy Farmers of America, Inc., Land O'Lakes, Inc., Dairylea Cooperative Inc., and Agri-

3    Mark, Inc. (collectively "the Parties") agree and stipulate as follows:

4    WHEREAS, the second Case Management Conference is set for April 18, 2014, with a joint

5    case status report due April 11, 2014;

6    WHEREAS, the second Case Management Conference was originally set for six weeks

7    following the hearing on class certification;

8    WHEREAS, the close of fact discovery is currently set for June 7, 2014;

9    WHEREAS, the close of fact discovery was originally set for three months following the

10   hearing on class certification;

11   WHEREAS, the hearing on class certification was continued from March 7, 2014, to June 6,

12   2014;

13   WHEREAS, the parties agree that the second Case Management Conference should be

14   continued to July 18, 2014, with a joint case status report due July 11, 2014; and

15   WHEREAS, the parties agree that the close of fact discovery should be continued to

16   September 8, 2014.

17   THEREFORE, the parties so stipulate and respectfully request that the Court enter the order

18   below, approving this stipulation.

19   Respectfully submitted:

20   DATED: April 7, 2014                    HAGENS BERMAN SOBOL SHAPIRO LLP

21                                           By: /s/ Elaine T. Byszewski
                                             Elaine T. Byszewski
22                                           301 North Lake Avenue, Suite 203
                                             Pasadena, California 91101
23                                           Telephone: (213) 330-7150
                                             Facsimile: (213) 330-7152
24                                           Email: elaine@hbsslaw.com

25                                           Steve W. Berman
                                             George W. Sampson
26                                           HAGENS BERMAN SOBOL SHAPIRO LLP
                                             1918 8TH Avenue, Suite 3300
27                                           Seattle, WA  98101
                                             Telephone: (206) 623-7292
28

2

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND CLOSE OF FACT DISCOVERY

1   Facsimile: (206) 623-0594
    Email: steve@hbsslaw.com
2   Email: george@hbsslaw.com

3   *Counsel for Plaintiffs*

4   WILLIAMS & CONNOLLY LLP

5   By: /s/ Steven R. Kuney
    Steven R. Kuney (admitted *pro hac vice)*
6   Kevin Hardy (admitted *pro hac vice)*
    Carl R. Metz (admitted *pro hac vice)*
7   WILLIAMS & CONNOLLY LLP
    725 Twelfth Street, N.W.
8   Washington, D.C. 20005
    Telephone: (202) 434-5843
9   Facsimile: (202) 434-5029
    Email: skuney@wc.com
10  Email: khardy@wc.com
    Email: cmetz@wc.com
11
    BAKER & MILLER PLLC
12
    By: /s/ W. Todd Miller
13  W. Todd Miller (admitted *pro hac vice*)
    Ishai Mooreville (admitted *pro hac vice*)
14  BAKER & MILLER PLLC
    2401 Pennsylvania Avenue, N.W.
15  Suite 300
    Washington, DC 20037
16  Telephone: (202) 663-7820
    Facsimile: (202) 663-7849
17  Email: tmiller@bakerandmiller.com
    Email: imooreville@bakerandmiller.com
18
19  Jesse W. Markham
    2130 Fulton Street
20  San Francisco, CA 94117
    Telephone: (415) 422-4473
21  Facsimile: (415) 422-6433
    Email: jmarkhamlaw@sbcglobal.net
22
    *Attorneys for Defendant Dairy Farmers of*
23  *America, Inc.*

24  EIMER STAHL LLP

25  By: /s/ Nathan P. Eimer
26  Nathan P. Eimer (admitted pro hac vice)
    Scott C. Solberg (admitted pro hac vice)
27  Vanessa G. Jacobsen (admitted pro hac vice)
    Daniel D. Birk (admitted pro hac vice)
28  Sarah E. Malkerson (admitted pro hac vice)

3

Eimer Stahl LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL  60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718
Email:neimer@eimerstahl.com
Email: ssolberg@eimerstahl.com
Email: vjacobsen@eimerstahl.com
Email: dbirk@eimerstahl.com
Email: smalkerson@eimerstahl.com


George A. Nicoud, III
Matthew S. Kahn
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8308
Facsimile: (415) 374-8483
Email: tnicoud@gibsondunn.com
Email: mkahn@gibsondunn.com

*Attorneys for Defendant Land O' Lakes, Inc.*

BOND SCHOENECK & KING, PLLC

By: /s/ Edward R. Conan
Edward R. Conan (admitted pro hac vice)
Suzanne O. Galbato (admitted pro hac vice)
Clifford G. Tsan (admitted pro hac vice)
Lucy S. Clippinger (admitted pro hac vice)
BOND SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Facsimile: (315) 218-8100
Email: econan@bsk.com
Email: sgalbato@bsk.com
Email: ctsan@bsk.com
Email: lsclippinger@bsk.com

William S. Farmer
Jacob P. Alpren
FARMER BROWNSTEIN JAEGER LLP
235 Pine Street, Suite 1300
San Francisco, CA 94014
Telephone: (415) 962-2875
Facsimile: (415) 520-5678
Email: wfarmer@fbj-law.com
Email: jalpren@fbj-law.com

*Attorneys for Defendant Dairylea Cooperative Inc.*

SHIPMAN & GOODWIN, LLP

4

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND CLOSE OF FACT DISCOVERY

By: /s/ Jill M. O'Toole
Jill M. O'Toole (admitted pro hac vice)
Susan S. Murphy (admitted pro hac vice)
Eric S. Goldstein (admitted pro hac vice)SHIPMAN & GOODWIN, LLP
One Constitution Plaza
Hartford, CT 06103
Telephone: (860) 251-5000
Facsimile: (860) 251-5099
Email: jotoole@goodwin.com
Email: smurphy2@goodwin.com
Email: egoldstein@goodwin.com

Diane C. Polletta (admitted pro hac vice)
Sarah J. McGinley (admitted pro hac vice)
300 Atlantic Street, Third Floor
Stamford, CT 06901
Telephone: (203) 324-8100
Facsimile: (203) 324-8199
Email: dpolletta@goodwin.com
Email: smcginley@goodwin.com

KEKER &VAN NEST, LLP

Paula L. Blizzard (# 207920)
Jan Nielsen Little (# 100029)
Shilpi Agarwal (# 270749)
KEKER &VAN NEST, LLP
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 773-6608
Facsimile: (415) 397-7188
Email: pblizzard@kvn.com
Email: jlittle@kvn.com
Email: sagarwal@kvn.com

*Attorneys for Defendant Agri-Mark, Inc.*

STEPTOE & JOHNSON LLP

By: /s/   Chong S. Park
Chong S. Park (admitted pro hac vice)
Kenneth P. Ewing (admitted pro hac vice)
John J. Kavanagh (admitted pro hac vice)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Telephone (202) 429-3000
Facsimile (202) 429-3902
Email: cpark@steptoe.com
Email: kewing@steptoe.com
Email: jkavanagh@steptoe.com

Dylan Ruga
STEPTOE & JOHNSON LLP

5

1

2121 Avenue of the Stars
Los Angeles, CA 90067
2 Telephone: (310) 734-3200
Facsimile: (310) 734-3300
3 Email: druga@steptoe.com

4 *Attorneys for Defendant*
*National Milk Producers Federation*

5

6 I, Elaine T. Byszewski, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

7

8 The case management conference is CONTINUED to July 25, 2014 at 11:00 a.m.
PURSUANT TO STIPULATION, IT IS SO ORDERED:

9

10

11 Dated the __8__ day of April 2014

12

13 _____
The Honorable Jeffrey S. White

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6