EIMER STAHL LLP
NATHAN P. EIMER *(pro hac vice)*
neimer@eimerstahl.com
SCOTT C. SOLBERG *(pro hac vice)*
ssolberg@eimerstahl.com
VANESSA G. JACOBSEN *(pro hac vice)*
vjacobsen@eimerstahl.com
DANIEL DAVID BIRK *(pro hac vice)*
dbirk@eimerstahl.com
224 S. Michigan Avenue, Suite 1100
Chicago, IL  60604
Telephone:  312.660.7600
Fax:  312.692.1718

Attorneys for Defendant Land O'Lakes, Inc.

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW EDWARDS, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MILK PRODUCERS FEDERATION aka COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE INC.; and AGRI-MARK, INC.,<br><br>Defendants. | CASE NO.: 3:11-CV-04766-JSW<br><br>[consolidated with 11-cv-04791-JSW and 11-cv-05253-JSW]<br><br>CLASS ACTION<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS' JOINT MOTION TO SET A DATE FOR THE DEPOSITION OF PLAINTIFFS' EXPERT AND TO EXTEND TIME TO RESPOND TO PLAINTIFFS' SUPPLEMENTAL BRIEFING**<br><br>**BEFORE:  HON. JEFFREY S. WHITE** |

This matter comes before the Court on Defendants National Milk Producers Federation aka Cooperatives Working Together, Dairy Farmers of America, Inc., Land O'Lakes, Inc., Dairylea

1

[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO SET A DATE FOR THE DEPOSITION OF PLAINTIFFS' EXPERT AND TO EXTEND TIME TO RESPOND TO PLAINTIFFS' SUPPLEMENTAL BRIEFING
CASE NO.: 3:11-CV-04766-JSW

1  Cooperative Inc., and Agri-Mark, Inc.'s Motion to Set a Date for the Deposition of Plaintiffs' Expert
2  and to Extend Time to Respond to Plaintiffs' Supplemental Briefing.
3      Upon consideration of the foregoing Motion, the papers submitted in support, and good cause
4  appearing, IT IS HEREBY ORDERED that:
5      Defendants' Motion is granted. The deposition of Dr. John Connor shall be taken on
6  July 16, 2014. Defendants are to respond to Plaintiffs' Supplemental Brief in Support of Class
7  Certification by no later than two weeks after the date of Dr. Connor's deposition, on July 30, 2014
8  Plaintiffs shall reply by no later than August 27, 2014. Defendants shall have their expert available for
9  several days between August 4 and August 13, 2014 for a deposition. The hearing is CONTINUED to September 19. 2014.
10  Dated: June 24, 2014    By: /s/ Jeffrey S. White
11      HONORABLE JEFFREY S. WHITE
    United States District Judge

**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO SET A DATE FOR THE DEPOSITION OF PLAINTIFFS' EXPERT AND TO EXTEND TIME TO RESPOND TO PLAINTIFFS' SUPPLEMENTAL BRIEFING**
**CASE NO.: 3:11-CV-04766-JSW**