Steve W. Berman (admitted *pro hac vice*)
Craig R. Spiegel (122000)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com
Email: craigs@hbsslaw.com
         -and-
Elaine T. Byszewski (SBN 222304)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 203
Pasadena, California 91101
Telephone: (213) 330-7150
Email: elaine@hbsslaw.com

*Counsel for the Proposed Classes*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MATTHEW EDWARDS, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MILK PRODUCERS FEDERATION, aka COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE INC.; and AGRI-MARK, INC.,<br><br>Defendants. | Case No. 3:11-CV-04766-JSW (NJV)<br><br>[consolidated with 11-CV-04791-JSW and 11-CV-05253-JSW]<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND CLOSE OF FACT DISCOVERY**<br><br>Before: Hon. Jeffrey S. White |

Plaintiffs and Defendants National Milk Producers Federation, aka Cooperatives Working Together, Dairy Farmers of America, Inc., Land O'Lakes, Inc., Dairylea Cooperative Inc., and Agri-Mark, Inc. (collectively "the Parties") agree and stipulate as follows:

WHEREAS, the hearing on class certification was recently continued by the Court from June 6, 2014, to July 25, 2014,[1] to September 19, 2014[2];

WHEREAS, the second Case Management Conference is set for August 15, 2014, with a joint case status report due August 8, 2014;

WHEREAS, the second Case Management Conference was set for three weeks following the hearing on class certification, when it was set for July 25, 2014;

WHEREAS, the close of fact discovery is set for September 8, 2014;

WHEREAS, the close of fact discovery was set for three months following the hearing on class certification, when it was set for June 6, 2014;

WHEREAS, the parties wish to continue those certain dates consistent with this Court's prior orders;

WHEREAS, the parties agree that the second Case Management Conference should be continued to October 10, 2014, with a joint case status report due October 3, 2014; and

WHEREAS, the parties agree that the close of fact discovery should be continued to December 19, 2014.

THEREFORE, the parties so stipulate and respectfully request that the Court enter the order below, approving this stipulation.

Respectfully submitted:

DATED: July 11, 2014                      HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Elaine T. Byszewski
Elaine T. Byszewski
301 North Lake Avenue, Suite 203
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152

---

[1] *See* Order dated May 29, 2014, at Dkt. No. 240.
[2] *See* Order dated June 24, 2014, at Dkt. No. 249.

Email: elaine@hbsslaw.com

Steve W. Berman
Craig R. Spiegel
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8TH Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

*Counsel for Plaintiffs*

WILLIAMS & CONNOLLY LLP

By: <u>/s/ Steven R. Kuney</u>
Steven R. Kuney (admitted *pro hac vice*)
Kevin Hardy (admitted *pro hac vice*)
Carl R. Metz (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5843
Facsimile: (202) 434-5029
Email: skuney@wc.com
Email: khardy@wc.com
Email: cmetz@wc.com

BAKER & MILLER PLLC

By: <u>/s/ W. Todd Miller</u>
W. Todd Miller (admitted *pro hac vice*)
Ishai Mooreville (admitted *pro hac vice*)
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20037
Telephone: (202) 663-7820
Facsimile: (202) 663-7849
Email: tmiller@bakerandmiller.com
Email: imooreville@bakerandmiller.com

Jesse W. Markham
2130 Fulton Street
San Francisco, CA 94117
Telephone: (415) 422-4473
Facsimile: (415) 422-6433
Email: jmarkhamlaw@sbcglobal.net

*Attorneys for Defendant Dairy Farmers of America, Inc.*

3

```
                                    EIMER STAHL LLP

                                    By: /s/ Nathan P. Eimer
                                    Nathan P. Eimer (admitted pro hac vice)
                                    Scott C. Solberg (admitted pro hac vice)
                                    Vanessa G. Jacobsen (admitted pro hac vice)
                                    Daniel D. Birk (admitted pro hac vice)
                                    Sarah E. Malkerson (admitted pro hac vice)
                                    Eimer Stahl LLP
                                    224 S. Michigan Avenue, Suite 1100
                                    Chicago, IL  60604
                                    Telephone: (312) 660-7600
                                    Facsimile: (312) 692-1718
                                    Email:neimer@eimerstahl.com
                                    Email: ssolberg@eimerstahl.com
                                    Email: vjacobsen@eimerstahl.com
                                    Email: dbirk@eimerstahl.com
                                    Email: smalkerson@eimerstahl.com


                                    George A. Nicoud, III
                                    Matthew S. Kahn
                                    GIBSON, DUNN & CRUTCHER LLP
                                    555 Mission Street, Suite 3000
                                    San Francisco, CA 94105
                                    Telephone: (415) 393-8308
                                    Facsimile: (415) 374-8483
                                    Email: tnicoud@gibsondunn.com
                                    Email: mkahn@gibsondunn.com
```

