1 STEVE W. BERMAN (*pro hac vice*)
CRAIG R. SPIEGEL (SBN 122000)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: craigs@hbsslaw.com

ELAINE T. BYSZEWSKI (SBN 222304)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 203
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
Email: elaine@hbsslaw.com

[Additional Counsel Listed on Signature Page]

*Counsel for Plaintiffs and the Classes*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MATTHEW EDWARDS, *et al*., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MILK PRODUCERS FEDERATION, aka COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE INC.; and AGRI-MARK, INC.,<br><br>Defendants. | Case No. 4:11-CV-04766-JSW<br><br>[consolidated with 11-CV-04791-JSW and 11-CV-05253-JSW]<br><br>CLASS ACTION<br><br>**PLAINTIFFS' CERTIFICATION OF COMPLETETION OF RULE 26(e) SUPPLEMENTATION**<br><br>Hon. Jeffrey S. White |

| | |
|---|---|
| 1 | Pursuant to the Court's, October 20, 2014, Order Scheduling Trial and Pretrial Matters, |
| 2 | Plaintiffs hereby certify that all supplementation of disclosures and discovery responses required |
| 3 | by Federal Rule of Civil Procedure Rule 26(e), has been completed. Plaintiffs' responses to Land |
| 4 | O'Lakes's Second Set of Interrogatories are not due until February 16, 2015, and Plaintiffs' |
| 5 | responses to Dairy Farmers of America's First Set of Requests for Admission, Requests for |
| 6 | Production, and Interrogatories are not due until February 17, 2015. |

Respectfully submitted,

DATED: January 16, 2015

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Steve W. Berman
Steve W. Berman (*pro hac vice*)
Craig R. Spiegel (SBN 122000)
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
craigs@hbsslaw.com

Elaine T. Byszewski (SBN 222304)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 203
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
elaine@hbsslaw.com

Jeff D. Friedman (SBN 173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Daniel E. Gustafson (*pro hac vice*)
Jason S. Kilene (*pro hac vice*)

| | |
|---|---|
| 1 | Sara Payne (*pro hac vice*) |
| | GUSTAFSON GLUEK PLLC |
| 2 | 650 Northstar East |
| | 608 Second Avenue South |
| 3 | Minneapolis, MN 55402 |
| | Telephone: (612) 333-8844 |
| 4 | dgustafson@gustafsongluek.com |
| | jkilene@gustafsongluek.com |
| 5 | spayne@ gustafsongluek.com |
| 6 | Steven Berk (*pro hac vice*) |
| | BERK LAW PLLC |
| 7 | 2002 Massachusetts Avenue NW |
| | Washington, D.C. 20036 |
| 8 | Telephone: (202) 232-7550 |
| | steven@berklawdc.com |
| 9 | Shpetim Ademi (*pro hac vice*) |
| | Corey Mather (*pro hac vice*) |
| 10 | ADEMI & O'REILLY, LLP |
| | 3620 East Layton Avenue |
| 11 | Cudahy, Wisconsin 53110 |
| | Telephone: (414) 482-8000 |
| 12 | sademi@ademilaw.com |
| | cmather@ademilaw.com |
| 13 | |
| 14 | Mark Reinhardt |
| | Garrett D. Blanchfield, Jr. |
| 15 | REINHARDT WENDORF & BLANCHFIELD |
| | E1250 First National Bank Bldg. |
| 16 | 332 Minnesota Street |
| | St. Paul, MN 55101 |
| 17 | Telephone: (651) 287-2100 |
| | m.reinhardt@rwblawfirm.com |
| 18 | g.blanchfield@rwblawfirm.com |

*Attorneys for Plaintiffs and the Classes*

# PROOF OF SERVICE

I hereby certify that on January 16, 2015, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system.

/s/ Elaine Byszewski
Elaine Byszewski