# EXHIBIT 50

*(Continued from page 1)*

for 12 months following completion of the CWT farm audit. To ensure that this happens, successful bidders will be paid in two installments – 90% when CWT receives confirmation that all milk and dry cows have been sent to slaughter, and the remaining 10% plus interest following confirmation that neither the dairy farmer nor the dairy premises, whether owned or leased, has engaged in the commercial production of milk for 12 months.

For more details on CWT Herd Retirement, visit www.cwt.coop and click the Herd Retirement tab.

## CWT Herd Retirement(s) will speed recovery

Analysis by NMPF economists indicates that significant herd retirement activities in 2009 will shorten by six months the time it takes milk prices to recover. Currently, the analysis forecasts that without CWT taking action, the milk price will recover in the spring of 2010. With CWT herd retirement(s), that will happen in the fall of 2009.

This is essentially what CWT does – it takes what would happen *naturally* and makes it happen faster. It does this by making sure that when a producer goes out of business, his cows do, too. When things happen *naturally,* some of those cows go to another dairy, and they continue to produce milk until financial pressures brought on by low milk prices force more producers out of business.

By accelerating the reduction in the number of cows being milked, CWT helps accelerate the recovery in milk prices, too.

## CWT generates $1.6 billion additional producer revenue in 2008

Dr. Scott Brown of the University of Missouri and the Food & Agricultural Policy Research Institute (FAPRI) has completed his analysis of the impact of CWT programs in 2008. The result – CWT's herd retirement programs and its export assistance program activities added $1.6 billion to dairy farmer revenue in 2008.

Specifically, herd retirements accounted for $1.3 billion of the additional revenue while the export assistance program accounted for $300 million. On a per hundredweight basis, the herd retirements added 78 cents to the All-milk price during the year and the export assistance program 13 cents for a total of 91 cents*.

To view Dr. Brown's complete presentation go to www.cwt.coop and click on CWT's Impact.

| Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|
| CWT Herd Retirement Impact | $0.06 | $0.19 | $0.50 | $0.60 | $0.86 | $0.78 |
| CWT Export Assistance Impact | NA | $0.01 | $0.01 | $0.07 | $0.18 | $0.13 |
| TOTAL CWT Impact | $0.06 | $0.19 | $0.50 | $0.67 | $1.04 | $0.91 |

*The FAPRI model that Dr. Brown uses has been updated resulting in slightly higher impacts from those previously reported.





2101 Wilson Blvd, Suite 400, Arlington, VA 22201
Phone: 888-Info-CWT (888-463-6298), Fax: 703-841-9328
www.cwt.coop

NMPF0013489