**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATTHEW EDWARDS, et al.,

    Plaintiffs,

v.

NATIONAL MILK PRODUCERS FEDERATION, aka COOPERATIVES WORKING TOGETHER, et al.,

    Defendants.

No. C 11-04766 JSW

**THIRD ORDER REGARDING MOTIONS TO FILE DOCUMENTS UNDER SEAL**

Now before the Court are the motions to file documents under seal filed by Plaintiffs and Defendants. (Docket Nos. 329, 339, 343, 353, 357, 362, and 366.) Upon review of the motions, including Defendants' responses to Plaintiffs' motions, the Court RULES that the following portions of the documents may be filed under seal:

(1) The requested portions of the Declaration of Richard Stammer and of Exhibits 23 through 29, 33 through 35, and 40 through 43 to the Stammer Declaration;

(2) The requested portions of Exhibit J to Declaration of Daniel D. Birk;

(3) The requested portions of the Rebuttal Expert Report of Dr. Robert A. Cropp;

(4) The requested portions of the Expert Report of David P. Kaplan;

(5) The requested portions of Plaintiffs' motion for summary adjudication and opposition to Defendants' motion for summary judgment or, in the alternative, summary adjudication;

(6) The requested portions of Dr. John Connor's Expert Report and Rebuttal Expert Report on the Merits;

(7) The requested portions of the Declaration of David L. Sunding;

(8) The requested portions of Exhibits 11 and 24 to the Declaration of Elaine T. Byszewski;

(9) The requested portions of Defendants' memorandum in support of their *Daubert* motion;

(10) The requested portions of Exhibits 1 through 5 and 8 to the Declaration of Carl R. Metz in support of Defendants' *Daubert* motion;

(11) The requested portions of Plaintiffs' reply in support of their motion for summary adjudication'

(12) The requested portions of Exhibit 113 to the Declaration of Elaine T. Byszewski;

(13) The requested portions of Defendants' reply in support of their *Daubert* motion; and

(14) Exhibits 1, 2, 3, 5, and 10 to the Declaration of Carl R. Metz in support of Defendants' *Daubert* reply brief.

The Court DENIES the motion to seal as to the first two pages of Exhibit 6 to the Metz Declaration in support of Defendants' *Daubert* motion and GRANTS the request to seal the remainder of this document.  The Court RESERVES RULING on Plaintiffs' request to file under seal their opposition to Defendants' *Daubert* motion, Exhibits 4, 11, 22, 25 and 27 to the Declaration of Elaine T. Byszewski in opposition to Defendants' *Daubert* motion, and the rebuttal testimony of Dr. David Sunding.  Plaintiffs seeks to seal documents that have been designated as confidential, or reference information that have been designated as confidential, by Defendants.  Defendants had an obligation pursuant to Local Civil Rule 79-5(e) to file a declaration to establish that the information is sealable, but failed to do so.  The Court will provide Defendants with one more opportunity to provide the required declaration, or to clarify that they are not requesting to keep these documents sealed.  Defendants shall file such

///

///

///

declaration or clarification by no later than July 14, 2015.  The Court will reserve ruling on the request to file these documents under seal pending Defendants' response.

**IT IS SO ORDERED.**

Dated: July 9, 2015



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

3