IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW EDWARDS, et al., | |
| Plaintiffs, | No. C 11-04766 JSW |
| v. | |
| NATIONAL MILK PRODUCERS FEDERATION, aka COOPERATIVES WORKING TOGETHER, et al., | **ORDER CONTINUING DATES** |
| Defendants. | |

The Court HEREBY CONTINUES the hearing on Defendants' motion for summary judgment or, in the alternative, summary adjudication, Plaintiffs' motion for summary adjudication, and Defendants' *Daubert* motion to October 9, 2015 at 9:00 a.m. The Court FURTHER CONTINUES the pretrial conference to January 11, 2016 at 2:00 p.m., jury selection to January 27, 2016 at 8:00 a.m., and trial to February 1, 2016 at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: July 9, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE