IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATTHEW EDWARDS, et al.,

    Plaintiffs,

v.

NATIONAL MILK PRODUCERS FEDERATION, aka COOPERATIVES WORKING TOGETHER, et al.,

    Defendants.

No. C 11-04766 JSW

**FOURTH ORDER REGARDING MOTIONS TO FILE DOCUMENTS UNDER SEAL**

The Court had reserved ruling on a portion of a motions to seal filed by Plaintiffs. Upon review of Defendants' response, the Court HEREBY ORDERS that Plaintiffs' request to file their opposition to Defendants' *Daubert* motion, Exhibits 4, 11, 22, 25 and 27 to the Declaration of Elaine T. Byszewski in opposition to Defendants' *Daubert* motion, and the rebuttal testimony of Dr. David Sunding under seal is DENIED. The Court FURTHER ORDERS that Defendants' request to file exhibits to the Declaration of Elaine T. Byszewski regarding the motions for summary judgment is GRANTED with respect to Exhibits 62 at 94:7-95:14, 181:22-182:7, 97, and 98 and is DENIED as to Exhibit 62 at 181:1-21.

**IT IS SO ORDERED.**

Dated: July 20, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE