UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MATTHEW EDWARDS, et al., | Case No. 11-cv-04766-JSW |
|---|---|
| Plaintiffs, | |
| v. | **ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| NATIONAL MILK PRODUCERS FEDERATION, et al., | Re: Dkt. No. 416 |
| Defendants. | |

The Court has received the joint case management statement and stipulation and proposed scheduling order. The Court GRANTS the joint request to continue the case management conference. The following schedule is entered in this case:

Mediation: May 16, 2016

Joint Case Management Statement: May 27, 2016

Case Management Conference: June 3, 2016, at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: April 11, 2016

_____
JEFFREY S. WHITE
United States District Judge