Steve W. Berman (*pro hac vice*)
Craig R. Spiegel (SBN 122000)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
craigs@hbsslaw.com

Jeff D. Friedman (SBN 173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
jefff@hbsslaw.com

Elaine T. Byszewski (SBN 222304)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 203
Pasadena, CA  91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
elaine@hbsslaw.com

[Additional Counsel Listed on Signature Page]

*Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MATTHEW EDWARDS, et al., individually and on behalf of all others similarly situated,<br><br>                                            Plaintiffs,<br><br>    v.<br><br>NATIONAL MILK PRODUCERS FEDERATION, aka COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE INC.; and AGRI-MARK, INC.,<br><br>                                            Defendants. | Case No. 11-CV-04766-JSW<br><br>[consolidated with 11-CV-04791-JSW and 11-CV-05253-JSW]<br><br>**JOINT CASE MANAGEMENT STATEMENT; STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:         June 3, 2016<br>Time:        11:00 a.m.<br>Dept.:       Courtroom 5<br>Judge:      Hon. Jeffrey S. White |

010263-11 874843 V2

1  Pursuant to Civil Local Rule 16-10(d), Plaintiffs and Defendants National Milk Producers
2  Federation; Dairy Farmers of America, Inc.; Land O'Lakes, Inc.; Dairylea Cooperative Inc.; and
3  Agri-Mark, Inc., (collectively, the "Parties") jointly submit the following case management
4  statement for purposes of "reporting progress or changes since the last statement was filed and
5  making proposals for the remainder of the case development process" per Civil Local Rule 16-
6  10(d). As also required by that rule, the statement "report[s] the parties' views about whether using
7  some form of ADR would be appropriate."

**1. MOTIONS**

Since the joint statement submitted on October 3, 2014, Plaintiffs filed a motion for summary adjudication, and Defendants filed a motion for decertification, a Daubert motion to exclude Plaintiffs' expert, and a motion for summary judgment. These motions were set for hearing before the Court on March 4, 2016; the Court has not yet ruled. There have also been various other administrative motions. There have been no additional motions filed since the last joint statement filed on April 8, 2016.

**2. DISCOVERY**

Discovery has closed.

**3. RELATED CASES**

There are no pending related cases in the U.S. District Court for the Northern District of California. Three related actions are pending in the U.S. District Court for the Southern District of Illinois, *First Impressions Salon v. National Milk Producers Federation, et al.* (Case No. 3:13-cv-00454), *Belle Foods Trust, et al. v. National Milk Producers Federation*, *et al.* (Case No. 3:14-cv-01014), and *Piggly Wiggly Midwest, LLC et al. v. National Milk Producers Federation, et al.* (3:15-cv-00750). Each is a purported class action brought by a purported direct purchaser of milk products. The three cases have been consolidated under *First Impressions*. Another direct purchaser case has been brought in the U.S. District Court for the Middle District of Florida, *Winn-Dixie and Bi-Lo Holdings, LLC v. Southeast Milk, Inc., et al.* (Case No. 3:15-cv-01143). There is also one related state court action, *Kristie Tessandori v. Dairy Farmers of America, Inc.*, Case No. 1216-CV-13257 (Mo. Cir. Ct., Jackson Cnty.), which has settled.

### 4. SETTLEMENT AND ADR

The parties participated in mediation on January 16, 2015, before the Hon. Layn R. Phillips, but were unable to resolve the case at that time. The parties recently had another mediation session before the Hon. Layn R. Phillips on May 16, 2016. The mediation did not result in an agreement. The parties are continuing to discuss resolution, however, and will conclude their discussions by June 9, 2016. The parties will notify the Court on or before June 10, 2016, whether resolution has been reached. Accordingly, the parties propose that the status conference set for June 3, 2016, be continued to June 17, 2016, with a further joint status conference report due by June 10, 2016.

