UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW EDWARDS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL MILK PRODUCERS FEDERATION, et al.,<br><br>    Defendants. | Case No. 11-cv-04766-JSW<br><br>**ORDER DENYING REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; CONTINUING CASE MANAGEMENT CONFERENCE; AND REQUIRING JOINT CASE MANAGEMENT STATEMENT**<br><br>Re: Dkt. No. 420 |

The Court DENIES the parties' stipulated request to vacate the case management conference set for June 17, 2016. However, the Court HEREBY CONTINUES the case management conference to August 26, 2016 at 11:00 a.m. A joint case management statement is due August 19, 2016.

**IT IS SO ORDERED.**

Dated: June 13, 2016

_____
JEFFREY S. WHITE
United States District Judge