1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MATTHEW EDWARDS, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MILK PRODUCERS FEDERATION, aka COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE INC.; and AGRI-MARK, INC.,<br><br>Defendants. | Case No. 11-CV-04766-JSW<br><br>[consolidated with 11-CV-04791-JSW and 11-CV-05253-JSW]<br><br>DECLARATION OF ALAN VASQUEZ REGARDING IMPLEMENTATION OF CLASS NOTICE PLAN |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Alan Vasquez, hereby declare and state as follows:

**INTRODUCTION**

1.      I am Vice President of Legal Notification Services at Gilardi & Co. LLC ("Gilardi"), a KCC Class Action Services ("KCC") company.  In my role, I oversee Gilardi's in-house advertising division specializing in the design and implementation of legal notice plans to reach unknown class members in class action litigation.

2.      Gilardi was established in 1984 and is one of the largest full-service class action notice and claims administrators in the United States.  The in-house advertising division has specialized in designing, developing and implementing legal notification plans for more than 25 years. As such, we are familiar with, and guided by, Constitutional due process provisions, the statutes of States and local jurisdictions, and the relevant case law relating to legal notification. Media plans designed and implemented by our group have included both domestic and international newspapers and magazines, Internet-based banners, notices and websites, wire service, radio, television, point of purchase displays, and direct mail. As Vice President of Legal Notification Services, I oversee the advertising group's activities as they relate to these notice services.

3.      I have been involved in the development and implementation of media plans for class action notification for more than ten years. Prior to my engagement with Gilardi, I spent five years with another nationally recognized claims administrator serving in a similar capacity.

4.      For several years, courts have accepted my expert testimony regarding our firm's quantitative and qualitative evaluation of judicially approved notice plans. I have testified in person and was acknowledged as an expert in <u>Larson v. Sprint Nextel Corp.</u>, No. 07-cv-5325 (D. N.J.). Media campaigns for which I have been directly responsible include, but are not limited to, <u>Pappas v. Naked Juice</u>, No 11-cv-08276-JAK (C.D. Cal.), <u>Mattel, Inc., Toy Lead Paint Prods. Liab. Litig.</u>, No. 07-ML-01897 (S.D. Cal.), <u>Pecover, et al. v. Electronic Arts Inc</u>., No. 08-cv-02820 (N.D. Cal.), <u>New Motor Vehicles Canadian Export Antitrust Litig.</u>, No. MDL 03-1532 (D. Me.), and <u>SRAM Antitrust Litig.</u>, No. 07-MD-01819 (N.D. Cal.). A more comprehensive list of notable matters for

which I have been personally responsible for the notice planning and implementation services is attached as Exhibit 1.  I have also spoken as faculty on various CLE panels related to class action notice and related trends.

5.      I submit this declaration at the request of Class counsel in the above-referenced litigation in order to describe the results of implementing the Court-approved Notice Plan and other notice services in this matter.  I have personal knowledge of the matters set forth in this declaration and, if called as a witness, could and would testify competently thereto.

6.      This declaration is based upon my personal knowledge, information provided by counsel, and my independent research regarding the litigation and the defined class of plaintiffs, including information obtained by Gilardi's staff and reliable industry sources.

## CASE BACKGROUND

7.      This case involves an alleged nationwide conspiracy to limit the production of raw milk in violation of the antitrust laws of fifteen states and the District of Columbia.  The alleged conspiracy may have resulted in higher prices for milk and fresh milk products.

8.      Gilardi is informed the plaintiff class is defined as follows:

> All consumers who, from 2003 to the present, as residents of certain States[1] and the District of Columbia, indirectly purchased milk and/or other fresh milk products (including cream, half & half, yogurt, cottage cheese, cream cheese, and/or sour cream) for their own use and not for resale.

9.      Gilardi believes the combined class size is approximately 73 million adult residents of the States and the District of Columbia.  Gilardi's initial research revealed that the majority of households nationwide consume fresh milk products. To wit:

> a.   In 2008, 94.8% of American households purchased fluid milk;[2]
>
> b.   National survey data from Simmons Experian estimates 98.1% of households

---

[1] The States are Arizona, California, Kansas, Massachusetts, Michigan, Missouri, Nebraska, Nevada, New Hampshire, Oregon, South Dakota, Tennessee, Vermont, West Virginia, and Wisconsin.

[2] U.S. Department of Agriculture, Households' Choices Among Fluid Milk Products: What Happens When Income and Prices Change (2013). The U.S.D.A.'s report was based on Nielsen Homescan data for purchases by 24,110 households.

DECLARATION OF ALAN VASQUEZ
Case No. 4:11-CV-04766-JSW
010263-11  737844 V1

- 2 -

1   nationwide consume fresh milk products;[3]

2         c.   Further research suggests the percentage could be as high as 99%.[4]

3        10.   To calculate the number of potential combined class members <u>in the States and the</u>

4   <u>District of Columbia</u>, Gilardi applied the milk consumption percentage against population

5   estimates for adults over the age of 18 (as of 2015) from the U.S. Census Bureau.  Data from

6   Simmons Experian estimates that 98.5% of households in the States and the District of Columbia

7   consume fresh milk products.[5]   The Census Bureau estimates the total 2015 population of the

8   States and the District of Columbia, based on the 2010 census, to be 96,360,189 and the number of

9   adults over the age of 18 to be 74,403,053.  Applying the consumption percentage to the adult

10   population number from the Census Bureau gives an estimated combined class size of

11   approximately 73 million.

12        11.   Given the high percentage of participating households, targeting the adult residents

13   of the States and the District of Columbia was an appropriate focus for the notice campaign.  U.S.

