UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW EDWARDS, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>NATIONAL MILK PRODUCERS FEDERATION, et al.,<br><br>   Defendants. | Case No. 11-cv-04766-JSW<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE DECLARATION AND GRANTING IN PART AND DENYING IN PART MOTION TO SHORTEN TIME TO FILE SANCTIONS MOTION**<br><br>Re: Dkt. No. 464, 465 |

In the exercise of discretion, the Court GRANTS the administrative motion of Objector Joshua D. Holyoak for leave to file the declaration of Theodore H. Frank in response to Plaintiffs' December 2, 2016 filing. (Dkt. No. 464.) The declaration attached as Exhibit 1 to Holyoak's administrative motion is HEREBY DEEMED FILED. (Dkt. No. 464-1.)

In the exercise of discretion, the Court GRANTS IN PART AND DENIES IN PART Holyoak's motion to shorten time to file a motion for sanctions. (Dkt. No. 465.) It is unnecessary for the Court to resolve any motion for sanctions prior to the December 16, 2016 final fairness hearing. The Court has permitted Holyoak to file his supplemental declaration and shall resolve the currently-pending motions and objections on the merits. However, to ensure an accurate record at the final fairness hearing, Plaintiffs SHALL withdraw or correct any statements in their filings no later than 5:00 p.m. on December 14, 2016. Thereafter, Holyoak may file his motion for

///

///

///

///

sanctions, which shall be noticed and briefed on a 35-day schedule pursuant to this Court's rules and standing orders.

**IT IS SO ORDERED.**

Dated: December 13, 2016

_Jeffrey S White_
JEFFREY S. WHITE
United States District Judge