1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MATTHEW EDWARDS, et al., individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>        v.<br><br>NATIONAL MILK PRODUCERS FEDERATION, aka COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE INC.; and AGRI-MARK, INC.,<br><br>                              Defendants. | Case No. 11-CV-04766-JSW<br><br>[consolidated with 11-CV-04791-JSW and 11-CV-05253-JSW]<br><br><u>CLASS ACTION</u><br><br>**FURTHER DECLARATION OF RAMON QIU IN SUPPORT OF FINAL APPROVAL**<br><br>Date:      December 16, 2016<br>Time:     9:00 a.m.<br>Place:    Courtroom 5<br>            Hon. Jeffrey S. White |

1      I, Ramon Qiu, declare as follows:

2      1.      I am employed as a Product Manager of Sipree, Inc. ("Sipree").  Sipree serves as one

3  of the Court-appointed Administrators of the Settlement with Defendants, National Milk Producers

4  Federation, on behalf of itself and Cooperatives Working Together, Land O'Lakes, Inc., Dairy

5  Farmers of America, Inc., Dairylea Cooperative, Inc., and Agri-Mark, Inc.  As the senior Product

6  Manager at Sipree, I oversee the administrative services provided in this matter.  I make this

7  declaration to further outline those administrative services.  I have personal knowledge of the facts

8  set forth herein and, if called as a witness, could and would testify competently thereto.

9      2.      The number of total received consumer claims and organization claims as of January

10  19, 2017, now exceeds 3,500,000 and 20,000 respectively.  As claims continue to be recorded and

11  with twelve calendar days remaining for eligible claims to be made, volumes will continue to rise.

12      3.      In a prior declaration Sipree predicted the total number of claims should exceed at

13  least 500,000 by the claims period close date of January 31, 2017.  Based on a successful digital

14  notice campaign and effective methods using a blend of online media, this conservative prediction

15  has been exceeded.  It is not uncommon, but can be difficult to predict early, that a digital notice and

16  payment campaign when properly conducted gains substantial scale, particular when achieving a

17  significant viral component, with news of the settlement spreading from person to person via the

18  Internet.  That has been the case here and the numbers of claimants have been in line with Sipree's

19  most optimistic predictions, though only the more conservative prediction was earlier conveyed to

20  the Court.

21      4.      Sipree has been periodically updating the settlement website with information, as it

22  becomes more clear, for predicting the accurate range of calculated pro rata recovery for consumers,

23  which we now believe is a range of between $5 to $15, and for organizations, a range of between

24  $140 to $420.  Sipree will continue to monitor and with approval of class counsel, update the

25  website and modify as necessary if the predicted dollar recovery range falls outside this current

26  range based on the number of claims.

27      5.      As part of its core offering, Sipree conducts a rigorous stochastic and scientific

28  analysis of key attributes used to determine and predict intentional fraud, misuse, errors, omissions

1  and errata to validate legitimate class claims and maximize legitimate payment of funds.  Sipree is

2  predicting that volume is now approaching 3,000,000 net effective payable claims.

3       I declare under penalty of perjury under the laws of the United States of America that the

4  foregoing is true and correct.  Executed this 19th day of January 2017, in San Francisco, California.

5

6                      RAMON QIU

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   and errata to validate legitimate class claims and maximize legitimate payment of funds.  Sipree is

2   predicting that volume is now approaching 3,000,000 net effective payable claims.

3       I declare under penalty of perjury under the laws of the United States of America that the

4   foregoing is true and correct.  Executed this 19th day of January 2017, in San Francisco, California.

5

6                                             RAMON QIU

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28