UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW EDWARDS, et al.,

        Plaintiffs,

  v.

NATIONAL MILK PRODUCERS FEDERATION, et al.,

        Defendants.

Case No. 4:11-cv-04766-JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/26/2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher Andrews
PO Box 530394
Livonia, MI 48153-0394

Derek England
61416 State Hwy TT
Edina, MO 63537

Pamela A. Sweeney
2672 Mutchler Road
Madison, WI 53711

Richard Gravely
100 Washington St., E.620
Charleston, WV 25301

Thomas M. Monteith
271 Silver Street
Granville, MA 01034

Dated: 6/26/2017

Susan Y. Soong
Clerk, United States District Court
By: _____
Jennifer Ottolini, Deputy Clerk to the
Honorable JEFFREY S. WHITE