1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MATTHEW EDWARDS, et al., individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>  v.<br><br>NATIONAL MILK PRODUCERS FEDERATION, aka COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE INC.; and AGRI-MARK, INC.,<br><br>            Defendants. | Case No. 11-CV-04766-JSW<br><br>[consolidated with 11-CV-04791-JSW and 11-CV-05253-JSW]<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF JONATHAN MENDELSON RE REPORT OF NUMBER OF CLAIMANTS AND AMOUNT TO BE DISTRIBUTED TO EACH LEVEL OF CLAIMANT** |

I, Jonathan Mendelson, declare as follows:

1.   I am employed as a VP, Product of Sipree, Inc. ("Sipree").  Sipree serves as one of the Court-appointed Administrators of the Settlement with Defendants, National Milk Producers Federation, on behalf of itself and Cooperatives Working Together, Land O'Lakes, Inc., Dairy Farmers of America, Inc., Dairylea Cooperative, Inc., and Agri-Mark, Inc.  As the VP, Product at Sipree, I oversee the administrative and executive services provided in this matter.  I make this declaration to further outline those administrative services.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.   The total number of timely claims received at www.boughtmilk.com, via email to info@boughtmilk.com, and via U.S. Mail is 4,293,306 of which 4,233,153 are individual claims and 60,153 are organizational claims.

3.   Using Sipree's proprietary methodology, which includes industry best practices, scientific rigor, primary- and third-party engineering, and advanced fraud detection and analysis to uncover intentional fraud, misuse, errors, omissions and errata to arrive at validated legitimate class claims, we have established the effective deliverable claims from www.boughtmilk.com, email to info@boughtmilk.com, and via U.S. Mail to be 3,846,940 of which 3,797,743 are individual claims and 49,197 are organizational claims.[1]

4.   As set forth below, Sipree has been paid $600,000 to date and will be owed a further $400,000 as a contractual incentive payment for exceeding 2.8 million claims paid.  Sipree achieved this extraordinary response by implementing a successful digital notice campaign, featuring a blend of online and offline media.  This "all-inclusive" and cross-media approach, integrated into social, news and media outlets, resulted in more than 3.8 million class members making claims.  As also set forth below, Gilardi has been paid $453,595.58 to date and will be owed a further $8,757 for

---

[1] Sipree has evaluated 1,581 paper claims delivered via U.S. Mail and of those claims determined that 1,563 individual and 18 organizational claims are effective and addressable via digital means using supplied emails.  1,556 individuals and 0 organizational claims supplied only U.S. mailing addresses; Gilardi, the other Court-appointed administrator, will be mailing payments to these class members.

handling the distribution of paper checks to class members who provided only mailing addresses. No further payments are owed to the settlement administrators.

5.   Thus, the net distributable settlement amount remaining after payments of all costs and fees is $35,142,227.28:

| Date | Account Activity | Amount |
|---|---|---|
| | Settlement Amount | $52,000,000.00 |
| 10/3/16 | Interest | $568.31 |
| 10/11/16 | Payment to Class Administrator/Sipree | ($310,000.00) |
| 11/1/16 | Interest | $2,184.44 |
| 11/28/16 | Payment to Class Administrator/Gilardi | ($399,374.70) |
| 12/1/16 | Interest | $2,742.03 |
| 12/22/16 | Payment to Class Administrator/Sipree | ($50,000.00) |
| 1/3/17 | Interest | $4,343.39 |
| 2/2/17 | Interest | $5,054.82 |
| 3/3/17 | Interest | $7,864.19 |
| 4/3/17 | Interest | $13,553.11 |
| 5/4/17 | Interest | $16,576.81 |
| 6/1/17 | Interest | $19,603.35 |
| 6/30/17 | Payment to Claims Administrator/Sipree | ($240,000.00) |
| 7/3/17 | Interest | $18,975.62 |
| 7/6/17 | Attorney Fees, Costs, and Service Awards | ($15,486,886.21) |
| 7/7/17 | Payment to Class Administrator/Gilardi | ($54,220.88) |
| TBD | Payment to Class Administrator/Sipree | ($400,000.00) |
| TBD | Payment to Class Administrator/Gilardi | ($8,757.00) |
| | | $35,142,227.28 |

6.   Accordingly, Sipree anticipates a payment amount of $6.79 for individuals and $190.13 for organizations.  Sipree has updated the settlement website with these amounts.

7.   Distribution of money into class member accounts will occur as soon as class members choose an online account.  Accordingly, Sipree has been advised by counsel that the

following revised distribution schedule has been submitted to the Court for approval, to ensure no appeals have been filed, or any appeals have been resolved, prior to distribution of the settlement funds:

| Event | Deadline<br>(events may occur earlier than the deadline, unless otherwise stated) |
|---|---|
| Claims administrator Sipree to provide electronic notification to class members via email to choose an online account for distribution | Not before August 14, 2017 |
| Deadline for claimants to elect online account | September 11, 2017 |
| Claims administrator Sipree to distribute the money into the online accounts, and claims administrator Gilardi to mail the paper checks | September 11, 2017 |
| Claims administrator Sipree to identify and report any funds that could not distributed or returned | September 25, 2017 |
| Claims administrator Sipree to redistribute any remaining funds to class members | October 10, 2017 |
| Claims administrator Sipree to provide final report regarding the disbursement of the settlement funds | October 24, 2017 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 10th day of July 2017, in San Francisco, California.

_____
JONATHAN MENDELSON