1  Timothy R. Hanigan (SBN 125791)
2  LANG, HANIGAN & CARVALHO, LLP
   21550 Oxnard Street, Suite 760
3  Woodland Hills, CA 91367
4  Tel: (818) 883-5644
   Fax: (818) 704-9372
5  Attorneys for Objector/Class Member,
6  Ira Conner Erwin

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| MATTHEW EDWARDS, et al., | Case No. 11-CV-04766-JSW |
| Plaintiffs, | [consolidated with 11-CV-04791-JSW And 11-CV-05253-JSW] |
| v. | |
| NATIONAL MILK PRODUCERS FEDERATION, et al. | CLASSS ACTION |
| Defendants. | The Honorable Jeffrey S. White |

## NOTICE OF APPEAL

Notice is hereby given that Class Member/Objector Ira Conner Erwin appeals to the United States Court of Appeals for the Ninth Circuit from the Order Ruling on Objections to Class Action Settlement; Granting in Part Motion for Attorneys' Fees, Costs, and Incentive Awards; and Ruling on Motions to Suppress, Unseal, and Strike (ECF Doc. No. 485) entered in this action on June 26, 2017, the Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement (ECF Doc. No. 486) entered in this action on June 26, 2017, the Final Judgment (ECF Doc. No. 487) entered in this action on June 26, 2017, and all orders and opinions that merge therein. The Class Member/Objector Ira Conner Erwin also hereby appeals from any and all orders or judgments approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying Class Member/Objector Ira Conner Erwin or the objection filed by Class Member/Objector, and any order imposing sanctions or requiring an appeal bond, including any order entered or signed subsequent to this notice of appeal.

DATED: July 17, 2017          Respectfully submitted,

*/s/ Timothy R. Hanigan*
Timothy R. Hanigan (125791)
LANG, HANIGAN &
CARVALHO, LLP,
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
(818) 883-5644
trhanigan@gmail.com
Attorney for Objector/Class Member

**Certificate of Service**

The undersigned certifies that today he filed the foregoing on ECF which will send electronic notification to all attorneys registered for ECF-filing.

DATED: July 17, 2017

/s/ Timothy R. Hanigan
Timothy R. Hanigan

2