1 Timothy R. Hanigan (SBN 125791)
2 LANG, HANIGAN & CARVALHO, LLP
  21550 Oxnard Street, Suite 760
3 Woodland Hills, CA 91367
4 Tel: (818) 883-5644
  Fax: (818) 704-9372
5 Attorneys for Objector/Class Member,
6 Ira Conner Erwin

7

8     UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF CALIFORNIA
9           OAKLAND DIVISION

10

| | |
|---|---|
| 11  MATTHEW EDWARDS, et al., | Case No. 11-CV-04766-JSW |
| 12           Plaintiffs, | [consolidated with 11-CV-04791-JSW |
| 13 | And 11-CV-05253-JSW] |
| 14      v. | |
| 15  NATIONAL MILK PRODUCERS | CLASSS ACTION |
| 16  FEDERATION, et al. | |
| 17           Defendants. | |
| 18 | Date: August 18, 2017 |
|    | Time: 9:00 a.m. |
| 19 | Courtroom 5, 2nd floor |
| 20 | Judge: The Honorable Jeffrey S. White |

21

22

23

24

25 **NOTICE OF WITHDRAWAL OF OBJECTIOR IRA CONNER ERWIN's**
   **MOTION FOR ATTORNEYS' FEES**
26

27

28

TO ALL PARTIES AND THEIOR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that objector Ira Conner Erwin hereby withdraws his motion for attorney's fees, which was noticed to be heard on August 18, 2017.

DATED: July 19, 2017                    /s/ *Timothy R. Hanigan*
                                         Timothy R. Hanigan

## Certificate of Service

The undersigned certifies that today he filed the foregoing on ECF which will send electronic notification to all attorneys registered for ECF-filing.

DATED: July 19, 2017

/s/ Timothy R. Hanigan
Timothy R. Hanigan