**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

MATTHEW EDWARDS, et al.,)
                )
    Plaintiffs,       )      Case No.11-cv-04766-JSW
                )
                )
                )
NATIONAL MILK PRODUCERS)
FEDERATION, et al.,)      )
                )
    Defendants.      )

FILED

JUL 24 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

### NOTICE OF APPEAL

---

PAMELA A. SWEENEY, PRO SE
2672 Mutchler Road
Madison, WI 53711
Phone: 424-488-4383
Email: pam.sweeney1@gmail.com

Notice is hereby given that Class Member/Objector Pamela Sweeney, Pro Se ("Member/Objector") appeals to the United States Court of Appeals for the Ninth Circuit from the Order Ruling on Objection to Class Action Settlement; Granting in Part Motion for Attorney's Fees, Costs and Incentive Awards and Ruling on Motion Motions to Suppress, Unseal and Strike (Docket # 485) entered on June 26, 2017; Order (Docket # 486) entered on June 26, 2017 and Final Judgment (Docket #487) entered on June 26, 2017. Member/Objector also hereby appeals from any order or judgment approving the Class Settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this Member/Objector or the objection filed by this Member/Objector, including any entered or signed subsequent to this notice of appeal.

Dated: July 17, 2017                    Respectfully Submitted,

Pamela Sweeney, Pro Se
6666 Odana Road
Suite 116
Madison, WI  53716
Phone: (424)-488-4383
Fax: (561) 395-9390
Email:pam.sweeney1@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, July 18, 2017, I caused to be filed this Notice of Appeal by mailing this Notice of Appeal via First Class U.S. Mail to the Clerk of Courts of the United States District Court for the Northern District of California at the Clerk of Courts address included in the Legal Notice of Settlement in this action. The Clerk will file this Notice of Appeal in the CM/ECF system thus effectuating service of such filing on all ECF registered attorneys in this case.

I further certify that I caused to be mailed via First Class U.S. Mail and by electronic mail, this Notice of Appeal, to the parties listed for notice in the Legal Notice of Settlement in this action.

Pamela A. Sweeney, Pro Se
2672 Mutchler Road
Madison, WI 53711
Phone: 424-299-4383.
Email: pam.sweeney1@gmail.com