UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 01 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MATTHEW EDWARDS; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> CHRISTOPHER ANDREWS, <br><br> Objector - Appellant, <br><br> v. <br><br> NATIONAL MILK PRODUCERS FEDERATION, AKA Cooperatives Working Together; et al., <br><br> Defendants - Appellees. | No. 17-16459 <br><br> D.C. Nos. 4:11-cv-04766-JSW, 4:11-cv-04791-JSW, 4:11-cv-05253-JSW <br> U.S. District Court for Northern California, Oakland <br><br> **ORDER** |

A review of the docket reflects that appellant has not paid the docketing and filing fees for this appeal. Within 21 days from the date of this order, appellant shall: (1) file a motion with this court to proceed in forma pauperis; (2) pay $505 to the district court as the docketing and filing fees for this appeal and provide proof of payment to this court; or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute. The filing of a motion to proceed in forma pauperis will automatically stay the briefing schedule under Ninth Circuit Rule 27-

11. Any motion to proceed in forma pauperis must include a financial declaration such as the attached Form 4.

If appellant fails to comply with this order, this appeal will be dismissed automatically by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Cyntharee K. Powells
Deputy Clerk
Ninth Circuit Rule 27-7