Timothy R. Hanigan (SBN 125791)
LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, CA 91367
Tel: (818) 883-5644
Fax: (818) 704-9372
Attorneys for Objector/Class Member,
Ira Conner Erwin

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| MATTHEW EDWARDS, et al., | Case No. 11-CV-04766-JSW |
| Plaintiffs, | [consolidated with 11-CV-04791-JSW And 11-CV-05253-JSW] |
| v. | |
| NATIONAL MILK PRODUCERS FEDERATION, et al. | CLASSS ACTION |
| Defendants. | Dept.: Courtroom 5<br>Judge: Hon. Jeffrey S. White<br>Date: September 15, 2017<br>Time: 9:00 a.m. |

**OBJECTIOR IRA CONNER ERWIN's RESPONSE TO MOTION REQUIRING THE POSTING OF APPEAL BOND**

Objecting class member Ira Conner Erwin respectfully submits this Response to Motion Requiring The Posting of Appeal Bond.

Mr. Erwin obviously disagrees with class counsels' position that the appeal is unlikely to succeed or that bond is necessary for appeal. Nevertheless, in the interest of judicial economy and to move the appellate process along, Mr. Erwin submits that to the extent this Court determines a bond is necessary, $1,000 is not an inappropriate amount in this case. Thus, to the extent this Court orders the posting of a bond, Mr. Erwin does not oppose the amount of $1,000, and will post a bond in that amount.

DATED: August 15, 2017      Respectfully submitted,

*/s/ Timothy R. Hanigan*
Timothy R. Hanigan (125791)
LANG, HANIGAN & CARVALHO, LLP,
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
(818) 883-5644
trhanigan@gmail.com
Attorney for Objector/Class Member

## Certificate of Service

The undersigned certifies that today he filed the foregoing on ECF which will send electronic notification to all attorneys registered for ECF-filing.

DATED: August 17, 2017

/s/ Timothy R. Hanigan
Timothy R. Hanigan