1  Steve W. Berman (admitted *pro hac vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  1918 Eighth Avenue, Suite 3300
   Seattle, WA 98101
3  (206) 623-7292
   steve@hbsslaw.com
4
5  Jeff D. Friedman (SBN 173886)
   HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
6  Berkeley, CA 94710
   (510) 725-3000
7  jefff@hbsslaw.com

8  Elaine T. Byszewski (SBN 222304)
   HAGENS BERMAN SOBOL SHAPIRO LLP
9  301 North Lake Avenue, Suite 920
   Pasadena, CA 91101
10 (213) 330-7150
   elaine@hbsslaw.com

*Class Counsel*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MATTHEW EDWARDS, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MILK PRODUCERS FEDERATION, aka COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE INC.; and AGRI-MARK, INC.,<br><br>Defendants. | Case No. 11-CV-04766-JSW<br><br>[consolidated with 11-CV-04791-JSW and 11-CV-05253-JSW]<br><br>CLASS ACTION<br><br>**PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO REQUIRE POSTING OF APPEAL BOND BY OBJECTORS ERWIN AND SWEENEY**<br><br>Dept:   Courtroom 5<br>Judge:  Hon. Jeffrey S. White<br>Date:   September 15, 2017<br>Time:   9:00 a.m. |

010263-11 978206 V1

1  Plaintiffs have moved for imposition of an appellate bond on each of three appealing objectors on the basis that all relevant considerations support the motion, including "(1) the appellant's financial ability to post a bond; (2) the risk that the appellant would not pay the costs if he loses the appeal; and (3) an assessment of the likelihood that the appellant will lose on appeal and thus be liable for costs."[1]  The oppositions to plaintiffs' motion were due on August 17, 2017.  On August 9, 2017, objector Andrews filed an opposition to the motion,[2] to which plaintiffs replied on August 16, 2017.[3]  Plaintiffs now reply with respect to the other two appealing objectors.

In opposition, objector Erwin simply states that he "disagrees with class counsels' position that the appeal is unlikely to succeed or that a bond is necessary for appeal," but "to the extent this Court determines a bond is necessary, $1,000 is not an inappropriate amount."[4]  Objector Erwin does not address any of the arguments raised in plaintiffs' motion.  Objector Erwin does not contest at all—and so concedes—that the first two factors favor requiring a bond.  And he fails to address the third factor, except to state that he "obviously disagrees…that the appeal is unlikely to succeed."[5]  But by not addressing plaintiffs' arguments, objector Erwin also concedes that the third factor favors requiring a bond.  To be clear, in their motion plaintiffs explain why each of Erwin's rejected objections lack a non-frivolous basis in law or fact for appealing[6]—and Erwin provides no specific response *as to any*.  This silence confirms the meritlessness of his appeal.

Finally, objector Sweeney did not file an opposition to the motion at all.  Therefore, she does not contest—and so concedes—that all three factors favor the imposition of a bond on appeal, in the requested amount.  In short, plaintiffs' motion should be granted.

---

[1] *Padgett v. Loventhal*, No. 5:04-CV-03946-EJD, 2015 WL 4240804, at *3 (N.D. Cal. July 13, 2015) (citing *Figure Eight Holdings, LLC v. Dr. Jays, Inc.*, 534 F. App'x 670, 670 (9th Cir. 2013)).

[2] *See* Dkt. No. 511.  Because Andrews filed his opposition before the other two objectors, plaintiffs' reply was likewise due prior, despite the consolidated nature of the moving papers.  *See* Dkt. No. 505.

[3] *See* Dkt. No. 512.

[4] *See* Dkt. No. 513.

[5] *Id*.

[6] *See* Dkt. No. 505 at 8-9.  *See also Devlin v. Scardelletti*, 536 U.S. 1, 9 (2002) (an objector "will only be allowed to appeal that aspect of the District Court's order that affects him—the District Court's decision to disregard his objections").

Respectfully submitted,

DATED: August 22, 2017

HAGENS BERMAN SOBOL SHAPIRO LLP

By  */s/ Steve W. Berman*
Steve W. Berman (*pro hac vice*)
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com

Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000
jefff@hbsslaw.com

Elaine T. Byszewski (SBN 222304)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
(213) 330-7150
elaine@hbsslaw.com

Daniel E. Gustafson (*pro hac vice*)
Jason S. Kilene (*pro hac vice*)
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
(612) 333-8844
dgustafson@gustafsongluek.com
jkilene@gustafsongluek.com

Shpetim Ademi (*pro hac vice*)
ADEMI & O'REILLY, LLP
3620 East Layton Avenue
Cudahy, Wisconsin 53110
(414) 482-8000
sademi@ademilaw.com

Mark Reinhardt
Garrett D. Blanchfield
REINHARDT WENDORF & BLANCHFIELD
332 Minnesota St., Suite 1250
St. Paul, MN 55101
(651) 287-2100
m.reinhardt@rwblawfirm.com
g.blanchield@rwblawfirm.com

*Class Counsel*

# CERTIFICATE OF SERVICE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of Los Angeles, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 301 N. Lake Ave., Suite 920, Pasadena, CA 91101.

2. That on August 22, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered as counsel of record in this action.

3. That on August 22, 2017, I served by U.S. Mail true and correct copies of the foregoing to the following parties by placing said documents in envelopes addressed as shown below:

> Pamela A. Sweeney
> 2672 Mutchler Road
> Madison, WI 53711

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 22nd day of August 2017 in Pasadena, California.

> */s/ Jennifer Conte*
> Jennifer Conte