**FILED**

MAR 5 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MATTHEW EDWARDS; et al.,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>CHRISTOPHER ANDREWS,<br><br>        Objector-Appellant,<br><br> v.<br><br>NATIONAL MILK PRODUCERS FEDERATION, AKA Cooperatives Working Together; et al.,<br><br>        Defendants-Appellees. | No.   17-16924<br><br>D.C. Nos.   4:11-cv-04766-JSW<br>                  4:11-cv-04791-JSW<br>                  4:11-cv-05253-JSW<br>Northern District of California, Oakland<br><br>ORDER |

Before: CANBY, CALLAHAN, and WATFORD, Circuit Judges.

Appellees' motion to dismiss this appeal for lack of jurisdiction is granted. *See* Fed. R. App. P. 24(a)(1)(5) (following district court's denial of motion to proceed on appeal in forma pauperis on appeal, appellant may file motion to proceed in forma pauperis in court of appeals); *see also* Advisory Committee Note to Rule 24 (Rule 24 establishes "a subsequent motion in the court of appeals, rather than an appeal from the order of denial or from the certification or lack of good faith, as the proper procedure" to challenge district court order denying leave to proceed in forma pauperis on appeal).

MF/Pro Se

Appellant's in forma pauperis status for appeal No. 17-16459 will be addressed by separate order in that appeal.

**DISMISSED.**