UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 27 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MATTHEW EDWARDS; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> CHRISTOPHER ANDREWS, <br><br> Objector - Appellant, <br><br> v. <br><br> NATIONAL MILK PRODUCERS FEDERATION, AKA Cooperatives Working Together; et al., <br><br> Defendants - Appellees. | No. 17-16924 <br><br> D.C. Nos. 4:11-cv-04766-JSW, 4:11-cv-04791-JSW, 4:11-cv-05253-JSW <br> U.S. District Court for Northern California, Oakland <br><br> **MANDATE** |

The judgment of this Court, entered March 05, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7