|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | AUG 23 2018 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MATTHEW EDWARDS; et al.,

        Plaintiffs-Appellees,

 v.

CHRISTOPHER ANDREWS,

        Objector-Appellant,

 v.

NATIONAL MILK PRODUCERS FEDERATION, AKA Cooperatives Working Together; et al.,

        Defendants-Appellees.

No. 17-16459

D.C. Nos.   4:11-cv-04766-JSW
                 4:11-cv-04791-JSW
                 4:11-cv-05253-JSW
Northern District of California, Oakland

ORDER

Before:    FARRIS, BYBEE, and N.R. SMITH, Circuit Judges.

The response to the October 6, 2017 order demonstrates that this appeal involves non-frivolous issues. The order to show cause is therefore discharged, and appellant's motion to proceed in forma pauperis (Docket Entry No. 4) is granted. *See* 28 U.S.C. § 1915(a). The Clerk shall amend the docket to reflect appellant's in forma pauperis status.

The motion for summary affirmance of the district court's judgment (Docket Entry No. 7) is denied because the issues raised in the appeal are sufficiently substantial to warrant further consideration by a merits panel. *See* 9th Cir. R. 3-6;

*United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (stating standard).

The opening brief is due October 1, 2018; the answering brief is due November 1, 2018; and the optional reply brief is due within 21 days after service of the answering brief.

Because appellant is not represented by counsel, appellant does not need to submit excerpts of record for this appeal. *See* 9th Cir. R. 30-1.2. Appellees' supplemental excerpts of record should include only the district court docket report, the notice of appeal, the judgment or order appealed from, and any specific portions of the record cited in the answering brief. *See* 9th Cir. R. 30-1.7.