UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MATTHEW EDWARDS, et al., individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONAL MILK PRODUCERS FEDERATION, aka COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE INC.; and AGRI-MARK, INC.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 11-CV-04766-JSW<br><br>[consolidated with 11-CV-04791-JSW and 11-CV-05253-JSW]<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF CHRIS WHIPPS RE DISTRIBUTION** |

I, Chris Whipps, declare as follows:

1.  I am employed as CEO of Sipree, Inc., d/b/a DigitalPay, which serves as one of the Court-appointed Administrators of the Settlement with Defendants, National Milk Producers Federation, on behalf of itself and Cooperatives Working Together, Land O'Lakes, Inc., Dairy Farmers of America, Inc., Dairylea Cooperative, Inc., and Agri-Mark, Inc.  As the CEO of DigitalPay, I oversee the administrative and executive services provided in this matter.  I make this declaration to further outline those administrative services.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.  The total number of timely claims received at www.boughtmilk.com, via email to info@boughtmilk.com, and via U.S. Mail is 4,293,326.[1]

3.  Using DigitalPay's proprietary methodology, which includes industry best practices, scientific rigor, primary- and third-party engineering, and advanced fraud detection and analysis to uncover intentional fraud, misuse, errors, omissions and errata to arrive at validated legitimate class claims, we have established the effective deliverable claims from www.boughtmilk.com, email to info@boughtmilk.com, and via U.S. Mail to be 3,542,640 of which 3,499,756 are individual claims and 42,884 are organizational claims.[2]

4.  This is lower than the 3,864,940 claims, of which 3,797,743 were individual and 49,197 were organizational, previously reported in DigitalPay's July 10, 2017, declaration.  A review of the data performed in May and June of 2021 showed that some emails that claimants used to file their claims have been shut down, deleted, or declared as "undeliverable" by an internet

---

[1] The total number of claims is 20 greater than reflected in DigitalPay's July 2017 declaration, because there were 87 "dummy records" for testing purposes still in the database at that point, which should have been removed from the total count, but also an additional 107 organizational claims, for a net increase of 20 claims.

[2] DigitalPay has evaluated 1,581 paper claims delivered via U.S. Mail and of those claims determined that 1,563 individual and 18 organizational claims are effective and addressable via digital means using supplied emails.  1,413 individuals and 107 organizations supplied only U.S. mailing addresses; KCC, the other Court-appointed administrator, will be mailing payments to these class members.  These numbers are also refined from DigitalPay's previous declaration to account for duplicates and additional claims.

service provider due to lack of use during the many years this case was on appeal before the Ninth Circuit.

5. As set forth below, since DigitalPay's July 10 declaration, further distributions from the settlement fund have been allocated pursuant to the Court's June 26, 2017, order (Dkt. No. 486). In addition, further additions to the settlement fund have accrued due to dividend distributions. Thus, the net distributable settlement amount is now $35,316,020.27:

| Date | Account Activity | Amount |
|---|---|---|
|  | Settlement Amount | $52,000,000.00 |
| 10/3/16 | Dividend | $568.31 |
| 10/11/16 | Payment to Class Administrator/DigitalPay | ($310,000.00) |
| 11/1/16 | Dividend | $2,184.44 |
| 11/28/16 | Payment to Class Administrator/KCC | ($399,374.70) |
| 12/1/16 | Dividend | $2,742.03 |
| 12/22/16 | Payment to Class Administrator/DigitalPay | ($50,000.00) |
| 1/3/17 | Dividend | $4,343.39 |
| 2/2/17 | Dividend | $5,054.82 |
| 3/3/17 | Dividend | $7,864.19 |
| 4/3/17 | Dividend | $13,553.11 |
| 5/4/17 | Dividend | $16,576.81 |
| 6/1/17 | Dividend | $19,603.35 |
| 6/30/17 | Payment to Class Administrator/DigitalPay | ($240,000.00) |
| 7/3/17 | Dividend | $18,975.62 |
| 7/6/17 | Attorney Fees, Costs, and Service Awards | ($15,486,886.21) |
| 7/7/17 | Payment to Class Administrator/KCC | ($54,220.88) |
| 8/2/17 | Dividend | 14,548.18 |
| 9/1/17 | Dividend | 13,592.67 |
| 10/3/17 | Dividend | 13,159.40 |
| 11/2/17 | Dividend | 13,602.59 |
| 12/1/17 | Dividend | 13,169.13 |

