Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Elaine T. Byszewski (SBN 222304)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
elaine@hbsslaw.com

[Additional Counsel Listed on Signature Page]

*Class Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MATTHEW EDWARDS, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MILK PRODUCERS FEDERATION, aka COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE INC.; and AGRI-MARK, INC.,<br><br>Defendants. | Case No. 11-CV-04766-JSW<br><br>[consolidated with 11-CV-04791-JSW and 11-CV-05253-JSW]<br><br>**UNOPPOSED AMENDED DISTRIBUTION SCHEDULE AND [PROPOSED] ORDER** AS MODIFIED |

010263-11 985515

1  WHEREAS on July 17, 2017, the Court entered a schedule for the distribution of settlement
2  funds to class members (Dkt. No. 492);
3  WHEREAS three objectors thereafter filed a total of four appeals (Nos. 17-16456, 17-
4  16459, 17-16541, 17-16924);
5  WHEREAS the appeals have now been fully resolved;
6  WHEREAS counsel for Plaintiffs consulted with counsel for Defendants regarding the
7  below revised distribution schedule and they consented to its entry;
8  WHEREAS Plaintiffs request entry of the below revised distribution schedule, as further
9  detailed in the declaration of Chris Whipps, CEO of Sipree, Inc., d/b/a DigitalPay:

| Event | Date for Completion |
|---|---|
| Allow further appeal period to pass | July 26, 2021 |
| **Warm Up** <br> DigitalPay emails claimants an initial notice (a "warm up") that communicates payment is soon coming and provides a date range of when payee will see payment. This email sets expectations and reinforces credibility of the payment to be received. | August 27 to September 14, 2001 <br> If entry of the Court's order re distribution is later than July 26, 2021, these dates will be adjusted accordingly. |
| **Phase I: Payment Notification and Receipt** <br> DigitalPay issues payments ("payment notification") to claimants via email. From this communication, claimants will be able to select where they would like to receive funds. This action transfers funds from the settlement fund to the possession of the payee. <br> **Paper Checks Issued** <br> Claims administrator KCC to mail paper checks on September 27 with 60-day expiration. | September 20 to October 14, 2021 |
| **Payment Expiration** <br> All digital payments issued in Phase I will expire (each digital payment will expire 14 days from the rolling notification; the vast majority of payments taken will occur in a ~72-hour window from notification). While a payment is active—but has | October 28, 2021 |

| | |
|---|---|
| not yet been taken—payees will receive two emails to remind them they have funds waiting. | |
| Reissue digital payments as necessary on November 15 and allow a further two weeks for expiration. | November 29, 2021 |
| **Report Results of Phase I**<br><br>Claims administrator DigitalPay to identify and report funds that have not yet been taken by payees. | December 15, 2021 |
| **Phase II: Push Distribution**<br><br>Claims administrator DigitalPay securely delivers a digital debit card "push distribution" to all payees who did not act on the payment they were issued in Phase I.  This card is the named property of the payee and delivers live funds.  No bank account is required to use this card.  This final phase delivers funds to all entitled claimants and takes the settlement balance to $0 (except for outstanding physical checks issued by KCC).<br><br>Claims administrator KCC to reissue checks with 30-day expiration to those who did not cash 60 days from first issuance. | January 5, ~~2021~~ 2022 |
| **Final Reporting**<br><br>Claims administrator DigitalPay to provide final report regarding the disbursement of the settlement funds.<br><br>Claims administrator KCC to identify and report checks that have not been cashed 30 days from re-issuance.<br><br>Any remaining funds will be distributed to the Attorneys General for the Class jurisdictions for use in prosecuting consumer antitrust claims. | February 24, 2022 |

THEREFORE Plaintiffs respectfully request that the Court enter the order below, approving this amended schedule.  Upon entry, counsel will update the class website with the schedule.

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | DATED: July 19, 2021          HAGENS BERMAN SOBOL SHAPIRO LLP |

                       By    */s/ Steve W. Berman*
                       Steve W. Berman (*pro hac vice*)
                       1301 2nd Ave., Suite 2000
                       Seattle, WA 98101
                       Telephone (206) 623-7292
                       steve@hbsslaw.com

Elaine T. Byszewski (SBN 222304)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone (213) 330-7150
elaine@hbsslaw.com

Daniel E. Gustafson (*pro hac vice*)
Jason S. Kilene (*pro hac vice*)
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
jkilene@gustafsongluek.com

Shpetim Ademi (*pro hac vice*)
ADEMI & O'REILLY, LLP
3620 East Layton Avenue
Cudahy, Wisconsin 53110
Telephone: (414) 482-8000
sademi@ademilaw.com

Mark Reinhardt
Garrett D. Blanchfield
REINHARDT WENDORF & BLANCHFIELD
332 Minnesota St., Suite 1250
St. Paul, MN 55101
Telephone: (651) 287-2100
m.reinhardt@rwblawfirm.com
g.blanchield@rwblawfirm.com

*Class Counsel*

The unopposed amended distribution schedule set forth above IS SO ORDERED. Counsel shall update the class website with the amended schedule. IT IS SO ORDERED:

Dated the   20th   day of July 2021

_____
The Honorable Jeffrey S. White