**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MATTHEW EDWARDS, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MILK PRODUCERS FEDERATION, aka COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE INC.; and AGRI-MARK, INC.,<br><br>Defendants. | Case No. 11-CV-04766-JSW<br><br>[consolidated with 11-CV-04791-JSW and 11-CV-05253-JSW]<br><br>CLASS ACTION<br><br>**DECLARATION OF CHRIS WHIPPS RE DISTRIBUTION AND REPORT ON PHASE I RESULTS** |

1   I, Chris Whipps, declare as follows:

2   1.   I am employed as CEO of Sipree, Inc., d/b/a DigitalPay, which serves as one of the Court-appointed Administrators of the Settlement with Defendants, National Milk Producers Federation, on behalf of itself and Cooperatives Working Together, Land O'Lakes, Inc., Dairy Farmers of America, Inc., Dairylea Cooperative, Inc., and Agri-Mark, Inc.  As the CEO of DigitalPay, I oversee the administrative and executive services provided in this matter.  I make this declaration to further outline those administrative services.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.   As stated in my July 19, 2021, declaration, the total number of deliverable claims from www.boughtmilk.com, email to info@boughtmilk.com, and via U.S. Mail were 3,542,640 of which 3,499,756 were individual claims and 42,884 were organizational claims.  Following the Court's order of July 20, 2021, DigitalPay commenced distribution as approved by the Court.

3.   From August 27, 2021, to September 14, 2021, DigitalPay sent "Warm Up" emails to notify claimants of their upcoming payment.  A sample is attached as ***Exhibit A***.  86,457 emails were "hard bounced" back to DigitalPay during the transmission of the Warm Up email, which reduced the final number of deliverable payments.  Hard bounces are controlled by third party Internet Service Providers or Email Service Providers and result from the following circumstances:

- Invalid account (cannot be found);
- Account no longer in use;
- Account flagged for fraud;
- "Temporary" accounts—email accounts opened for one transaction and never used again;
- User unsubscribes / opts out; or
- Other—no reason provided.

4.   From September 20, 2021, to October 14, 2021, DigitalPay sent 3,452,571 Payment Notifications.  A sample is attached as ***Exhibit B***.  On September 27, 2021, KCC mailed 1,522 paper checks to claimants who had requested that form of distribution.

DIGITALPAY DECLARATION RE DISTRIBUTION
CASE NO.: 11-CV-04766-JSW                - 1 -

5. The original time to accept payment expired on October 28, 2021. In similar cases handled by DigitalPay with similar payment amounts and messaging, the payment acceptance rate, or "take rate," has been 82-87%. Surprisingly, the take rate here, as of October 28, 2021, was only 32%.

6. We believe this is due to the many years this case spent on appeal prior to the Ninth Circuit affirming and rejecting the settlement objector. The multi-year delay led to many claimants forgetting they had made claims, despite the language of the Warm Up and Payment Notification emails reminding them. *See* Exhibits A & B.

7. In light of the low take rate, we propose to extend the expiration date for all payments to December 6, 2021, to allow additional time for claimants to act on their payment notifications. However, we do not anticipate this extension will increase the take rate more than a few percentage points. And as of November 4, 2021, $11,416,898.88 has been claimed and $23,899,121.39 remains for distribution to class members:

| Date | Account Activity | Amount |
|---|---|---|
|  | Settlement Amount | $52,000,000.00 |
| 10/3/16 | Dividend | $568.31 |
| 10/11/16 | Payment to Class Administrator/DigitalPay | ($310,000.00) |
| 11/1/16 | Dividend | $2,184.44 |
| 11/28/16 | Payment to Class Administrator/KCC | ($399,374.70) |
| 12/1/16 | Dividend | $2,742.03 |
| 12/22/16 | Payment to Class Administrator/DigitalPay | ($50,000.00) |
| 1/3/17 | Dividend | $4,343.39 |
| 2/2/17 | Dividend | $5,054.82 |
| 3/3/17 | Dividend | $7,864.19 |
| 4/3/17 | Dividend | $13,553.11 |
| 5/4/17 | Dividend | $16,576.81 |
| 6/1/17 | Dividend | $19,603.35 |

