Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Elaine T. Byszewski (SBN 222304)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
elaine@hbsslaw.com

[Additional Counsel Listed on Signature Page]

*Class Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MATTHEW EDWARDS, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MILK PRODUCERS FEDERATION, aka COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE INC.; and AGRI-MARK, INC.,<br><br>Defendants. | Case No. 11-CV-04766-JSW<br><br>[consolidated with 11-CV-04791-JSW and 11-CV-05253-JSW]<br><br>**UNOPPOSED AMENDED DISTRIBUTION SCHEDULE AND [PROPOSED] ORDER** |

010263-11 985515

WHEREAS on November 10, 2021, the Court entered a schedule for the distribution of settlement funds to class members (Dkt. No. 544);

WHEREAS the second round of distribution began on January 1, 2022, and was completed on January 7, 2022;[1]

WHEREAS class members continue to contact the claims administrators, class counsel, and the Court with inquiries regarding their payment;[2]

WHEREAS the final report scheduled for filing with the Court on February 24, 2022, would require final reconciliation of the settlement account and distribution of the remainder to state Attorneys General;

WHEREAS class counsel wants to ensure that the settlement account remains open for handling final inquiries from class members;

WHEREAS a six-week extension of the final reporting deadline will allow adequate time to handle final claimant inquiries, conduct a final reconciliation of the settlement account, and distribute the remainder to state Attorneys General;

WHEREAS class counsel proposes that the deadline for submitting the final report shall be extended from February 24, 2022, to April 7, 2022;

WHEREAS Plaintiffs request entry of the below revised distribution schedule;

WHEREAS counsel for Plaintiffs consulted with counsel for Defendants regarding the below revised distribution schedule and they do not oppose its entry:

| Event | Date for Completion |
| --- | --- |
| **Final Reporting**<br>Claims administrator DigitalPay to provide final report regarding the disbursement of the settlement funds. | ~~February 24, 2022~~<br>April 7, 2022 |

---

[1] This was two days later than the anticipated January 5, 2022, date for completion, because DigitalPay slowed down the daily release of payments to ensure adequate coverage of the customer service lines.

[2] *See, e.g.*, ECF No. 546 (correspondence dated Feb. 11, 2022). The three claimants who contacted the Court have since each confirmed that DigitalPay has resolved their payment issue.

| | |
|---|---|
| Any remaining funds will be distributed to the Attorneys General for the Class jurisdictions for use in prosecuting consumer antitrust claims. | |

THEREFORE Plaintiffs respectfully request that the Court enter the order below, approving this amended schedule.  Upon entry, class counsel will update the class website with the schedule.

Respectfully submitted,

DATED:  February 18, 2022					HAGENS BERMAN SOBOL SHAPIRO LLP

By     */s/ Steve W. Berman*
Steve W. Berman (*pro hac vice*)
1301 2nd Ave., Suite 2000
Seattle, WA  98101
Telephone (206) 623-7292
steve@hbsslaw.com

Elaine T. Byszewski (SBN 222304)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA  91101
Telephone (213) 330-7150
elaine@hbsslaw.com

Daniel E. Gustafson (*pro hac vice*)
Jason S. Kilene (*pro hac vice*)
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
jkilene@gustafsongluek.com

Shpetim Ademi (*pro hac vice*)
ADEMI & O'REILLY, LLP
3620 East Layton Avenue
Cudahy, Wisconsin  53110
Telephone: (414) 482-8000
sademi@ademilaw.com

Mark Reinhardt
Garrett D. Blanchfield
REINHARDT WENDORF & BLANCHFIELD
332 Minnesota St., Suite 1250
St. Paul, MN  55101
Telephone: (651) 287-2100
m.reinhardt@rwblawfirm.com
g.blanchield@rwblawfirm.com

*Class Counsel*

1  The unopposed amended distribution schedule set forth above IS SO ORDERED. Counsel shall update the class website with the amended schedule. IT IS SO ORDERED:

Dated the   22   day of February 2022

_____
The Honorable Jeffrey S. White