**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MATTHEW EDWARDS, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MILK PRODUCERS FEDERATION, aka COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE INC.; and AGRI-MARK, INC.,<br><br>Defendants. | Case No. 11-CV-04766-JSW<br><br>[consolidated with 11-CV-04791-JSW and 11-CV-05253-JSW]<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF CHRIS WHIPPS RE FINAL DISTRIBUTION REPORT** |

1  I, Chris Whipps, declare as follows:

2  1. I am employed as CEO of Sipree, Inc., d/b/a DigitalPay, which serves as one of the Court-appointed Administrators of the Settlement with Defendants, National Milk Producers Federation, on behalf of itself and Cooperatives Working Together, Land O'Lakes, Inc., Dairy Farmers of America, Inc., Dairylea Cooperative, Inc., and Agri-Mark, Inc. As the CEO of DigitalPay, I oversee the administrative and executive services provided in this matter. I make this declaration to further outline those administrative services. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. As stated in my July 19, 2021, declaration, the total number of deliverable claims from www.boughtmilk.com, email to info@boughtmilk.com, and via U.S. Mail were 3,542,640 of which 3,499,756 were individual claims and 42,884 were organizational claims. Following the Court's order of July 20, 2021, DigitalPay commenced distribution as approved by the Court.

3. From August 27, 2021, to September 14, 2021, DigitalPay sent "Warm Up" emails to notify claimants of their upcoming payment. 86,457 emails were "hard bounced" back to DigitalPay during the transmission of the Warm Up email, which reduced the final number of deliverable payments. Hard bounces are controlled by third party Internet Service Providers or Email Service Providers and result from the following circumstances:

- Invalid account (cannot be found);
- Account no longer in use;
- Account flagged for fraud;
- "Temporary" accounts—email accounts opened for one transaction and never used again;
- User unsubscribes / opts out; or
- Other—no reason provided.

4. As stated in my November 9, 2021, declaration, from September 20, 2021, to October 14, 2021, DigitalPay sent 3,452,571 Payment Notifications. On September 27, 2021, KCC mailed 1,522 paper checks to claimants who had requested that form of distribution.

DIGITALPAY DECL. RE FINAL DISTRIBUTION REPORT
CASE NO.: 11-CV-04766-JSW                                         - 1 -

5.      Per the Court's November 10, 2021 Order, the expiration date for all payments was extended to December 6, 2021, to allow additional time for claimants to act on their payment notifications. A final reminder notice was sent to claimants regarding the first round of distribution on November 15, 2021, ensuring that all claimants who had not yet accepted payment had notice that they had a last opportunity to do so. At the end of this extension $12,480,583.62 was claimed via digital payments and $13,054.46 had been issued, but not all cashed, in physical checks. $22,822,382.19 remained for *pro rata* distribution to class members who responded in the first round of distribution. The final second round *pro rata* push amount was determined to be $18.90 for those acting on the first round.

6.      The second round of distribution began on January 1, 2022, and the *pro rata* push was completed on January 7, 2022. This was two days later than the anticipated January 5, 2022, date for completion, because DigitalPay slowed down the daily release of payments to ensure adequate coverage of the customer service lines.

7.      During the distribution period, approximately 15,000 class members contacted KCC or DigitalPay via phone or email with inquiries regarding their payments. KCC and DigitalPay responded to all of these inquiries. During the distribution period, thirty-three class members also reached out directly to the Court or to Plaintiffs' counsel. Plaintiffs' counsel responded to all of these inquiries themselves and/or directed the claims administrators to respond. Any claimant who, though not receiving a first-round payment by the December 6, 2021 deadline, attempted to claim such payment and made inquiry to the claims administrators, was sent a second round payment.

8.      During the second round of distribution, DigitalPay distributed $22,765,608.63 to class members who had claimed (or attempted to claim) payment in the first round. In this same second round of distribution, KCC reissued 550 checks that were not cashed during the first round, plus 1023 checks for a second pro-rata payment; the net payout for the second round of checks (above the $13,054.46 described in paragraph 5) was $12,608.69. During the second round of distribution, a net total of $22,778,217.32 was distributed to all class members, with $45,286.96 remaining in the settlement fund.

9. On April 4, 2022, that $45,286.96 remaining in the settlement fund was distributed to the Attorneys General for the Class jurisdictions for use in prosecuting consumer antitrust claims. Accordingly, the settlement fund has now been reduced to zero, which completes the distribution of the settlement funds for this case, as set forth below:

| Date | Account Activity | Amount |
|---|---|---|
| | Settlement Amount | $52,000,000.00 |
| 10/3/16 | Dividend | $568.31 |
| 10/11/16 | Payment to Class Administrator/DigitalPay | ($310,000.00) |
| 11/1/16 | Dividend | $2,184.44 |
| 11/28/16 | Payment to Class Administrator/KCC | ($399,374.70) |
| 12/1/16 | Dividend | $2,742.03 |
| 12/22/16 | Payment to Class Administrator/DigitalPay | ($50,000.00) |
| 1/3/17 | Dividend | $4,343.39 |
| 2/2/17 | Dividend | $5,054.82 |
| 3/3/17 | Dividend | $7,864.19 |
| 4/3/17 | Dividend | $13,553.11 |
| 5/4/17 | Dividend | $16,576.81 |
| 6/1/17 | Dividend | $19,603.35 |
| 6/30/17 | Payment to Class Administrator/DigitalPay | ($240,000.00) |
| 7/3/17 | Dividend | $18,975.62 |
| 7/6/17 | Attorney Fees, Costs, and Service Awards | ($15,486,886.21) |
| 7/7/17 | Payment to Class Administrator/KCC | ($54,220.88) |
| 8/2/17 | Dividend | 14,548.18 |
| 9/1/17 | Dividend | 13,592.67 |
| 10/3/17 | Dividend | 13,159.40 |
| 11/2/17 | Dividend | 13,602.59 |
| 12/1/17 | Dividend | 13,169.13 |
| 1/3/18 | Dividend | 13,613.32 |
| 2/1/18 | Dividend | 13,618.18 |

| Date | Description | Amount |
|---|---|---:|
| 3/1/18 | Dividend | 12,305.13 |
| 4/2/18 | Dividend | 13,628.27 |
| 5/2/18 | Dividend | 13,193.85 |
| 6/1/18 | Dividend | 13,638.51 |
| 7/2/18 | Dividend | 13,203.26 |
| 8/1/18 | Dividend | 13,648.77 |
| 9/4/18 | Dividend | 13,654.15 |
| 10/1/18 | Dividend | 13,218.74 |
| 11/1/18 | Dividend | 13,664.42 |
| 12/3/18 | Dividend | 13,228.68 |
| 1/2/19 | Dividend | 13,674.69 |
| 1/28/19 | Payment to Class Administrator/DigitalPay | (200,000.00) |
| 2/1/19 | Dividend | 13,669.90 |
| 3/1/19 | Dividend | 12,291.74 |
| 4/1/19 | Dividend | 13,613.41 |
| 5/1/19 | Dividend | 13,179.13 |
| 6/3/19 | Dividend | 13,623.65 |
| 6/18/19 | Payment to Class Administrator/DigitalPay | (5,400.00) |
| 7/1/19 | Dividend | 13,188.34 |
| 8/1/19 | Dividend | 13,631.83 |
| 9/3/19 | Dividend | 13,637.04 |
| 10/1/19 | Dividend | 13,202.21 |
| 11/1/19 | Dividend | 13,647.30 |
| 12/2/19 | Dividend | 13,212.11 |
| 1/2/20 | Dividend | 13,657.41 |
| 2/3/20 | Dividend | 13,625.25 |
| 3/2/20 | Dividend | 12,751.07 |
| 4/1/20 | Dividend | 8,503.71 |
| 5/1/20 | Dividend | 2,698.42 |
| 6/2/20 | Dividend | 2,727.94 |
| 6/30/20 | Payment to Class Administrator/KCC | (15,249.67) |
| 7/1/20 | Dividend | 2,640.12 |
| 8/3/20 | Dividend | 2,727.20 |

| Date | Description | Amount |
|---|---|---:|
| 9/1/20 | Dividend | 2,727.40 |
| 10/1/20 | Dividend | 2,639.62 |
| 11/2/20 | Dividend | 694.17 |
| 12/1/20 | Dividend | 293.32 |
| 1/4/21 | Dividend | 303.10 |
| 2/1/21 | Dividend | 303.93 |
| 3/1/21 | Dividend | 274.52 |
| 4/1/21 | Dividend | 303.94 |
| 5/3/21 | Dividend | 294.13 |
| 6/1/21 | Dividend | 303.97 |
| 7/1/21 | Dividend | 294.14 |
| 9/9/21 | Fee award to Holyoak | ($70,000.00) |
| 9/9/21 | Fee award to O'Brian | ($29,911.40) |
| 9/9/21 | Cost award to O'Brian | ($1,432.03) |
| 9/9/21 | Service award to O'Brian | ($250) |
| 11/29/22 | Final payment to Class Administrator/DigitalPay | ($200,000.00) |
| 4/4/22 | Final payment to Class Administrator/KCC/DigitalPay | ($169,742.87) |
|  | Funds available for distribution in Phase I | $35,316,020.27 |
| 9/20/21 to 10/14/21 | Payments claimed by class members in response to Payment Notifications | ($11,416,898.88) |
| 10/15/21 to 12/6/21 | Additional payments claimed by class members in response to Payment Notifications and first round checks issued by KCC | ($1,076,739.20) |
|  | Funds available for distribution in Phase II | $22,822,382.19 |
| 1/1/22 to 3/11/22 | Final payments to class members in Phase II from digital payments and net checks issued by KCC | ($22,778,217.32) |
| 7/31/21-3/31/22 | Additional dividends | $1,122.09 |
|  | Funds available for Attorneys General | $45,286.96 |
| 3/31/22 | Payments to Attorneys General | ($45,286.96) |
| 4/1/22 | Final settlement account balance | $0.00 |

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct.  Executed this 7th day of April 2022, in San Francisco, California.

_____
CHRIS WHIPPS