*Attorneys for Defendant Land O' Lakes, Inc.*

BOND SCHOENECK & KING, PLLC

By: /s/ Edward R. Conan
Edward R. Conan (admitted pro hac vice)
Suzanne O. Galbato (admitted pro hac vice)
Clifford G. Tsan (admitted pro hac vice)
Lucy S. Clippinger (admitted pro hac vice)
BOND SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Facsimile: (315) 218-8100
Email: econan@bsk.com
Email: sgalbato@bsk.com
Email: ctsan@bsk.com
Email: lsclippinger@bsk.com

William S. Farmer
Jacob P. Alpren
FARMER BROWNSTEIN JAEGER LLP
235 Pine Street, Suite 1300

4

| | |
|---|---|
| 1 | San Francisco, CA 94014 |
| | Telephone: (415) 962-2875 |
| 2 | Facsimile: (415) 520-5678 |
| | Email: wfarmer@fbj-law.com |
| 3 | Email: jalpren@fbj-law.com |
| 4 | *Attorneys for Defendant Dairylea Cooperative Inc.* |
| 5 | SHIPMAN & GOODWIN, LLP |
| 6 | By: /s/ Jill M. O'Toole |
| | Jill M. O'Toole (admitted pro hac vice) |
| 7 | Susan S. Murphy (admitted pro hac vice) |
| | Eric S. Goldstein (admitted pro hac vice) |
| 8 | SHIPMAN & GOODWIN, LLP |
| | One Constitution Plaza |
| 9 | Hartford, CT 06103 |
| | Telephone: (860) 251-5000 |
| 10 | Facsimile: (860) 251-5099 |
| | Email: jotoole@goodwin.com |
| 11 | Email: smurphy2@goodwin.com |
| | Email: egoldstein@goodwin.com |
| 12 | |
| | Diane C. Polletta (admitted pro hac vice) |
| 13 | Sarah J. McGinley (admitted pro hac vice) |
| | 300 Atlantic Street, Third Floor |
| 14 | Stamford, CT 06901 |
| | Telephone: (203) 324-8100 |
| 15 | Facsimile: (203) 324-8199 |
| | Email: dpolletta@goodwin.com |
| 16 | Email: smcginley@goodwin.com |
| 17 | KEKER &VAN NEST, LLP |
| 18 | Paula L. Blizzard (# 207920) |
| | Jan Nielsen Little (# 100029) |
| 19 | Shilpi Agarwal (# 270749) |
| | KEKER &VAN NEST, LLP |
| 20 | 633 Battery Street |
| | San Francisco, CA 94111 |
| 21 | Telephone: (415) 773-6608 |
| | Facsimile: (415) 397-7188 |
| 22 | Email: pblizzard@kvn.com |
| | Email: jlittle@kvn.com |
| 23 | Email: sagarwal@kvn.com |
| 24 | *Attorneys for Defendant Agri-Mark, Inc.* |
| 25 | STEPTOE & JOHNSON LLP |
| 26 | By: /s/ Chong S. Park |
| | Chong S. Park (admitted pro hac vice) |
| 27 | Kenneth P. Ewing (admitted pro hac vice) |
| | John J. Kavanagh (admitted pro hac vice) |
| 28 | STEPTOE & JOHNSON LLP |

```
                                    1330 Connecticut Avenue, NW
                                    Washington, DC  20036
                                    Telephone (202) 429-3000
                                    Facsimile (202) 429-3902
                                    Email: cpark@steptoe.com
                                    Email: kewing@steptoe.com
                                    Email: jkavanagh@steptoe.com

                                    Dylan Ruga
                                    STEPTOE & JOHNSON LLP
                                    2121 Avenue of the Stars
                                    Los Angeles, CA 90067
                                    Telephone: (310) 734-3200
                                    Facsimile: (310) 734-3300
                                    Email: druga@steptoe.com

                                    *Attorneys for Defendant*
                                    *National Milk Producers Federation*
```

I, Elaine T. Byszewski, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated the __21__ day of July 2014

_____
The Honorable Jeffrey S. White

6

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CMC AND CLOSE OF FACT DISCOVERY