### 5. PLAINTIFFS' PROPOSED SCHEDULE

| | |
|---|---|
| Motions in limine served | 4 weeks after Court's rulings |
| Oppositions to motions to limine served | 6 weeks after Court's rulings |
| Motions in limine and oppositions filed | 7 weeks after Court's ruling |
| Joint Proposed Final Pretrial Order | 7 weeks after Court's ruling |
| Pre-trial Conference | 9 weeks after Court's ruling |
| Trial | 10 weeks after Court's ruling |

### 6. DEFENDANTS' PROPOSED SCHEDULE

| | |
|---|---|
| Hearing of Dispositive Motions | To be determined by the Court |
| Pretrial Conference | 90 days after the Court rules on dispositive motions, or as otherwise determined by the Court |
| Trial | 120 days after the Court rules on dispositive motions, or as otherwise determined by the Court |

### 7. TRIAL

Plaintiffs have requested a jury trial. The parties expect the trial to last approximately three to four weeks. This expectation could be affected by the Court's rulings on pending motions.

JOINT CASE MANAGEMENT STATEMENT              - 2 -
CASE NO. 4:11-CV-04766-JSW
010263-11  874843 V2

1  Respectfully submitted,

2  DATED:  May 27, 2016                    HAGENS BERMAN SOBOL SHAPIRO LLP

3                                          By    /s/ Steve W. Berman
                                            Steve W. Berman (*pro hac vice*)
4                                           Craig R. Spiegel (SBN 122000)
                                            HAGENS BERMAN SOBOL SHAPIRO LLP
5                                           1918 Eighth Avenue, Suite 3300
                                            Seattle, WA  98101
6                                           Telephone (206) 623-7292
                                            steve@hbsslaw.com
7                                           craig@hbsslaw.com

8                                           Jeff D. Friedman (173886)
                                            715 Hearst Avenue, Suite 202
9                                           Berkeley, CA 94710
                                            Telephone: (510) 725-3000
10                                          Facsimile:  (510) 725-3001
                                            jefff@hbsslaw.com
11
                                            Elaine T. Byszewski (SBN 222304)
12                                          HAGENS BERMAN SOBOL SHAPIRO LLP
                                            301 North Lake Avenue, Suite 203
13                                          Pasadena, CA  91101
                                            Telephone (213) 330-7150
14                                          Facsimile (213) 330-7152
                                            elaine@hbsslaw.com
15
                                            Daniel E. Gustafson (*pro hac vice*)
16                                          Jason S. Kilene (*pro hac vice*)
                                            Sara Payne (*pro hac vice*)
17                                          GUSTAFSON GLUEK PLLC
                                            650 Northstar East
18                                          608 Second Avenue South
                                            Minneapolis, MN 55402
19                                          Telephone: (612) 333-8844
                                            Facsimile: (612) 339-6622
20                                          dgustafson@gustafsongluek.com
                                            jkilene@gustafsongluek.com
21                                          spayne@gustafsongluek.com

22                                          Shpetim Ademi (*pro hac vice*)
                                            ADEMI & O'REILLY, LLP
23                                          3620 East Layton Avenue
                                            Cudahy, Wisconsin  53110
24                                          Telephone: (414) 482-8000
                                            Facsimile: (414) 482-8001
25                                          sademi@ademilaw.com

26                                          Steven N. Berk (*pro hac vice*)
                                            BERK LAW PLLC
27                                          2002 Massachusetts Avenue, NW
                                            Washington, DC 20036
28