14   Census data also estimates an average of approximately 2.49 individuals per household and when

15   applied to the total population estimate, resulted in approximately 38 million households in the

16   States and the District of Columbia.

17        12.   Migration out of the States and the District of Columbia was also considered in the

18   notice plan design.  Gilardi's research indicated that in a given year the percentage of the

19   population that migrated from one of the States or the District of Columbia to (presumably) one of

20   the other 35 states was approximately 1-2%.[6]  Gilardi's notice plan accounted for this migration by

21   allocating some banner impressions on a nationwide basis, as well as releasing a national press

22
23   [3] Based on Simmons Experian's 2016 12-month study of U.S. adults. Respondents reported that their household "uses milk, cottage cheese, cream cheese, sour cream, drinkable non-smoothie yogurt, or spoonable yogurt."

24   [4] www.milkunleashed.com/whats-happening/milk-facts.html and www.aipl.arsusda.gov/kc/dairy.html.

25   [5] Based on Simmons Experian's 2016 12-month study of U.S. adults and limited to the States and Washington D.C. Respondents reported that their household "uses milk, cottage cheese, cream cheese, sour cream, drinkable non-smoothie yogurt, or spoonable yogurt."

26   [6] Based on an analysis of the U.S. Census Bureau's American Community Survey (ACS), which provides
27   population estimates (age 1+). According to this data, in 2013, about 1.4 million people, or 1.5% of the population of the States and the District of Columbia, moved to a state or territory not included in that group. In 2007, that
28   percentage was 1.7%.

release.

## NOTICE PLAN OVERVIEW

13.     The objective of the proposed notice plan was to provide the best notice practicable, consistent with the requirements set forth in Rule 23 of the Federal Rules of Civil Procedure and all applicable state laws and court rules. The methods and tools used in developing this notice plan have been employed in many other court-approved notice plans.

14.     Gilardi understands that Sipree, Inc. ("Sipree") was responsible for the creation of the case website, processing of online claims filed at the website, and processing of any requests for exclusion submitted via email.  Gilardi's role in notice dissemination was limited to the publication efforts, processing paper claims submitted through mail, processing requests for exclusion received through mail, and development and maintenance of the toll-free automated telephone support line, in both English and Spanish.

15.     Gilardi was informed that direct contact information was not available for the members of the plaintiff class.  Gilardi, therefore, chose efficient media vehicles to reach a large percentage of class members and provide legal notice of their rights in the litigation.  Specifically, the Notice Plan relied on the following elements:

            a.   Google AdWords sponsored links advertising;

            b.   Sponsored link advertising on the Google Display Network;

            c.   Targeted banner advertising on the Xaxis network;

            d.   Facebook text link and banner advertising;

            e.   A Twitter-promoted tweet campaign;

            f.   Case-dedicated website; and

            g.   A party-neutral national press release.

16.     As discussed in my previous Declaration filed on August 22, 2016, in Support of Motion for Approval of Class Notice Plan, Gilardi focused the majority of publication notice efforts on residents of the States and the District of Columbia.  To account for the 1-2% of the population of the fifteen states and D.C. who may have moved out of the subject territory in a

DECLARATION OF ALAN VASQUEZ
Case No. 4:11-CV-04766-JSW
010263-11  737844 V1

- 4 -

given year, the online advertising campaign allocated a small percentage of impressions on a national basis and the press release was issued nationwide.

### NOTICE PLAN IMPLEMENTATION

17.    **Case-Dedicated Website**.  A case-dedicated website was developed and pushed live by Sipree on or before September 2, 2016.  All paid media efforts for the campaign directed individuals to the case website where they could view information about their rights in the Settlement as well as file a claim to receive payment.

18.    **Internet Publication**. Gilardi implemented a comprehensive internet notice campaign.  Results of the paid internet advertising efforts are detailed in the following paragraphs.

19.    On or before September 2, 2016 Gilardi created a Google AdWords account for the Settlement and developed Sponsored Link advertisements for the campaign.  As of November 10, 2016 the Google AdWords search based ads have generated 456,897 impressions with 3,832 clicks to the case website for a click-through rate ("CTR") of approximately .84%.  In our experience managing over 50 search campaigns for class action notice, the CTR is above average for this type of campaign.

20.    On or before September 2, 2016 Gilardi created a Google AdWords account for the settlement and developed Display Network advertisements for the campaign.  As of November 10, 2016 the Google AdWords Display Network ads have generated 940,824 impressions with 3,821 clicks to the case website for a CTR of approximately .41%.  Again, in our experience this CTR is above average for this type of campaign.

21.    On or before September 2, 2016 Gilardi developed banner advertisements and implemented targeted banner advertising through Xaxis.  As of November 10, 2016, the banners have generated approximately 179,414,848 impressions and 106,540 clicks through to the case website for a CTR of approximately .06%.  In general, banner display advertising click-through rates range from .03% to .06% for standard media ad formats[7].  The click-through rate for the banner portion of the campaign is consistent with these benchmarks.  Frequency capping was

---

[7] http://www.richmediagallery.com/tools/benchmarks

employed at 3x per unique IP address to ensure approximately 59 million impressions[8] were served, reaching a minimum of 75% of the adult residents in the States and the District of Columbia.

22.     On or before September 2, 2016 Gilardi created a dedicated case Facebook page and implemented Facebook text link and display advertising.  As of November 10, 2016, Facebook ads have generated 4,481,222 impressions reaching 2,060,782 unique individuals on Facebook.  The impressions generated 89,327 clicks to the case website for a CTR of approximately 2%, which in our experience managing over 20 similar campaigns on Facebook, is well above average for this type of campaign.

23.     On or before September 2, 2016 Gilardi implemented Promoted Tweet advertising through Twitter.  As of November 10, 2016 the Twitter Promoted Tweets advertisements have generated 916,431 impressions with 8,166 clicks to the case website for a CTR of approximately .89%.  In our experience managing over 10 similar campaigns on Twitter, this click through rate is above average.

24.     **Press Release**. On September 2, 2016, Gilardi issued a party-neutral nationwide Press Release about the Settlement through PR Newswire.  A report detailing the viewability metrics for the release is attached as Exhibit 2.