| Date | Description | Amount |
|---|---|---:|
| 1/3/18 | Dividend | 13,613.32 |
| 2/1/18 | Dividend | 13,618.18 |
| 3/1/18 | Dividend | 12,305.13 |
| 4/2/18 | Dividend | 13,628.27 |
| 5/2/18 | Dividend | 13,193.85 |
| 6/1/18 | Dividend | 13,638.51 |
| 7/2/18 | Dividend | 13,203.26 |
| 8/1/18 | Dividend | 13,648.77 |
| 9/4/18 | Dividend | 13,654.15 |
| 10/1/18 | Dividend | 13,218.74 |
| 11/1/18 | Dividend | 13,664.42 |
| 12/3/18 | Dividend | 13,228.68 |
| 1/2/19 | Dividend | 13,674.69 |
| 1/28/19 | Payment to Class Administrator/DigitalPay | (200,000.00) |
| 2/1/19 | Dividend | 13,669.90 |
| 3/1/19 | Dividend | 12,291.74 |
| 4/1/19 | Dividend | 13,613.41 |
| 5/1/19 | Dividend | 13,179.13 |
| 6/3/19 | Dividend | 13,623.65 |
| 6/18/19 | Payment to Class Administrator/DigitalPay | (5,400.00) |
| 7/1/19 | Dividend | 13,188.34 |
| 8/1/19 | Dividend | 13,631.83 |
| 9/3/19 | Dividend | 13,637.04 |
| 10/1/19 | Dividend | 13,202.21 |
| 11/1/19 | Dividend | 13,647.30 |
| 12/2/19 | Dividend | 13,212.11 |
| 1/2/20 | Dividend | 13,657.41 |
| 2/3/20 | Dividend | 13,625.25 |
| 3/2/20 | Dividend | 12,751.07 |
| 4/1/20 | Dividend | 8,503.71 |
| 5/1/20 | Dividend | 2,698.42 |
| 6/2/20 | Dividend | 2,727.94 |
| 6/30/20 | Payment to Class Administrator/KCC | (15,249.67) |

| | | |
|---|---|---|
| 7/1/20 | Dividend | 2,640.12 |
| 8/3/20 | Dividend | 2,727.20 |
| 9/1/20 | Dividend | 2,727.40 |
| 10/1/20 | Dividend | 2,639.62 |
| 11/2/20 | Dividend | 694.17 |
| 12/1/20 | Dividend | 293.32 |
| 1/4/21 | Dividend | 303.10 |
| 2/1/21 | Dividend | 303.93 |
| 3/1/21 | Dividend | 274.52 |
| 4/1/21 | Dividend | 303.94 |
| 5/3/21 | Dividend | 294.13 |
| 6/1/21 | Dividend | 303.97 |
| 7/1/21 | Dividend | 294.14 |
| TBD | Final payment to Class Administrator/DigitalPay | ($200,000.00) |
| TBD | Final payment to Class Administrator/KCC | ($169,742.87) |
| TBD | Fee award to Holyoak | ($70,000.00) |
| TBD | Fee award to O'Brian | ($29,911.40) |
| TBD | Cost award to O'Brian | ($1,432.03) |
| TBD | Service award to O'Brian | ($250) |
| | | **$35,316,020.27** |

6. Payment amounts to be distributed to claimants are based on the Court-ordered ratio of 1 to 28 for consumer to organization payments. Accordingly, DigitalPay anticipates a payment amount of $7.51 for individuals and $210.28 for organizations. DigitalPay has updated the settlement website with these amounts.

7. At the time of final approval, DigitalPay suggested payment options such as Amazon, PayPal, or Google Wallet. Since that time, there have been market changes that impact our recommendations for payment options:

- PayPal has increased pricing and now requires a setup fee plus a per payment surcharge of at least $2 for each payment delivered. This is now cost prohibitive.

- GooglePay no longer offers API (systematically delivered) payments as required by the DigitalPay payment platform.