| Date | Description | Amount |
|---|---|---|
| 6/30/17 | Payment to Class Administrator/DigitalPay | ($240,000.00) |
| 7/3/17 | Dividend | $18,975.62 |
| 7/6/17 | Attorney Fees, Costs, and Service Awards | ($15,486,886.21) |
| 7/7/17 | Payment to Class Administrator/KCC | ($54,220.88) |
| 8/2/17 | Dividend | 14,548.18 |
| 9/1/17 | Dividend | 13,592.67 |
| 10/3/17 | Dividend | 13,159.40 |
| 11/2/17 | Dividend | 13,602.59 |
| 12/1/17 | Dividend | 13,169.13 |
| 1/3/18 | Dividend | 13,613.32 |
| 2/1/18 | Dividend | 13,618.18 |
| 3/1/18 | Dividend | 12,305.13 |
| 4/2/18 | Dividend | 13,628.27 |
| 5/2/18 | Dividend | 13,193.85 |
| 6/1/18 | Dividend | 13,638.51 |
| 7/2/18 | Dividend | 13,203.26 |
| 8/1/18 | Dividend | 13,648.77 |
| 9/4/18 | Dividend | 13,654.15 |
| 10/1/18 | Dividend | 13,218.74 |
| 11/1/18 | Dividend | 13,664.42 |
| 12/3/18 | Dividend | 13,228.68 |
| 1/2/19 | Dividend | 13,674.69 |
| 1/28/19 | Payment to Class Administrator/DigitalPay | (200,000.00) |
| 2/1/19 | Dividend | 13,669.90 |
| 3/1/19 | Dividend | 12,291.74 |
| 4/1/19 | Dividend | 13,613.41 |
| 5/1/19 | Dividend | 13,179.13 |
| 6/3/19 | Dividend | 13,623.65 |
| 6/18/19 | Payment to Class Administrator/DigitalPay | (5,400.00) |
| 7/1/19 | Dividend | 13,188.34 |
| 8/1/19 | Dividend | 13,631.83 |
| 9/3/19 | Dividend | 13,637.04 |
| 10/1/19 | Dividend | 13,202.21 |

| Date | Description | Amount |
|---|---|---:|
| 11/1/19 | Dividend | 13,647.30 |
| 12/2/19 | Dividend | 13,212.11 |
| 1/2/20 | Dividend | 13,657.41 |
| 2/3/20 | Dividend | 13,625.25 |
| 3/2/20 | Dividend | 12,751.07 |
| 4/1/20 | Dividend | 8,503.71 |
| 5/1/20 | Dividend | 2,698.42 |
| 6/2/20 | Dividend | 2,727.94 |
| 6/30/20 | Payment to Class Administrator/KCC | (15,249.67) |
| 7/1/20 | Dividend | 2,640.12 |
| 8/3/20 | Dividend | 2,727.20 |
| 9/1/20 | Dividend | 2,727.40 |
| 10/1/20 | Dividend | 2,639.62 |
| 11/2/20 | Dividend | 694.17 |
| 12/1/20 | Dividend | 293.32 |
| 1/4/21 | Dividend | 303.10 |
| 2/1/21 | Dividend | 303.93 |
| 3/1/21 | Dividend | 274.52 |
| 4/1/21 | Dividend | 303.94 |
| 5/3/21 | Dividend | 294.13 |
| 6/1/21 | Dividend | 303.97 |
| 7/1/21 | Dividend | 294.14 |
| 9/9/21 | Fee award to Holyoak | ($70,000.00) |
| 9/9/21 | Fee award to O'Brian | ($29,911.40) |
| 9/9/21 | Cost award to O'Brian | ($1,432.03) |
| 9/9/21 | Service award to O'Brian | ($250) |
| TBD | Final payment to Class Administrator/DigitalPay | ($200,000.00) |
| TBD | Final payment to Class Administrator/KCC | ($169,742.87) |
| | **Funds available for distribution in Phase I** | **$35,316,020.27** |
| 9/20/21 to 10/14/21 | Payments claimed by class members in response to Payment Notifications | $11,416,898.88 |
| | **Funds available for distribution in Phase II** | **$23,899,121.39** |

8. Due to the unanticipated low take rate, we propose the following changes to the distribution plan (in addition to extending the life of all payments until December 6, 2021, as discussed above):

- Starting November 15, 2021, we will start sending claimants a Final Reminder notice that their payment is ready and waiting for them. This notice will include confirmation of the new expiration date on their payment.