JOINT CASE MANAGEMENT STATEMENT           - 3 -
CASE NO. 4:11-CV-04766-JSW
010263-11  874843 V2

| | |
|---|---|
| 1 | Telephone: (202) 232-7550 |
| | Facsimile: (202) 232-7556 |
| 2 | steven@berklawdc.com |
| 3 | Mark Reinhardt |
| | Garrett D. Blanchfield |
| 4 | REINHARDT WENDORF & BLANCHFIELD |
| | 332 Minnesota St., Suite 1250 |
| 5 | St. Paul, MN  55101 |
| | Telephone: (651) 287-2100 |
| 6 | Facsimile: (651) 287-2103 |
| | m.reinhardt@rwblawfirm.com |
| 7 | g.blanchield@rwblawfirm.com |
| 8 | *Class Counsel* |
| 9 | DATED:  May 27, 2016   WILLIAMS & CONNOLLY LLP |
| 10 | By /s/ Steven R. Kuney |
| | Steven R. Kuney (pro hac vice) |
| 11 | Email: skuney@wc.com |
| | Kevin Hardy (pro hac vice) |
| 12 | Email: khardy@wc.com |
| | Carl R. Metz (pro hac vice) |
| 13 | Email: cmetz@wc.com |
| | WILLIAMS & CONNOLLY LLP |
| 14 | 725 Twelfth Street, NW |
| | Washington, DC 20005 |
| 15 | Telephone: (202) 434-5000 |
| | Fax: (202) 434-5029 |
| 16 | |
| | Jesse W. Markham Jr. |
| 17 | Email: jmarkham@bakerandmiller.com |
| | BAKER & MILLER PLLC |
| 18 | One Embarcadero Center, Suite 500 |
| | San Francisco, California 94111 |
| 19 | Telephone: (415) 646-8060 |
| | Fax: (415) 433-5994 |
| 20 | |
| | W. Todd Miller (pro hac vice) |
| 21 | Email: tmiller@bakerandmiller.com |
| | Lucy S. Clippinger (pro hac vice) |
| 22 | Email: lclippinger@bakerandmiller.com |
| | Amber L. McDonald (pro hac vice) |
| 23 | Email: amcdonald@bakerandmiller.com |
| | Ishai Z. Mooreville (pro hac vice) |
| 24 | Email: imooreville@bakerandmiller.com |
| | BAKER & MILLER PLLC |
| 25 | 2401 Pennsylvania Avenue, NW, Suite 300 |
| | Washington, DC 20037 |
| 26 | Telephone: (202) 663-7820 |
| | Fax: (202) 663-7849 |
| 27 | |
| | *Attorneys for Defendant Dairy Farmers of* |
| 28 | *America, Inc.* |

JOINT CASE MANAGEMENT STATEMENT           - 4 -
CASE NO. 4:11-CV-04766-JSW
010263-11  874843 V2

| | | |
|---|---|---|
| 1 | DATED: May 27, 2016 | EIMER STAHL LLP |
| 2 | | |
| 3 | | By /s/ Nathan P. Eimer<br>Nathan P. Eimer (pro hac vice)<br>Email: neimer@eimerstahl.com |
| 4 | | Scott C. Solberg (pro hac vice)<br>Email: ssolberg@eimerstahl.com |
| 5 | | Daniel D. Birk (pro hac vice)<br>Email: dbirk@eimerstahl.com |
| 6 | | Benjamin E. Waldin (pro hac vice)<br>Email: bwaldin@eimerstahl.com |
| 7 | | EIMER STAHL LLP<br>224 South Michigan Avenue, Suite 1100 |
| 8 | | Chicago, IL 60604<br>Telephone: (312) 660-7600 |
| 9 | | Fax: (312) 692-1718 |
| 10 | | George A. Nicoud (SBN 106111)<br>Email: tnicoud@gibsondunn.com |
| 11 | | Matthew S. Kahn (SBN 261679)<br>Email: mkahn@gibsondunn.com |
| 12 | | GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000 |
| 13 | | San Francisco, CA 94105-2933<br>Telephone: (415) 393-8200 |
| 14 | | Fax: (415) 393-8200 |
| 15 | | *Attorneys for Defendant Land O'Lakes, Inc.* |
| 16 | | |
| 17 | DATED: May 27, 2016 | STEPTOE & JOHNSON LLP |
| 18 | | By /s/ Kenneth P. Ewing |
| 19 | | Kenneth P. Ewing (pro hac vice)<br>Email: kewing@steptoe.com |
| 20 | | John J. Kavanagh (pro hac vice)<br>Email: jkavanagh@steptoe.com |
| 21 | | STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, NW |
| 22 | | Washington, DC 20036<br>Telephone: (202) 429-3000 |
| 23 | | Fax: (202) 429-3902 |
| 24 | | Dylan Ruga<br>Email: druga@steptoe.com |
| 25 | | Steptoe & Johnson LLP<br>2121 Avenue of the Stars, Suite 2800 |
| 26 | | Los Angeles, CA 90067<br>Telephone: 310-734-3200 |
| 27 | | Fax: 310-734-3300 |
| 28 | | *Attorneys for Defendant National Milk Producers Federation* |