### ADDITIONAL GILARDI ADMINISTRATION SERVICES

25.     **Automated Telephone Support**.  On or before September 2, 2016, Gilardi worked with counsel to develop a call script for the purpose of providing class notice in both English and Spanish to class members, in the form of answers to frequently asked questions.  Class members were able to call toll-free and receive information through an automated menu system.  As of November 10, 2016, the support line has received 259 calls.  Callers who wished to receive a paper copy of the claim form were able to request one by writing to Gilardi. As of November 10, 2016, Gilardi has received 21 requests for claim forms and mailed out all forms to the addresses provided by the class member.

---

[8] 179 million total gross impressions, frequency capped at three times (3x) by IP address, resulting in 59 million impressions to unique IP addresses.

26.     **Request for Exclusion Processing**.  Gilardi's responsibilities also included processing any request for exclusion received from the class members.  The deadline to submit a request for exclusion was October 28, 2016.  Prior to the postmark deadline, Gilardi received one timely request for exclusion.  As of November 10, Gilardi has received no late requests for exclusion.

27.     Gilardi has also been informed that Sipree did not receive any timely exclusion requests through its email address.

28.     **Claims Processing**.  As of November 2, 2016, Gilardi has processed 125 timely paper claims forms received via postal mail.  A report listing the number of claims is attached as Exhibit 3.

29.     As of November 10, 2016, Gilardi has not been paid from the settlement fund for costs of administering the Notice Program, pursuant to the Court's order granting preliminary approval.

30.     Gilardi expects to be paid $399,205.98 from that settlement fund for the cost of administering the notice program, maintenance of the toll-free telephone support line, and services related to the processing of any mailed claim forms or requests for exclusion.

## SUMMARY

31.     It is Gilardi's opinion that the Notice Plan reached a minimum of 75% of the adult residents of the States and the District of Columbia, and therefore the members of the plaintiff class who reside in those states.  As of November 10, 2016, Notice efforts have served over 186 million impressions, generating over 211,000 ad clicks through to the case website and 533,934 total sessions on the case website.   A summary of the statistics collected for each media vehicle is attached as Exhibit 4.  Gilardi understands that as of November 10, 2016, the total volume of online claims filed is currently 307,396.  Including the paper claim forms the total is 307,521.  These current claims totals are consistent with other consumer class actions with similar case parameters.

32.     Many courts have held that notice plans estimated to reach a minimum of 70% of the class are sufficient and thus comply with Rule 23.  It is Gilardi's opinion the Notice Plan exceeded this standard of reach using methodology consistent with other national class action notice programs.  Gilardi believes that the Notice Plan implementation resulted in a campaign that reached a large percentage of the class members while comporting in all respects with Rule 23 of the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 9th day of November, 2016, at San Rafael, California.

_____
ALAN VASQUEZ

# EXHIBIT – 1



**EXHIBIT - 1**

**Notice Plans Designed and Implemented by Alan Vasquez**

**Automotive**

Automobile Antitrust Cases I and II , No. JCCP 4298 and 4303 (San Francisco Sup. Ct., CA)

New Motor Vehicles Canadian Export Antitrust Litigation , No. MDL 03-1532 (Dist. Court of Maine) & New Motor Vehicles Canadian Export

Antitrust Litigation, No. 2:03-MD-1532-DBH (Dist. Court of Maine)

In Re: Automotive Parts Antitrust Litigation, Master File No. 12-md-02311 (E.D. MI, Southern Division)

**Entertainment**

Herbert et al. v. Endemol USA, Inc. et al. , Case No. 2:07-cv-03537-JHN-VBKx (C.D. Cal.)

Couch v. Telescope Inc., et al, Case No. 2:07-cv-03916-JHN-VBKx (C.D. Cal.)

McDonald v. RealNetworks, Inc. , No. 816666 (Orange County Sup. Ct., CA)

Pecover et al. v. Electronic Arts Inc , No. 08-cv-02820 CW (N.D. Cal.)

In re NCAA Student-Athlete Name & Likeness Licensing Litigation, Case No. 4:09-cv-1967 CW (NC) (N.D. Cal.)

**Environment**

Koepf et al. v. Hanjin Shipping, Co. et al., No. CGC-07-469379 (San Francisco County Sup. Ct., CA)

Loretz et al. v. Regal Stone Limited et al., No. 07-5800-SC (N.D. Cal.)

Tarantino et al. v. Regal Stone et al., No. CGC-07-469379 (San Francisco County Sup. Ct., CA)

**Government**

McKesson Governmental Entities Average Wholesale Price Litigation, No. 1:08-cv-10843-PBS (D. Mass.)

**Technology**

SRAM Antitrust Litigation, No. 4:07-MD-01819-CW (N.D. Cal)

**Telecommunications**

White v. Cellco Partnership , No. RG04-137699 (Alameda County Sup. Ct., CA)

In re Universal Service Fund Telephone Billing Practices Litig., MDL No. 1468 (D. Kan.)

**Consumer Products**

Natalie Pappas v. Naked Juice Co. of Glendora, Inc. Case No. LA CV 11-08276-JAK (C.D. Cal)

Barbara Marciano v. Schell & Kampeter, Inc. et al No. 12-cv-02708-SJF-AKT (E.D. NY)

Mattel, Inc., Toy Lead Paint Products Liability Litigation, No. 2:07-ML-01897-DSF-AJW (S.D. Cal.)

Gallucci v. Boiron, Inc. et al., No. 11-cv-2039-JAH (NLSx)

Nigh v. Humphreys Pharmacal, Incorporated et al., Case No. 3:12-cv-02714-MMA-DHB

In re: Bayer Corp. Combination Aspirin Products Marketing and Sales Practices Litigation, No. 09-MD-2023

In Re: Aurora Dairy Corp. Organic Milk Marketing and Sales Practices Litigation, Civil Litigation No. 4:08-md-01907-ERW

Eliason v. Gentek Building Products, Inc., and Associated Materials, Inc. , No. 1:10-cv-02093 (N.D. Ohio)

Hart v. Louisiana-Pacific Corporation , No. 2:08-cv-00047 (E.D.N.C.)

**Debt Collection Practices**

Adams, et al., v. AllianceOne Receivables Management, Inc. (Case No. 08-CV-0248)

Pepper v. Midland Credit Management, Inc. and Encore Capital Group, Inc., No. 37-2011-00088752 (San Diego Sup. Ct. Ca)

# EXHIBIT – 2

# Hagens Berman Sobol Shapiro LLP Announces Settlement of Matthew Edwards v. National Milk Producers Federation Litigation

English   Story Number: SF82856   Clear Time Sep 02, 2016 6:00 PM ET

---

## Overview

TOTAL PICKUP                                                             231

| **Exact Match** | 228 Postings |
| **Twitter** | 3 Tweets |

TOTAL POTENTIAL AUDIENCE                                                 90.1M

| **Exact Match** | 90M Visitors/Day |
| **Twitter** | 101.5K Followers |

## Total Pickup Over Time
Total pickup since your content was distributed



## Total Pickup by Source Type

## Total Pickup by Industry



**Total Pickup by Source Type**
- Newspaper (97/42.0%)
- Broadcast Media (75/32.5%)
- News & Information Service (26/11.3%)
- Blog-Parental Influencers (9/3.9%)
- Blog (7/3.0%)
- Other (17/7.4%)

**Total Pickup by Industry**
- Media & Information (190/82.3%)
- Retail & Consumer (14/6.1%)
- Financial (13/5.6%)
- Business Services (2/0.9%)
- Health (2/0.9%)
- Other (10/4.3%)

## Exact Match Pickup

Exact matches are full text postings of your content which we have found in the online and social media that we monitor. Understand how it is calculated. Your release has generated **228** exact matches with a total potential audience of **89,978,601**.

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience |
|------|-------------|----------|-------------|----------|-------------------|
| YAHOO! FINANCE | Yahoo!<br>Online 🖥 View Release | global | Portal | Media & Information | 76,000,231 visitors/day |
| CNBC | CNBC<br>Online 🖥 View Release | United States | News & Information Service | Media & Information | 1,023,219 visitors/day |
| MarketWatch | MarketWatch<br>Online 🖥 View Release | United States | News & Information Service | Financial | 608,836 visitors/day |
| YAHOO! FINANCE SINGAPORE | Yahoo! Singapore<br>Online 🖥 View Release | Singapore | Portal | Media & Information | 605,608 visitors/day |
| ADVFN Deutschland | ADVFN Germany<br>Online 🖥 View Release | Germany | Financial News Service | Financial | 241,103 visitors/day |
| ADVFN | ADVFN<br>Online 🖥 View Release | United States | Financial News Service | Financial | 241,103 visitors/day |
| azcentral THE ARIZONA REPUBLIC | Arizona Republic - AZCentral.com [Phoenix, AZ]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 218,084 visitors/day |
| Wichita Business Journal | Wichita Business Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| WASHINGTON BUSINESS JOURNAL | Washington Business Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| MINNEAPOLIS ST PAUL BUSINESS JOURNAL | Minneapolis / St. Paul Business Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| TRIANGLE BUSINESS JOURNAL | Triangle Business Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| THE BUSINESS JOURNAL | Business Journal of the Greater Triad Area<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| TAMPA BAY Business Journal | Tampa Bay Business Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| ST. LOUIS BUSINESS JOURNAL | St. Louis Business Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| South Florida BUSINESS JOURNAL | South Florida Business Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |

| | | | | | |
|---|---|---|---|---|---|
| | Puget Sound Business Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | San Jose Business Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | San Francisco Business Times<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | San Antonio Business Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Sacramento Business Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Bizjournals.com, Inc.<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Portland Business Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Pittsburgh Business Times<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Business Journal of Phoenix<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Philadelphia Business Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Pacific Business News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Orlando Business Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | New York Business Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Nashville Business Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Business Journal of Greater Milwaukee<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Memphis Business Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Business First of Louisville<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Los Angeles Business from bizjournals<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Kansas City Business Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |

| Logo | Publication | Country | Type | Category | Visitors |
|---|---|---|---|---|---|
| Business Journal | Jacksonville Business Journal<br>Online 💻 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| Houston BUSINESS JOURNAL | Houston Business Journal<br>Online 💻 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| BUSINESS JOURNAL | Denver Business Journal<br>Online 💻 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| DAYTON BUSINESS JOURNAL | Dayton Business Journal<br>Online 💻 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| Dallas Business Journal | Dallas Business Journal<br>Online 💻 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| COLUMBUS BUSINESS FIRST | Business First of Columbus<br>Online 💻 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| BUSINESS COURIER | Cincinnati Business Courier<br>Online 💻 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| CHICAGO BUSINESS JOURNAL | Chicago Business News [Chicago, IL]<br>Online 💻 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| CHARLOTTE BUSINESS JOURNAL | Charlotte Business Journal<br>Online 💻 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| Business First BUFFALO | Business First of Buffalo<br>Online 💻 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| Boston Business Journal | Boston Business Journal<br>Online 💻 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| BUSINESS JOURNAL | Birmingham Business Journal<br>Online 💻 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| BUSINESS JOURNAL | Baltimore Business Journal<br>Online 💻 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| AUSTIN BUSINESS JOURNAL | Austin Business Journal<br>Online 💻 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| ATLANTA BUSINESS CHRONICLE | Atlanta Business Chronicle<br>Online 💻 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| BUSINESS WEEKLY | New Mexico Business Weekly<br>Online 💻 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| BUSINESS REVIEW | Business Review (Albany)<br>Online 💻 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| PR Newswire | PR Newswire<br>Online 💻 View Release | United States | PR Newswire | Media & Information | 181,146 visitors/day |
| The Daily Meal | The Daily Meal<br>Online 💻 View Release | United States | Trade Publications | Retail & Consumer | 145,034 visitors/day |

| | | | | | |
|---|---|---|---|---|---|
| Pittsburgh Post-Gazette | Pittsburgh Post-Gazette [Pittsburgh, PA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 138,094 visitors/day |
| MILWAUKEE-WISCONSIN JOURNAL SENTINEL | Milwaukee Journal Sentinel [Milwaukee, WI]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 132,953 visitors/day |
| News9.com | KWTV-TV CBS-9 [Oklahoma City, OK]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 64,586 visitors/day |
| NewsOn6.com | KOTV-TV CBS-6 [Tulsa, OK]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 62,387 visitors/day |
| BuffaloNews.com | Buffalo News [Buffalo, NY]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 53,199 visitors/day |
| count on 2 first | WBBH-TV NBC-2 [Fort Myers, FL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 51,721 visitors/day |
| azfamily.com POWERED BY 3 | KTVK-TV IND-3 [Phoenix, AZ]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 48,692 visitors/day |
| WIS 10 | WISTV-TV NBC-10 [Columbia, SC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 47,788 visitors/day |
| SOGOTRADE | SOGOTRADE<br>Online 🖥 View Release | United States | News & Information Service | Financial | 47,663 visitors/day |
| 4 KMOV | KMOV-TV CBS-4 [St. Louis, MO]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 47,542 visitors/day |
| 69 NEWS | WFMZ-TV IND-69 (Allentown, PA)<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 43,673 visitors/day |
| WSFA 12 News | WSFA-TV NBC-12 [Montgomery, AL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 40,826 visitors/day |
| WAFF 48 NEWS | WAFF-TV NBC-48 [Huntsville, AL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 39,290 visitors/day |
| NBC 12 | WWBT-TV NBC-12 [Richmond, VA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 38,460 visitors/day |
| FOX 9 | WXIX-TV FOX-19 [Cincinnati, OH]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 30,346 visitors/day |
| wmctv.com | WMC-TV NBC-5 [Memphis, TN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 30,263 visitors/day |
| KWWL.com | KWWL-TV NBC-7 [Waterloo, IA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 29,650 visitors/day |
| WLOX 13 | WLOX-TV ABC-13 [Biloxi, MS]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 28,792 visitors/day |
| 3 | WBTV-TV CBS-3 [Charlotte, NC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 28,391 visitors/day |

| | | | | | |
|---|---|---|---|---|---|
| 14 NEWS | WFIE-TV NBC-14 [Evansville, IN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 25,380 visitors/day |
| WAVE 3 | WAVE-TV NBC-3 [Louisville, KY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 24,335 visitors/day |
| FOX 8 WVUE NEW ORLEANS | WVUE-TV FOX-8 [New Orleans, LA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 23,707 visitors/day |
| One News Page 🌐 | One News Page Global Edition<br>Online 🖥 View Release | global | News & Information Service | Media & Information | 23,333 visitors/day |
| LIVE 5 NEWS | WCSC-TV CBS-5 [Charleston, SC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 21,991 visitors/day |
| WBOC 16 | WBOC-TV CBS-16 [Salisbury, MD]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 21,824 visitors/day |
| 9&10 NEWS | WWTV-TV CBS-9 [Cadillac, MI]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 21,725 visitors/day |
| MS NEWS NOW WLBT•WDBD | WLBT-TV NBC-3 [Jackson, MS]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 21,042 visitors/day |
| dh Daily Herald | Daily Herald [Chicago, IL]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 20,538 visitors/day |
| 3 EYEWITNESS NEWS | WRCB-TV NBC-3 [Chattanooga, TN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 20,404 visitors/day |
| NBC 29 | WVIR-TV NBC-29 [Charlottesville, VA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 20,141 visitors/day |
| FOX 5 KVVU-TV | KVVU-TV FOX-5 [Las Vegas, NV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 19,453 visitors/day |
| FOX 41 WDRB | WDRB-TV FOX-41 [Louisville, KY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 19,284 visitors/day |
| WECT 6 WILMINGTON | WECT-TV NBC-6 [Wilmington, NC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 18,652 visitors/day |
| 2 NEWS KTVN RENO KTVN DT | KTVN-TV CBS-2 [Reno, NV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 18,039 visitors/day |
| tickertech.com | Ticker Technologies<br>Online 🖥 View Release | United States | News & Information Service | Financial | 18,007 visitors/day |
| WALB NEWS 10 | WALB-TV NBC-10 [Albany, GA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 17,102 visitors/day |
| 8 CBS8.com | KFMB-TV CBS-8 [San Diego, CA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 17,066 visitors/day |
| WTOC The Southeast News Leader | WTOC-TV CBS-11 [Savannah, GA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 16,571 visitors/day |

| | | | | | |
|---|---|---|---|---|---|
| WDAM·TV | WDAM-TV NBC-7 [Hattiesburg-Laurel, MS] Online 🖵 View Release | United States | Broadcast Media | Media & Information | 15,336 visitors/day |
| wfmj.com | WFMJ-TV NBC-21 [Youngstown, OH] Online 🖵 View Release | United States | Broadcast Media | Media & Information | 15,176 visitors/day |
| 9KTRE | KTRE-TV ABC-9 [Lufkin, TX] Online 🖵 View Release | United States | Broadcast Media | Media & Information | 15,041 visitors/day |
| NEWS.COM | WMBF-TV NBC-32 [Myrtle Beach, SC] Online 🖵 View Release | United States | Broadcast Media | Media & Information | 14,334 visitors/day |
| spoke | Spoke Online 🖵 View Release | United States | News & Information Service | Business Services | 11,569 visitors/day |
| WBRC FOX 6 NEWS | WBRC-TV FOX-6 [Birmingham, AL] Online 🖵 View Release | United States | Broadcast Media | Media & Information | 9,585 visitors/day |
| THE PRESS-ENTERPRISE | Press-Enterprise [Riverside, CA] Online 🖵 View Release | United States | Newspaper | Media & Information | 9,216 visitors/day |
| IndiaNotes | IndiaNotes Online 🖵 View Release | India | News & Information Service | Media & Information | 8,264 visitors/day |
| NEWS 4 TUCSON | KVOA-TV NBC-4 [Tucson, AZ] Online 🖵 View Release | United States | Broadcast Media | Media & Information | 7,440 visitors/day |
| 7NEWS | KSWO-TV ABC-7 [Lawton, OK] Online 🖵 View Release | United States | Broadcast Media | Media & Information | 7,438 visitors/day |
| WTVM NEWS LEADER | WTVM-TV ABC-9 [Columbus, GA] Online 🖵 View Release | United States | Broadcast Media | Media & Information | 7,211 visitors/day |
| WRAL.COM | WRAL-TV CBS-5 [Raleigh, NC] Online 🖵 View Release | United States | Broadcast Media | Media & Information | 5,841 visitors/day |
| Townhall FINANCE | Townhall Finance Online 🖵 View Release | United States | News & Information Service | Media & Information | 5,841 visitors/day |
| StreetInsider.com | Street Insider Online 🖵 View Release | United States | Trade Publications | Financial | 5,841 visitors/day |
| StarTribune | Star Tribune [Minneapolis, MN] Online 🖵 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| U-T San Diego | San Diego Union-Tribune [San Diego, CA] Online 🖵 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| Financial CONTENT | FinancialContent - PR Newswire Online 🖵 View Release | United States | News & Information Service | Media & Information | 5,841 visitors/day |
| NewsOK | Oklahoman [Oklahoma City, OK] Online 🖵 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |

| | | | | |
|---|---|---|---|---|
| **The State** South Carolina's Homepage™ | The State [Columbia, SC] Online 🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| **The Olympian** | Olympian [Olympia, WA] Online 🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| **SunHerald.com** | Sun Herald [Biloxi, MS] Online 🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| **Star-Telegram** | Fort Worth Star-Telegram [Fort Worth, TX] Online 🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| **SanLuisObispo.com** THE TRIBUNE | Tribune [San Luis Obispo, CA] Online 🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| THE SACRAMENTO BEE | The Sacramento Bee [Sacramento, CA] Online 🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| THE NEWS TRIBUNE | News Tribune [Tacoma, WA] Online 🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| **newsobserver.com** | News & Observer [Raleigh, NC] Online 🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| **MyrtleBeach**online | The Sun News [Myrtle Beach, SC] Online 🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| **The Miami Herald** ⊕ | Miami Herald [Miami, FL] Online 🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| **MERCED SUN-STAR** | Merced Sun-Star [Merced, CA] Online 🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| **macon.com** | Telegraph-Macon [Macon, GA] Online 🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| **Kentucky.com** LEXINGTON HERALD-LEADER | Lexington Herald-Leader [Lexington, KY] Online 🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| **Kansas City** | Kansas City Star [Kansas City, MO] Online 🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| **The Wichita Eagle** Kansas.com | Wichita Eagle [Wichita, KS] Online 🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| islandpacket.com blufftongazette.com | Island Packet [Bluffton, SC] Online 🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| **The Fresno Bee** 🐝 | Fresno Bee [Fresno, CA] Online 🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| **The Charlotte Observer** | Charlotte Observer [Charlotte, NC] Online 🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| **centredaily.com** | Centre Daily Times [State College, PA] Online 🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |

| | | | | |
|---|---|---|---|---|
| THE BELLINGHAM HERALD | The Bellingham Herald [Bellingham, WA]<br>Online 🖥 View Release | United States | News & Information Service | Media & Information | 5,841 visitors/day |
| BND.com | Belleville News-Democrat [Belleville, IL]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| rrstar.com | Rockford Register Star [Rockford, IL]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| Value Investing News | Value Investing News<br>Online 🖥 View Release | United States | News & Information Service | Financial | 5,841 visitors/day |
| 1st Discount Brokerage | 1st Discount Brokerage<br>Online 🖥 View Release | United States | News & Information Service | Financial | 5,841 visitors/day |
| myMOTHERLODE.com | myMotherLode.com [Sonora, CA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 5,374 visitors/day |
| KUSI NEWS | KUSI-TV IND-51 [San Diego, CA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 4,544 visitors/day |
| abc6.com | WLNE-TV ABC-6 [Providence, RI]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 2,873 visitors/day |
| KULR 8 NEWS | KULR-TV NBC-8 [Billings, MT]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 2,586 visitors/day |
| abc 7 | WZVN-TV ABC-7 [Fort Myers, FL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 2,282 visitors/day |
| VB Profiles | VB Profiles<br>Online 🖥 View Release | United States | News & Information Service | Business Services | 2,215 visitors/day |
| 58 WDJT-MILWAUKEE | WDJT-TV CBS-58 [Milwaukee, WI]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,772 visitors/day |
| NEWS CHANNEL 25 | KXXV-TV ABC-25 [Waco, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,664 visitors/day |
| KX News | KX News - KXMB-TV CBS-12 [Bismarck, ND] / KXMC-TV CBS-13<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,603 visitors/day |
| KSBY 6 | KSBY-TV NBC-6 [San Luis Obispo, CA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,533 visitors/day |
| KNDO-KNDU Right Now | KNDO-TV NBC / KNDU-TV NBC [Kennewick, WA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,484 visitors/day |
| Your News Now | Your Hometown Lima Stations [Lima, OH]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,410 visitors/day |
| NewsWest 9 | KWES-TV NBC-9 [Midland, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,326 visitors/day |
| wandtv.com 17 | WAND-TV NBC-17 [Decatur, IL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 866 visitors/day |

| | | | | |
|---|---|---|---|---|
| WFXG-TV FOX-54 [Augusta, GA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 850 visitors/day |
| WTRF-TV CBS-7 [Wheeling, WV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | |
| WBOY-TV NBC-12 [Clarksburg, WV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | |
| WTOL-TV CBS-11 [Toledo, OH]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | |
| WSFX-TV FOX-26 [Wilmington, NC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | |
| WLTZ-TV NBC-38 [Columbus, GA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | |
| WFLX-TV FOX-29 [West Palm Beach, FL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | |
| WVNS-TV CBS-59 [Ghent, WV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | |
| KVPH-TV FOX-29 [Lake Charles, LA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | |
| WOWK-TV CBS-13 [Charleston, WV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | |
| Tidbits of Experience<br>Online 🖥 View Release | United States | Blog-Parental Influencers | Retail & Consumer | |
| This N That with Olivia<br>Online 🖥 View Release | United States | Blog-Parental Influencers | Retail & Consumer | |
| WLWC-TV CW-28 [Providence, RI]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | |
| Our Good Life<br>Online 🖥 View Release | United States | Blog-Parental Influencers | Retail & Consumer | |
| SiliconValleyGlobe.com<br>Online 🖥 View Release | United States | Blog | Media & Information | |
| RFID-Spain<br>Online 🖥 View Release | Spain | Portal | Tech | |
| ProfitQuotes<br>Online 🖥 View Release | United States | News & Information Service | Financial | |
| One News Page Unites States Edition<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | |
| KAUZ-TV CBS-6 [Wichita Falls, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | |

| | | | | |
|---|---|---|---|---|
| | Maria Liberati<br>Online 🖥 View Release | United States | Blog | Retail & Consumer |
| | KZTV-TV CBS-10 [Corpus Christi, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information |
| | KXLH-TV CBS-25 [Helena, MT]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information |
| | KXLF-TV CBS-4 [Butte, MT]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information |
| | KUAM-TV NBC-8 / CBS-11 [Hagatna, Guam]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information |
| | KLKN-TV ABC-8 [Lincoln, NE]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information |
| | Giveaway Bandit<br>Online 🖥 View Release | United States | Blog-Parental Influencers | Retail & Consumer |
| | feLIZfoodie<br>Online 🖥 View Release | United States | Blog | Retail & Consumer |
| | Dreams in Heels<br>Online 🖥 View Release | United States | Blog | Retail & Consumer |
| | Diabetic Foodie<br>Online 🖥 View Release | United States | Blog | Health |
| | WUPV-TV CW-65 [Ashland, VA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information |
| | WLTZ-TV CW-38 [Columbus, GA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information |
| | Crowdfunding Probate<br>Online 🖥 View Release | United States | News & Information Service | Policy & Public Interest |
| | Crowdfunding Lawsuits<br>Online 🖥 View Release | United States | News & Information Service | Policy & Public Interest |
| | WOIO-TV CBS-19 [Cleveland, OH]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information |
| | Bleeping Motherhood<br>Online 🖥 View Release | United States | Blog-Parental Influencers | Retail & Consumer |
| | WBND-TV ABC-57 [South Bend, IN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information |
| | KRHD-TV ABC-40 [Bryan-College Station, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information |
| | KFMB 760-AM [San Diego, CA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information |

| | | | | |
|---|---|---|---|---|
| The Quiet Grove<br>Online 🖥 View Release | United States | Blog-Parental Influencers | Retail & Consumer | |
| The Dairy Times<br>Online 🖥 View Release | India | Trade Publications | | |
| StockNod<br>Online 🖥 View Release | United States | News & Information Service | Financial | |
| EDGE Portland [Portland, OR]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | |
| Operation Deepdown<br>Online 🖥 View Release | United States | News & Information Service | Media & Information | |
| Money.ca<br>Online 🖥 View Release | Canada | News & Information Service | Financial | |
| Love and Biscotti<br>Online 🖥 View Release | United States | Blog | Retail & Consumer | |
| Pettinga Financial<br>Online 🖥 View Release | United States | News & Information Service | Financial | |
| Manhattanweek<br>Online 🖥 View Release | United States | News & Information Service | Media & Information | |
| LadydeeLG<br>Online 🖥 View Release | United States | Blog-Parental Influencers | Retail & Consumer | |
| Wall Street Select<br>Online 🖥 View Release | United States | News & Information Service | Financial | |
| IANS [EN]<br>Online 🖥 View Release | India | News & Information Service | Media & Information | |
| Hospitality 21<br>Online 🖥 View Release | United States | Blog | Travel & Leisure | |
| Global Newsweek<br>Online 🖥 View Release | global | News & Information Service | Media & Information | |
| Electronic Parenting<br>Online 🖥 View Release | United States | Blog-Parental Influencers | Retail & Consumer | |
| Cori s Cozy Corner<br>Online 🖥 View Release | United States | Blog-Parental Influencers | Retail & Consumer | |
| Caifornia Business Journal<br>Online 🖥 View Release | United States | Magazine | Media & Information | |
| Wapakoneta Daily News [Wapakoneta, OH]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | |

| | | | | |
|---|---|---|---|---|
| | Valley City Times-Record [Valley City, ND]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | |
| | The Post and Mail [Columbia City, IN]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | |
| | The Pilot News [Plymouth, IN]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | |
| | The Evening Leader [St. Marys, OH]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | |
| | The Antlers American [Antlers, OK]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | |
| | Sweetwater Reporter [Sweetwater, TX]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | |
| | Starkville Daily News [Starkville, MS]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | |
| | The Daily Press [St. Marys, PA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | |
| | Ridgway Record [Ridgway, PA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | |
| | The Punxsutawney Spirit [Punxsutawney, PA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | |
| | Poteau Daily News [Poteau, OK]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | |
| | The Observer News Enterprise [Newton, NC]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | |
| | Minster Community Post [Minster, OH]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | |
| | Mammoth Times [Mammoth Lakes, CA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | |
| | Malvern Daily Record [Malvern, AR]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | |
| | The Kane Republican [Kane, PA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | |
| | Inyo Register [Bishop, CA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | |
| | Decatur Daily Democrat [Decatur, IN]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | |
| | Daily Times Leader [West Point, MS]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | |

| | | | | | |
|---|---|---|---|---|---|
| | Big Spring Herald [Big Spring, TX]<br>Online 🖵 View Release | United States | Newspaper | Media & Information | |
| | The Saline Courier [Benton, AR]<br>Online 🖵 View Release | United States | Newspaper | Media & Information | |
| | The Morning News [Blackfoot, ID]<br>Online 🖵 View Release | United States | News & Information Service | Media & Information | |
| | Australian Resources<br>Online 🖵 View Release | Australia | Trade Publications | Heavy Industry | |
| | AssignmentEditor.com<br>Online 🖵 View Release | global | News & Information Service | Media & Information | |
| | AngelaCARES<br>Online 🖵 View Release | United States | Online News Sites & Other Influencers | Health | |

# Twitter

Your release was mentioned in **3** tweets so far, with an estimated total audience of 101,480 followers.

| Outlet Name | Sentiment | Potential Audience | Date Published |
|---|---|---|---|
| **54**<br>🐦 MomKnowsShopping(@MomKnwsShopping)<br>#prnewswire Hagens Berman Sobol Shapiro LLP Announces Settlement of Matthew Edwards v. https://t.co/pii7DbmMl8<br>View Tweet | Neutral | 55,444 Followers | 2016-09-16 20:14:17 EDT |
| **30**<br>🐦 Inter-Empresarial.(@InEmpresarial)<br>Hagens Berman Sobol Shapiro LLP Announces Settlement of Matthew Edwards v. National Milk Produ... https://t.co/wkzeEqLXWC @InEmpresarial<br>View Tweet | Neutral | 274 Followers | 2016-09-16 20:14:17 EDT |
| **55**<br>🐦 MomKnowsBestOnline(@MomKnwsBstOnLn)<br>#prnewswire Hagens Berman Sobol Shapiro LLP Announces Settlement of Matthew Edwards v. https://t.co/wdzTRvzwMD<br>View Tweet | Neutral | 45,762 Followers | 2016-09-02 22:22:11 EDT |

## SocialPost
View activity relating to your SocialPost distribution.

🐦 Posted at 2 hour intervals.

Hagens Berman Sobol Shapiro LLP Announces Settlement of Matthew Edwards v. National Milk Producers Federation...
https://t.co/O4X2BhkWdC

 @PRNcnsmr
1,229
followers

 @PRNmfg
1,119
followers

## Social Activity

| **2,348** Impressions | **0** Retweets | **2,348** SocialPost Audience | **3** Clicks from Twitter | **103,828** Total Potential Audience |
| --- | --- | --- | --- | --- |

About PR Newswire    Contact PR Newswire    PR Newswire's Terms of Use Apply    Careers    Privacy    Site Map    RSS Feeds    Blog

Copyright PR Newswire Association LLC. All Rights Reserved. © 2016
A Cision company.

PR Newswire's Terms of Use Apply

# EXHIBIT – 3



**Weekly Statistic Report**
**Edwards V. National Milk Producers Federation et al. (NLE)**
**November 9, 2016**

| | |
|---|---|
| Publication Start Date: | 9/2/2016 |
| Claims filing Deadline: | 1/31/2017 |
| Opt-Out Deadline: | 10/28/2016 |
| Objection Dealine: | 10/28/2016 |

| Project Manager | Rachel Christman | |
|---|---|---|
| Direct Telephone: | 415-458-3603 | |
| Email: | Rachel.Christman@kccllc.com | Plaintiff's Counsel |
| | | Shana E. Scarlett |
| | | Jeff D. Friedman |
| Asst. Project Manager: | Thalia Rojas | Elaine T. Byszewki |
| Direct Telephone: | 415-458-3679 | Christopher A. O'Hara |
| Email: | trojas@kccllc.com | **Hagens Berman Sobol Shaprio LLP** |

| Week of | PAPER CLAIM FORMS RECEIVED | | OPT-OUTS RECEIVED | | OBJECTIONS RECEIVED | |
|---|---|---|---|---|---|---|
| | Timely | Late | Timely | Late | Timely | Late |
| 9/16/2016 | 18 | N/A | 0 | N/A | 0 | N/A |
| 9/23/2016 | 43 | N/A | 0 | N/A | 0 | N/A |
| 9/30/2016 | 17 | N/A | 0 | N/A | 0 | N/A |
| 10/7/2016 | 9 | N/A | 0 | N/A | 0 | N/A |
| 10/14/2016 | 25 | N/A | 0 | N/A | 0 | N/A |
| 10/21/2016 | 4 | N/A | 0 | N/A | 0 | N/A |
| 10/28/2016 | 4 | N/A | 0 | N/A | 0 | N/A |
| 11/4/2016 | 5 | N/A | 1 | 0 | 0 | 0 |
| **Total:** | **125** | **0** | **1** | **0** | **0** | **0** |

The numbers and statistics are for your reference only and will change throughout the administration process.  Final numbers and statistics shall be provided by the Case Manager once response deadlines have passed and all responses have been properly validated.

# EXHIBIT – 4



**IN RE FRESH MILK PRICE FIXING LITIGATION**

**SUPPLEMENTAL NOTICE PLAN**

**FINAL Report - As of 11/09/2016**

| PAID ONLINE MEDIA | Impressions | Clicks | CTR |
|---|---|---|---|
| Search Advertising | 456,897 | 3,832 | 0.84% |
| Google Display Network | 940,824 | 3,821 | 0.41% |
| Banner Advertising - Geo-Target: 14 States + Washington DC (Adults 18+) | 179,414,848 | 106,540 | 0.06% |
| Facebook Text Link and Banner Advertising | 4,481,222 | 89,327 | 1.99% |
| Twitter Promoted Tweet Campaign | 916,431 | 8,166 | 0.89% |

| NEWSWIRE | | |
|---|---|---|
| PR Newswire - US1 Release | | Issued 8/20/.2016 |

| | TOTALS: | 186,210,222 | 211,686 | 0.11% |
|---|---|---|---|---|

**WEBSITE TRAFFIC**



**KEY:**
**Impression:** How often your ad is shown. An impression is counted each time your ad is shown on a website page.
**Click:** Defined as an instance of someone clicking the link to the case URL and being directed to the case website.
**CTR:** "Click-Thru-Rate" number of clicks on the ad URL, represented as a percentage of imressions served
**Engagement:** Defined as a formula for "replies+retweets+mentions", meaning the percentage of people exposed to the notice message who shared the message in some way with others.
**Engagement Rate:** number of "replies+retweets+mentions" of the ad URL, represented as a percentage of imressions served

**BANNER AD UNITS**













**TWITTER SPONSORED LINKS**





**FACEBOOK**