8. DigitalPay now recommends the following payment options instead:

| Consumer Options | Organization Options |
|---|---|
| <ul><li>Virtual Debit / Mastercard</li><li>Amazon</li><li>Target</li><li>Safeway</li></ul> | <ul><li>Virtual Debit / Mastercard</li><li>Amazon</li><li>Target</li><li>Office Depot</li></ul> |

9. DigitalPay plans to execute the litigation payouts in two phases: initial payment offering, followed by a "push distribution." During Phase I: Initial Payment Offering, claimants are sent emails notifying them of the funds that are waiting for them. Claimants follow simple, easy steps to receive their payment—a process of 4 clicks, with no applications to download or to get in the way of receiving money. From DigitalPay's experience delivering litigation funds to consumers in 2020 and 2021, we expect 82-87% of claimants to receive their funds in this phase of the program.

10. Payment notices sent in the initial payment offering each have a pre-designated time-to-live (TTL). After TTL expiration, DigitalPay gathers a file of all claimants who did not accept the first presentation of settlement payment. During Phase II: Push Distribution, these claimants then receive a "push distribution" via secure email with a live digital debit card. This process:

 a. Maximizes payout—100% delivery to validated email addresses;

 b. Provides security—only individuals who receive the email can activate and receive funds;

 c. Eliminates additional administration and inequality of a traditional pro-rata re-distribution;

 d. Provides finality of payment and delegates escheatment to the bank issuing the digital debit card (MetaBank); and

 e. Is the closing event that takes the settlement fund to a near $0 balance (not including outstanding paper checks).

11. KCC will mail payments to class members who supplied only U.S. mailing addresses and KCC will also assist DigitalPay with the customer service component of the digital distribution. This includes handling an estimated 53,600 emails at an average time of 1.5 minutes per email.

12. As for timing, DigitalPay has been advised by counsel that the appeals have been resolved. DigitalPay is prepared to move forward on the following distribution schedule:

| Event | Date for Completion |
|---|---|
| Allow further appeal period to pass | July 26, 2021 |
| **Warm Up** <br> DigitalPay emails claimants an initial notice (a "warm up") that communicates payment is soon coming and provides a date range of when payee will see payment. This email sets expectations and reinforces credibility of the payment to be received. | August 27 to September 14, 2021 <br><br> If entry of the Court's order re distribution is later than July 26, 2021, these dates will be adjusted accordingly. |
| **Phase I: Payment Notification and Receipt** <br> DigitalPay issues payments ("payment notification") to claimants via email. From this communication, claimants will be able to select where they would like to receive funds. This action transfers funds from the settlement fund to the possession of the payee. <br><br> **Paper Checks Issued** <br> Claims administrator KCC to mail paper checks on September 27 with 60-day expiration. | September 20 to October 14, 2021 |
| **Payment Expiration** <br> All digital payments issued in Phase I will expire (each digital payment will expire 14 days from the rolling notification; the vast majority of payments taken will occur in a ~72-hour window from notification). While a payment is active—but has not yet been taken—payees will receive two emails to remind them they have funds waiting. | October 28, 2021 |
| Reissue digital payments as necessary on November 15 and allow a further two weeks for expiration. | November 29, 2021 |
| **Report Results of Phase I** <br> Claims administrator DigitalPay to identify and report funds that have not yet been taken by payees. | December 15, 2021 |

DIGITALPAY DECLARATION RE DISTRIBUTION
CASE NO.: 11-CV-04766-JSW

- 6 -

| | |
|---|---|
| **Phase II: Push Distribution**<br><br>Claims administrator DigitalPay securely delivers a digital debit card "Push Distribution" to all payees who did not act on the payment they were issued in Phase I.  This card is the named property of the payee and delivers live funds.  No bank account is required to use this card.  This final phase delivers funds to all entitled claimants and takes the settlement balance to $0 (except for outstanding physical checks issued by KCC).<br><br>Claims administrator KCC to reissue checks with 30-day expiration to those who did not cash 60 days from first issuance. | January 5, 2021 |
| **Final Reporting**<br><br>Claims administrator DigitalPay to provide final report regarding the disbursement of the settlement funds.<br><br>Claims administrator KCC to identify and report checks that have not been cashed 30 days from re-issuance.<br><br>Any remaining funds will be distributed to the Attorneys General for the Class jurisdictions for use in prosecuting consumer antitrust claims. | February 24, 2022 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 19th day of July 2021, in San Francisco, California.

_____
CHRIS WHIPPS