- In addition, the Final Reminder notice, *see* sample attached as **Exhibit C**, will inform claimants that instead of a Phase II push distribution that automatically selects payment method for those who did not act on their payment notification (as originally planned), the remaining settlement funds will be distributed *pro rata* only to those who responded in the first round.[1]

9. The *pro rata* push only to those responding in Phase I will ensure that payments are going to claimants who have already acted on payment notices (*i.e.*, they have accepted payment) presented in the initial notification process—and it avoids pushing payments on those unlikely to act on them. And the Final Reminder notice will ensure that all claimants who have not yet accepted payment will have notice that they have a last opportunity to do so. The Phase II *pro rata* push amount is currently estimated to be $21.68 for all claimants who have acted on the first round.

10. DigitalPay is prepared to move forward on the following distribution schedule:

| Event | Date for Completion |
|---|---|
| Reissue digital payments on November 15, 2021, and allow final opportunity for all claimants to select payment method in Phase I. | December 6, 2021 |

---

[1] *See, e.g.,* Order Revising Distribution Protocol, *In re Electronic Books Antitrust Litig.*, No. 11-md-02293 (DLC), ECF No. 697, at ¶ 2 (S.D.N.Y. Sept. 07, 2017) (ordering that "any further distribution of consumer settlement funds shall be made only to those eligible consumers who used their electronic account credits or cashed the checks mailed to them in the prior round of distribution"), attached as **Exhibit D**.

| | |
|---|---|
| **Phase II: Pro-Rata Push Distribution**<br><br>Claims administrator DigitalPay securely delivers a digital debit card "Push Distribution" on a *pro-rata* basis only to payees who acted on the payment they were issued in Phase I.  This avoids pushing payments on those unlikely to act on them.  This card is the named property of the payee and delivers live funds.  No bank account is required to use this card.  This final phase delivers funds to all entitled claimants and takes the settlement balance to approximately $0 (except for outstanding physical checks issued by KCC).<br><br>Claims administrator KCC to reissue checks with 30-day expiration to those who did not cash 60 days from first issuance. | January 5, 2022 |
| **Final Reporting**<br><br>Claims administrator DigitalPay to provide final report regarding the disbursement of the settlement funds.<br><br>Claims administrator KCC to identify and report checks that have not been cashed 30 days from re-issuance.<br><br>Any remaining funds will be distributed to the Attorneys General for the Class jurisdictions for use in prosecuting consumer antitrust claims. | February 24, 2022 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 9th day of November 2021, in San Francisco, California.



CHRIS WHIPPS

# EXHIBIT A



Case No. 11-CV-04766-JSW

## Your Payment Is Coming Soon

Dear ${recipientFirstName} ${recipientLastName},

Between September 20th and October 14th, 2021, payments for the final settlement of *Edwards v. National Milk Producers, Case No. 11-CV-04766-JSW*, will be sent out.

You will receive an email payment notice for ${amount} for your claim. We received more claims than anticipated, which lowered the originally expected payout amounts on the fixed settlement fund.

For reference, your payment will come from the email info@payments.boughtmilk.com and you will be able to instantly select from one of several digital payment options. No Application download or registration will be required to receive your funds.

For Frequently Asked Questions and self-help related to your final payment, please visit: https://www.boughtmilk.com/faqs.

This email was sent to ${t0} because you submitted an eligible claim at https://www.boughtmilk.com.

Please do not reply to this email, as it is sent from an unmonitored mailbox. Should you choose to unsubscribe or report this email as spam, you will become ineligible to receive a digital distribution payment.

Powered by DigitalPay | San Francisco, CA 94115

# EXHIBIT B



Case No. 11-CV-04766-JSW

# Your Digital Payment Is Ready

Dear ${recipientFirstName} ${recipientLastName},

Your distribution payment of ${amount} from the settlement *Edwards v. National Milk Producers, Case No. 11-CV-04766-JSW*, is now available. Please click on "Accept Your Payment" below to choose your digital payment method.

**Accept Your Payment**

**Please accept your payment by ${expirationDate}.** If you do not accept your payment by this date, a payment method will be automatically selected for you, though it may be in a reduced amount. So please accept your payment now!

More information and answers to frequently asked questions are available to you through the "Accept Your Payment" link above. You can also visit the FAQs page on https://www.boughtmilk.com/faqs.

This email was sent to ${t0} because you submitted an eligible claim at https://www.boughtmilk.com.

Please do not reply to this email, as it is sent from an unmonitored mailbox. Should you choose to unsubscribe or report this email as spam, you will become ineligible to receive a digital distribution payment.

Powered by DigitalPay | San Francisco, CA 94115

# EXHIBIT C



# Your Digital Payment Expires Soon. Please Take Your Settlement Money Today!

Dear ${recipientFirstName} ${recipientLastName},

Your settlement payment for the settlement *Edwards v. National Milk Producers, Case No. 11-CV-04766-JSW*, is available for you.

**Accept Your Payment**

**This payment expires on ${expirationDate}.** Please note that after ${expirationDate}, *we will not do an automatic payment method selection for claimants who have not already accepted their payment.* Instead, the Court has ordered the remaining settlement funds be distributed on a pro-rata basis to those who have responded to the payment notifications.

**We want you to receive your funds, so please claim your payment now!**

Have questions? Visit the Milk Settlement FAQ at https://www.boughtmilk.com/faqs.

This email was sent to ${t0} because you submitted an eligible claim at https://www.boughtmilk.com.

Please do not reply to this email, as it is sent from an unmonitored mailbox. Should you choose to unsubscribe or report this email as spam, you will become ineligible to receive a digital distribution payment.

Powered by DigitalPay | San Francisco, CA 94115

# EXHIBIT D

Case 4:11-cv-04766-JSW Document 543-1 Filed 11/09/17 Page 15 of 16
Case 1:11-md-02293-DLC Document 696-1 Filed 09/07/17 Page 15 of 16
Case 1:11-md-02293-DLC Document 696 Filed 09/06/17 Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

This Document Relates to:

| | |
|---|---|
| IN RE ELECTRONIC BOOKS ANTITRUST LITIGATION | No. 11-md-02293 (DLC)<br>ECF Case |
| THE STATE OF TEXAS, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>PENGUIN GROUP (USA) INC., et al.,<br><br>       Defendants. | Civil Action<br>No. 12-cv-03394 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2017

[PROPOSED]
ORDER REVISING DISTRIBUTION PROTOCOL

The *Status Report Regarding Distribution and Motion to Revise Distribution Protocol* filed by Plaintiff States and Settlement Class on August 29, 2017 (Dkt. #694) (the "Application") having come before the Court, the Court being familiar with the prior proceedings and orders in this case, and having considered all the papers filed with the Application, and due cause appearing for the relief sought, it is hereby ORDERED and DECREED

1. that the distribution protocols previously approved by Orders of this Court dated February 8, 2013 (*Texas, et al. v. Hachette Book Group, Inc. et al.*, No.12-cv-6625 (S.D.N.Y.), ECF No. 71); December 6, 2013 (*E-books MDL*, ECF Nos. 475 and 478); and November 21, 2014 (*E-books MDL*, ECF No. 684) are revised as set forth herein;

2

Case 4:11-cv-04766-JSW Document 543-7 Filed 11/09/21 Page 16 of 16
Case 1:11-md-02293-DLC Document 697 Filed 09/07/17 Page 16 of 16
Case 1:11-md-02293-DLC Document 696 Filed 09/06/17 Page 2 of 2

2. any further distribution of consumer settlement funds shall be made only to those eligible consumers who used their electronic account credits or cashed the checks mailed to them in the prior round of distribution;

3. the period within which eligible consumers must use electronic account credits or cash checks shall be limited to six months from the date such credits or checks are issued;

4. upon issuance of electronic account credits and checks, eligible consumers shall be sent a single notice, substantially in the form attached to the Application as Exhibit B. No reminder notice is required. Cooperating retailers may send their own advertising materials to encourage eligible consumers to use their electronic account credits;

5. checks for an amount less than or equal to $3.00 shall not be issued to any otherwise eligible consumer.

**SO ORDERED**

Date Sept. 7, 2017

_____
Honorable Denise L. Cote
United States District Court Judge