JOINT CASE MANAGEMENT STATEMENT        - 5 -
CASE NO. 4:11-CV-04766-JSW
010263-11  874843 V2

| | | |
|---|---|---|
| 1 | DATED: May 27, 2016 | SHIPMAN & GOODWIN LLP |
| 2 | | |
| 3 | | By /s/ Jill M. O'Toole<br>Jill M. O'Toole (pro hac vice)<br>Email: Jotoole@goodwin.com |
| 4 | | Eric Goldstein (pro hac vice)<br>Email: egoldstein@goodwin.com |
| 5 | | SHIPMAN & GOODWIN LLP<br>One Constitution Plaza |
| 6 | | Hartford, CT 06103<br>Telephone: (860) 251-5000 |
| 7 | | Fax: (860) 251-5099 |
| 8 | | Diane Curran Polletta (pro hac vice)<br>Email: dpolletta@goodwin.com |
| 9 | | Sarah Josephine McGinley (pro hac vice)<br>Email: smcginley@goodwin.com |
| 10 | | SHIPMAN & GOODWIN, LLP<br>300 Atlantic Street , Third Floor |
| 11 | | Stamford, CT 06901<br>Telephone: (203) 324-8179 |
| 12 | | Fax: (203) 324-8199 |
| 13 | | Jan Nielsen Little (SBN 100029)<br>KEKER & VAN NEST LLP |
| 14 | | 633 Battery Street<br>San Francisco, CA 94111 |
| 15 | | Telephone: (415) 391-5400<br>Fax: (415) 397-7188 |
| 16 | | Email: jnl@kvn.com |
| 17 | | *Attorneys for Defendant Agri-Mark, Inc.* |
| 18 | DATED: May 27, 2016 | BOND, SCHOENECK & KING, PLLC |
| 19 | | |
| 20 | | By /s/ Edward R. Conan<br>Edward R. Conan (pro hac vice)<br>Email: econan@bsk.com |
| 21 | | Clifford G. Tsan (pro hac vice)<br>Email: ctsan@bsk.com |
| 22 | | Suzanne O. Galbato (pro hac vice)<br>Email: sgalbato@bsk.com |
| 23 | | BOND, SCHOENECK & KING, PLLC<br>One Lincoln Center |
| 24 | | Syracuse, NY 13202<br>Telephone: (315) 218-8000 |
| 25 | | Fax: (315) 218-8100 |
| 26 | | William S. Farmer (SBN 46694)<br>Email: wfarmer@fbj-law.com |
| 27 | | Jacob P. Alpren (SBN 235713)<br>Email: jalpren@fbj-law.com |
| 28 | | FARMER BROWNSTEIN JAEGER, LLP |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

235 Montgomery St., Suite 835
San Francisco, CA 94104
Telephone: (415) 795-2050
Fax: (415) 520-5678

*Attorneys for Defendant Dairylea Cooperative, Inc.*

**[PROPOSED] ORDER**

Based on the stipulation of the parties, it is hereby ordered that the status conference set for at 11:00 a.m. June 3, 2016, is continued to June 17, 2016, with a further joint status conference report due by June 10, 2016.

**IT IS SO ORDERED**

Dated: May 27, 2016

_____
Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE